B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Famous Recipe Company Operations, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Mrs. Winner's Chicken & Biscuits** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4417630** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6055 Barfield Road, Suite 200**<br>**Atlanta, GA**<br>ZIP Code **30328** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fulton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 3004**<br>**McDonough, GA**<br>ZIP Code **30253** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

### Filing Fee (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10) <span style="float:right">Page 2</span>

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Famous Recipe Company Operations, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>　 Signature of Attorney for Debtor(s)　　　(Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐　Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐　Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                      Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Famous Recipe Company Operations, LLC**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney\***

X **/s/ John J. McManus**
Signature of Attorney for Debtor(s)

**John J. McManus 497776**
Printed Name of Attorney for Debtor(s)

**John J. McManus & Associates, P.C.**
Firm Name

**3554 Habersham at Northlake
Building H
Tucker, GA 30084**

Address

**Email: jmcmanus@mcmanus-law.com**
**770-492-1000  Fax: 770-492-1100**
Telephone Number

**November 10, 2010**
Date

*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jeffrey D. Miller**
Signature of Authorized Individual

**Jeffrey D. Miller**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**November 10, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Famous Recipe Company Operations, LLC**                    Case No.
Debtor(s)                    Chapter        **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$40,645,296.00** | **Income 2009** |
| **$55,712,807.00** | **Income 2008** |
| **$64,359,629.00** | **Income 2007** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

2

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **T&H Services, Inc.**<br>**5515 15th St E**<br>**Bradenton, FL 34203** | **8/12/10, 8/18/10, 8/12/10,** | **$40,570.18** | **$0.00** |
| **Oasis Outsourcing Inc.-Cobra**<br>**5901 Peachtree Dunwoody # B350**<br>**Atlanta, GA 30328** | **10/1/2010, 08/12/10** | **$31,379.34** | **$0.00** |
| **Memphis Light Gas & Water**<br>**P.O. Box 388**<br>**Memphis, TN 38145** | **09/14/2010** | **$5,367.24** | **$0.00** |
| **E. Carolton Parrott**<br>**122 Wexford Drive**<br>**Newnan, GA 30265** | **09/23/10** | **$6,200.00** | **$0.00** |
| **Hundoble Trust**<br>**c/o dennis & Debbie Hundoble**<br>**1994 Cherry Hill Drive**<br>**Discovery Bay, CA 94505** | **08/13/2010** | **$7,300.00** | **$0.00** |
| **Habif Arogeti & Wynne LLP**<br>**5 Concourse Parkway Northeast #1000**<br>**Atlanta, GA 30328** | **09/15/2010** | **$7,500.00** | **$0.00** |
| **PMS Design Inc.**<br>**115 New St # D**<br>**Decatur, GA 30030** | **08/30/2010** | **$9,666.00** | **$0.00** |
| **J&J Properties**<br>**c/o Bart A. Johnston**<br>**4424 Forsythe Place**<br>**Nashville, TN 37205** | **08/10/2010** | **$10,000.00** | **$0.00** |
| **The Wilson Law Firm P.C.**<br>**3353 Peachtree Rd**<br>**Atlanta, GA 30328** | **08/31/2010, 09/28/2010** | **$20,000.00** | **$0.00** |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Volunteer South, Inc.**<br>**Attn.: George Gebhardt**<br>**P.O. Box 49**<br>**Gordonsville, TN 38563** | **08/31/2010** | **$10,000.00** | **$0.00** |
| **Scana Energy**<br>**PO BOX 100157**<br>**Columbia, SC 29202-3157** | **08/18/2010, 09/22/2010** | **$20,655.80** | **$0.00** |
| **Mission Partners Crestview, LLC** | **08/16/2010, 09/15/2010, 10/15/2010** | **$33,600.00** | **$0.00** |
| **Cajun Country Seasoning**<br>**38 Steeplechase Dr**<br>**Jackson, TN 38305** | **08/09/2010, 08/19/2010** | **$33,494.51** | **$0.00** |
| **InfoSync Services**<br>**1938 Woodlawn**<br>**Suite 110**<br>**Wichita, KS 67226** | **11/2/10, 09/16/2010, 08/20/2010** | **$54,601.00** | **$0.00** |
| **Georgia Power**<br>**96 Annex**<br>**Atlanta, GA 30396** | **08/12/10, 10/29/10, 09/14/2010,** | **$194,857.51** | **$0.00** |
| **John E. Buttolph**<br>**5020 Campus Drive**<br>**Newport Beach, CA 92660** | **08/10/2010** | **$24,765.58** | **$0.00** |
| **Imperial Credit Corporation**<br>**101 Hudson Street, 33rd Floor**<br>**Jersey City, NJ 07302** | **08/12/10, 09/08/2010** | **$66,337.94** | **$0.00** |
| **Sysco Memphis**<br>**P.O. Box 18872**<br>**Memphis, TN 38118** | **08/31/2010, 09/07/2010, 08/24/2010, 08/10/2010, 09/15/2010, 08/17/2010, 09/14/2010, 09/29/2010, 09/09/2010, 08/25/2010, 09/22/2010, 09/01/2010, 10/06/2010, 08/11/2010, 09/15/2010, 08/18/2010** | **$1,441,881.20** | **$0.00** |

None
■    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bailey-Johnson Heights, Inc., c/o Habersham Properties, Inc. v. Famous Recipe Company Operations, Inc. and Lee's Famous Recipes, Inc. and  Lee's Famous Recipes, Inc.**<br>**Case No. 09C-19477-1** | **Civil Action** | **State Court of Gwinnett County**<br>**75 Langley Dr**<br>**Lawrence, GA  30046** | **Consent Judgment** |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ecolab, Inc. v. Famous Recipe Company Operations, LLC Case No. 10VS178903H** | **Civil Action** | **State Court of Fulton County 185 Central Avenue Atlanta, Georgia 30303** | **Dismissed with prejudice** |
| **GE Capital Francise Corporation, a Delaware Corporation v. Famous Recipe Company Operations, LLC and Lee's Famous Recipes, Inc. Case NO. 10CV0015** | **Civil Case** | **United States District Court for the Northern District of Georgia 75 Spring Street SW Nashville, TN 37219** | **Pending - in Discovery Phase** |
| **Mrs. W., L.P. v. Lee's Famous Recipes, Inc. and Famous Recipe Company Operations, LLC, Jeffrey Miller and Charels L. Cooper** | **Civil Action** | **Superior Court of Fulton Court 136 Pryor Street Atlanta, GA 30303** | **Pending - Discovery Phase** |
| **Rosebriar Partnership, LLP v. Lee's Famous Recipes, Inc. and Famous Recipe Company Operations, LLC Case No. 2009CV176854** | **Civil Action** | **Superior Court of Fulton County 136 Pryor Street Atlanta, GA 30303** | **Settled 10/21/10** |
| **Pio Pio Diamond, LLC v. Famous Recipe Company Operations LLC d/b/a Mrs. Winners Chicken & Biscuits, Cast No.09D035730** | **Civil Action** | **State Court of Dekalb County 185 Central Avenue Atlanta, GA 30303** | **Consent Agreement** |
| **Decatur Diamond, LLC v. Famous Recipe Company Operations, LLC d/b/a Mrs. Winners Chicken & Biscuits Case No. 09D035729** | **Civil Action** | **State Court of Dekalb County 556 N Mcdonough St # 270 Decatur, GA 30030** | **Consent Agreement** |
| **J&J Properties v. Famous Recipe Company Operations, Inc. and Lee's Famous Recipes, Inc. Case No. 09-2188II** | **Civil Action** | **Chancery Court Davidson County State of Tennessee - 20th District One Public Square, Suite 204 Nashville, TN 37219** | **Consent Order** |
| **Volunteer South, Inc. v. Mrs. W., L.P., Famous Recipe Company Operations, LLC and Lee's Famous Recipe, Inc. Case No. 2009-CV-1903** | **Pending** | **State of Tennessee 15th Judicial District Circuit Court 134 S. College Street 1st Floor Lebannon, TN 37087** | **Consent Order** |
| **Clear Channel Communications, Inc., d/b/a WHRK-FM and WHAL-FM Radio v. Famous Recipe Company, LLC d/b/a Mrs. Winner's Chicken & Biscuits** | **State Court** | **State Court of Fulton County 185 Central Avenue Atlanta, GA 30303** | **Complaint for Damages** |
| **Mark Tzalka and Judy Tzalka v. Mrs. Winners Chicken & Biscuits, Famous Recipe Company Operations, LLC & Lee's Famous Recipes, Inc.** | **Magistrate Court of Fulton County** | **Magistrate Court of Fulton County 185 Central Avenue, S.W. Atlanta, GA 30328** | **Pending** |
| **Fishbowl Marketing v. Famous Recipes Company Case No. 10VS172515D** | **Default Judgment** | **State Court of Fulton County 185 Central Avenue, S.W. Atlanta, GA 30328** | **Pending** |
| **Halpern Enterprises, Inc. v. Famous Recipe Company** | **Proceeding Against Tenant Holding Over** | **Magistrate Court of Cobb County 32 Waddell Street Marietta, GA 30340** | **Settled - Landlord** |
| **Spirit Master Funding III, LLC v. Famous Recipes Company Operations, Inc. Docket No. 1453744** | **Consent Judgment** | **The General Sessions Court of Tennessee for the Thirtieth Judicial District at Memphis, Shelby County Shelby County Courthouse 140 Adams Avenue Memphis, TN 38103** | **Possession Only** |
| **RTM Operating Company, LLC v. Famous Recipe Operations Company, LLC Case No. 1447309** | **Consent Order of Judgment for Possession** | **Shelby County Courthouse 140 Adams Avenue Memphis, TN 38103** | **Consent Judgment** |

5

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Brauvin Net Capital, LLC v. Famous Recipe Company Operation LLC d/b/a Mrs. Winner's and Lee's Famous Recipes, Inc.** | **Forcible Entry and Detainer Warrant** | **Shelby County Courthouse 140 Adams Avenue Room 106 Memphis, TN** | **Judgment entered 10/13/10** |
| **Civil Warrant 10GC6570** | **Amended Compliance** | **State of Tennessee County of Davidson Courtroom 5C 408 Second Avenue North P.O. Box 196304 Nashville, TN  37219-6304** | **Settled** |
| **EEOC Claim Sonia Roth Claim #425-2010-00490 Filed 4/21/10** | **Age and Religious** | **Atlanta District Office 100 Alabama St. SW, Suite 4R30 Atlanta, GA  30303** | **Pending** |
| **Season Blevins RSUI File - 703-25676** | **Sexual Harassment Suite** | | **Settled** |
| **Mark Tzalka and Judy Tzalka v. Mrs. Winner's Chicken & Biscuits Famous Recipe Company Operations, LLC and Lee's Famous Recipes, Inc. Case No. 10ED501383** | **Pending** | **Magistrate Court of Fulton County Civil Division Justice Center Tower 185 Central Avenue SW Atlanta, GA  30303** | **Answer and Counterclaim** |
| **Maurice Dean d/b/a Maximum Maintenance v. Famous Recipe Company Operations, LLC d/b/a Mrs. Winner a/k/a Mrs. Winner Famous Recipe Case No. 10VS182931A** | **Complaint** | **State Court of Fulton County 185 Central Avenue Atlanta, GA  30303** | **Pending** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

6

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
☐   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **None** | | |

### 9. Payments related to debt counseling or bankruptcy

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **John J. McManus & Assoc., PC** | **10/21/2010** | **$75,000.00** |
| **3554 Habersham at Northlake** | **10/21/10** | **$2,140.89** |
| **Bldg H** | | |
| **Tucker, GA 30084** | | |
| | | |
| **Frost Brown Todd LLC** | **08/2010** | **$1,500.00** |
| **424 Church Street** | **8/20/10** | **$90,000.00** |
| **Suite 1600** | | |
| **Nashville, TN 37219** | | |

7

### 10.  Other transfers

None ☐    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Cajun Operating Company d/ba Church's Chicken** | **07/13/2009** | **Cajun Operating Company d/b/a Church's Chicken - Closed July 13, 2009 - Famous Recipe Company Operations, LLC  sold leaseholds and furniture, fixtures, and equipment to 23 Famous Recipe Company Operations, LLC restaurant sites in Nashville, TN for $2,000,000.00 cash** |
| **Cajun Operating Company d/ba Church's Chicken** | **12/14/2009** | **Cajun Operating Company d/b/a Church's Chicken - Closed December 14, 2009 - Famous Recipe Company Operations, LLC sold lease hold and furniture, fixtures, and equipment to one Famous Recipe Company Operations, LLC site in Nashville, TN  for $150,000.00 in cash** |

None ■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

8

**14.  Property held for another person**

None
■        List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER        DESCRIPTION AND VALUE OF PROPERTY        LOCATION OF PROPERTY

**15.  Prior address of debtor**

None
☐        If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **6255 Barfield Road**<br>**Atlanta, GA  30328** | **Famous Recipe Company Operations,**<br>**LLC** | **05/2006 - 12/2008** |

**16. Spouses and Former Spouses**

None
■        If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■        a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■        b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■        c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Famous Recipe Company Operations, LLC** | 20-4417630 | **6055 Barfield Road Suite 200 Atlanta, GA 30328** | **Restaurant** | **01/08/2007 - Present** |
| **Lee's Holding Company, Inc.** | 20-0323976 | **171 Brooks Street, SE Suite F Fort Walton Beach, FL 32548** | **Restaurant** | **03/09/2006 - Present** |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **InfoSync Services 1938 Woodlawn Suite 110 Wichita, KS 67226** | **10/13/2008 - Present** |
| **Jeffrey Miller 6055 Barfield Road Suite 200 Atlanta, GA 30328** | **05/08/2006 - Present** |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

10

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **InfoSync Services** | **1938 Woodlawn** |
| | **Suite 110** |
| | **Wichita, KS 67226** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Famous Recipe Company Operations, LLC** **6055 Barfield Road** **Suie 200** **Atlanta, GA 30328** | **Managing Member** | **This company is owned 100% by Lee's Holding Company, Inc.** |
| **Lee's Holding Company, Inc.** **171 Brooks Street, SE** **Suite F** **Fort Walton Beach, FL 32548** | **Beneficial Shareholders** | **Charles Cooper - 50%** **Jeffery Miller - 50%** |
| **Famous Recipe Holding Company, Inc.** **171 Brooks Street, SE** **Suite F** **Fort Walton Beach, FL 32548** | **CEO, CFO, Secretary** | **CEO - Jeffrey Miller - 50%** **CFO- Charles Cooper - 50%** **Secretary - Charles Cooper** |

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Famous Recipe Company Operations, LLC** | **President - Charles Cooper** | **03/30/2010** |
| **6055 Barfield Road** | **CFO- John Tsern** | **05/07/2009** |
| **Suite 200** | | |
| **Atlanta, GA 30328** | | |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ☐ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Lee's Holding Company, Inc.** | **20-0323976** |
| **171 Brook Street SE, Suite F** | |
| **Fort Walton Beach, FL  32548** | |

---

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **November 10, 2010**      Signature **/s/ Jeffrey D. Miller**

**Jeffrey D. Miller**
**Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Famous Recipe Company Operations, LLC**                    Case No. _____

_____  Debtor(s)                    Chapter   **11**   _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **2J Investment Group, LLC**<br>**c/o Berry Raskin**<br>**763 2nd Street, Suite 100**<br>**Encinitas, CA 92024** | **2J Investment Group, LLC**<br>**c/o Berry Raskin**<br>**763 2nd Street, Suite 100**<br>**Encinitas, CA 92024** | **Lease - Unit 444, 446, 461 - Past due Lease payments** | | **252,930.00** |
| **Bailey Johnson Heights, Inc.**<br>**450 E. Paces Ferry Road**<br>**Atlanta, GA 30305** | **Bailey Johnson Heights, Inc.**<br>**450 E. Paces Ferry Road**<br>**Atlanta, GA 30305** | **Lease -Past due Lease Payments** | | **185,000.00** |
| **Brauvin Net Capital, LLC**<br>**c/o Mark C. Lewensohn**<br>**205 N. Michigan Ave., S # 1900**<br>**Chicago, IL 60601** | **Brauvin Net Capital, LLC**<br>**c/o Mark C. Lewensohn**<br>**205 N. Michigan Ave., S # 1900**<br>**Chicago, IL 60601** | **Lease - Unit 391, 412, 420 - Past due Lease Payments** | | **270,407.10** |
| **CDI**<br>**5545 Shawland Road**<br>**Jacksonville, FL 32254** | **CDI**<br>**5545 Shawland Road**<br>**Jacksonville, FL 32254** | **Note Guarantor** | | **1,022,248.73** |
| **Coastal Bank & Trust**<br>**815 Beal Parkway NE**<br>**Fort Walton Beach, FL 32547** | **Coastal Bank & Trust**<br>**815 Beal Parkway NE**<br>**Fort Walton Beach, FL 32547** | **Guarantor of Loan** | | **2,200,000.00** |
| **Finegood Family Trust**<br>**c/o Ken Epstein, Suite 101**<br>**5000 North Parkway**<br>**Calabasas,**<br>**Calabasas, CA 91302** | **Finegood Family Trust**<br>**c/o Ken Epstein, Suite 101**<br>**5000 North Parkway Calabasas,**<br>**Calabasas, CA 91302** | **Lease - Unit 415 - Past due Lease Payments** | | **171,116.00** |
| **GE Capital Finance Corp.**<br>**Gregory R. Crochet, Esq.**<br>**225 Peachtree Street N.E.**<br>**Atlanta, GA 30361** | **GE Capital Finance Corp.**<br>**Gregory R. Crochet, Esq.**<br>**225 Peachtree Street N.E.**<br>**Atlanta, GA 30361** | **Leases - Past due Lease Payments** | | **549,751.00** |
| **GECFFC - Kinsey Moreland**<br>**P.O. Box 1711**<br>**Orlando, FL 32802** | **GECFFC - Kinsey Moreland**<br>**P.O. Box 1711**<br>**Orlando, FL 32802** | **Lease - Unit 316, 457, 459, 470, 473, 5760 - Past due Least Payments** | | **525,450.68** |
| **Georgia Department of Revenue**<br>**P.O. Box 16749**<br>**Atlanta, GA 30321** | **Georgia Department of Revenue**<br>**P.O. Box 16749**<br>**Atlanta, GA 30321** | **Georgia Sales** | | **1,343,460.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**                                    Case No. _____

                 Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **IRS Department of the Treasury Internal Revenue Services Cincinnati, OH 45999** | **IRS Department of the Treasury Internal Revenue Services Cincinnati, OH 45999** | **Payroll Tax** | | **2,108,353.27** |
| **J&J Properties c/o Bart A. Johnston 4424 Forsythe Place Nashville, TN 37205** | **J&J Properties c/o Bart A. Johnston 4424 Forsythe Place Nashville, TN 37205** | **Lease - Past due Lease Payments** | | **295,000.00** |
| **Jets Associates, LTD. c/o John E. Tegtmeyer 9 Indian Hill Point Hilton Head Island, SC 29926** | **Jets Associates, LTD. c/o John E. Tegtmeyer 9 Indian Hill Point Hilton Head Island, SC 29926** | **Lease - Unit 439, 441, 442, 450 - Past due Lease Payments** | | **309,883.26** |
| **Lee's Famous Recipes, Inc. 171 Brooks Street, SE Suite F Fort Walton Beach, FL 32548** | **Lee's Famous Recipes, Inc. 171 Brooks Street, SE Suite F Fort Walton Beach, FL 32548** | **Aggregate amount of loans to Debtor** | | **1,814,000.00** |
| **Morris, Manning & Martin 1600 Atlanta Financial Center 3343 Peachtree Road, NE Atlanta, GA 30326** | **Morris, Manning & Martin 1600 Atlanta Financial Center 3343 Peachtree Road, NE Atlanta, GA 30326** | **Account - Past due Lease Payments** | | **350,375.00** |
| **Mrs. Winners L.P. J. RUSSELL WELCH 999 Peachtree St. NE 2300 Atlanta, GA 30309** | **Mrs. Winners L.P. J. RUSSELL WELCH 999 Peachtree St. NE 2300 Atlanta, GA 30309** | **Lease - Past due Lease Payments** | | **500,000.00** |
| **Sysco Food Services of Atlanta 2225 Riverdale Road Atlanta, GA 30337** | **Sysco Food Services of Atlanta 2225 Riverdale Road Atlanta, GA 30337** | **Food Supply** | | **275,000.00** |
| **T & H Services Inc P.O. Box 45868 Atlanta, GA 30320** | **T & H Services Inc P.O. Box 45868 Atlanta, GA 30320** | **Account** | | **178,689.00** |
| **Tennessee Department of Revenu Andrew Jackson Bld. 500 Deaderick Street Nashville, TN 37242** | **Tennessee Department of Revenu Andrew Jackson Bld. 500 Deaderick Street Nashville, TN 37242** | **Sales** | | **283,332.00** |
| **Vanguard Bank & Trust Company 171 Brooks Street Suite F Fort Walton Beach, FL 32548** | **Vanguard Bank & Trust Company 171 Brooks Street Suite F Fort Walton Beach, FL 32548** | **Guarantors** | | **5,350,000.00** |
| **Woodall Realty Company 3155 Roswell Road Suite 100 Atlanta, GA 30305** | **Woodall Realty Company 3155 Roswell Road Suite 100 Atlanta, GA 30305** | **Lease - Unit 471- Past due Lease Payments and forward rents** | | **177,182.50** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Famous Recipe Company Operations, LLC**              Case No.                

                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 10, 2010**            Signature  **/s/ Jeffrey D. Miller**

                                             **Jeffrey D. Miller**

                                             **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com               Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re    **Famous Recipe Company Operations, LLC**                                    ,    Case No. _____
                                                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Famous Recipe Company Operations, LLC**
_____ ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking at Coastal Bank of Georgia for Operating Account #55376, #76588, #1280087858, #80366** | - | 0.00 |
| | | **Checking at Coastal Bank of Georgia for Payroll Account #85100, #87999** | - | 0.00 |
| | | **Checking at Coastal Bank of Georgia for Account Payable Account #87783, #73452** | - | 0.00 |
| | | **Checking at Coastal Bank for Gift Certificate Account #85092** | - | 0.00 |
| | | **Money Market Account # 1000753267 at Coastal Bank of Georgia** | - | 0.00 |
| | | **Wachovia for spice account 2000025796122** | - | 0.00 |
| | | **Money Market Account 2000034573187 at Wachovia** | - | 0.00 |
| | | **Coastal Bank of Georgia, Credit Card #89516** | - | 0.00 |
| | | **Coastal Bank of Georgia #87700 for 11 stores deposits** | - | 0.00 |
| | | **Checking at 1st Tennessee #175270614, 10 stores deposit** | - | 0.00 |
| | | **Checking at Regions for four stores 0061312967** | - | 0.00 |
| | | **Checking at Bank of America #4426229089 for 12 stores in Georgia** | - | 200,000.00 |
| | | **Checking at Bank of America for TN stores 4426229092 - 1 store deposit** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

|  | Sub-Total > | 200,000.00 |
|---|---|---|
|  | (Total of this page) | |

__4__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Famous Recipe Company Operations, LLC**
_____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                          ,          Case No. _____
                                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Leasehold Interest in 14 stores ($150,000.00/per store)** <br> **Unit 304, 307, 309, 311, 314, 320, 323, 324, 327, 333, 339, 364, 398, 415** | - | 2,100,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1988 Van - used as billboard advertising** | - | 100.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >   2,100,100.00
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**                                          ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | Henry Penny Frier | - | 4,458.93 |
| | | Telephone | - | 4,758.59 |
| | | Tools | - | 80.86 |
| | | Coffee Maker | - | 149.05 |
| | | Ice Maker Compressor | - | 6,781.21 |
| | | 5 Safes | - | 5,490.79 |
| | | 6 Computers | - | 8,543.91 |
| | | Office Supplies | - | 1,311.63 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Equipment | - | 5,885.46 |
| | | Oven | - | 990.80 |
| | | Refrigerator | - | 1,006.87 |
| | | Restaurant Supplies | - | 337.54 |
| | | Menu Boards - 1795.91 Table & Chairs - 919.07 Signs - 7831.52 Tea Brewer & Tea Dispenser - 457.79 Metromax Bow Tie Dunnage Rack - 184.40 Patio Furniture - 1234.54 | - | 12,423.23 |
| 30. Inventory. | | Ice Machine | - | 4,797.27 |
| | | 4 Fryers | - | 6,248.20 |
| | | Microwave Oven | - | 797.10 |
| | | Drink Machine | - | 1,827.58 |
| | | Food Wedger & Cut French Fries - $197.50 Hot Water Dispenser - $508.00 Food Box | - | 854.54 |
| | | Misc inventory | - | 6,103.26 |
| 31. Animals. | X | | | |

Sub-Total >    72,846.82
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**
_____ ,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Potential claim against Suntrust Bank, NA regarding the acquisition of stores, potential securities violation and related causes of action.** | - | **Unknown** |
| | | **Mark Tzalka and Judy Tzalka v. Mrs Winner's Chicken & Biscuits Famous Recipe Company Operations, LLC and Lee's Famous Recipes, Inc. - Case No. 10ED501383 - Claim** | - | **25,000.00** |
| | | **Potential claim for $250,000.00 funds advanced to purchase an interest in Golden Rule BBQ Franchise, LLC, and Alabama Corporation. Conveat: seller financing of 4.2 million superior to claim.** | - | **Unknown** |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **25,000.00** |
| Total > | **2,397,946.82** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Famous Recipe Company Operations, LLC**                                    Case No. _____

                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |

__0__  continuation sheets attached

|  | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

B6E (Official Form 6E) (4/10)

.

In re    **Famous Recipe Company Operations, LLC**                                        Case No. _____
,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re  **Famous Recipe Company Operations, LLC** ,  Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xx-xxx7630** | | | | | 01/2010 | | | | | |
| Georgia Department P.O. Box 347070 Atlanta, GA 30334 | | - | | | GA withholding | | | | 139,967.00 | 0.00 / 139,967.00 |
| Account No. **xx-xxx7630** | | | | | 01/2010 | | | | | |
| Georgia Department of Revenue P.O. Box 16749 Atlanta, GA 30321 | | - | | | Georgia Sales | | | | 1,343,460.00 | 0.00 / 1,343,460.00 |
| Account No. **xx-xxx7630** | | | | | 01/2010 | | | | | |
| IRS Department of the Treasury Internal Revenue Services Cincinnati, OH 45999 | | - | | | Payroll Tax | | | | 2,108,353.27 | 0.00 / 2,108,353.27 |
| Account No. **xx-xxx7630** | | | | | 01/2010 | | | | | |
| Mississippi Dept. of Revenue P.O. Box 1033 Jackson, MS 39215 | | - | | | Sales | | | | 35,670.00 | 0.00 / 35,670.00 |
| Account No. **xx-xxx7630** | | | | | 01/2010 | | | | | |
| Tennessee Department of Revenu Andrew Jackson Bld. 500 Deaderick Street Nashville, TN 37242 | | - | | | Sales | | | | 283,332.00 | 0.00 / 283,332.00 |

Sheet _1_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

3,910,782.27    3,910,782.27

B6E (Official Form 6E) (4/10) - Cont.

In re    **Famous Recipe Company Operations, LLC**                          Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx7630**<br><br>**U.S. Internal Revenue Services**<br>**700 W. Capitol Avenue**<br>**Suite 1002**<br>**Little Rock, AR 72201** | - | | **01/2010**<br><br>**Sales Tax** | | | | **7,777.00** | **0.00**<br><br>**7,777.00** | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **7,777.00** | **7,777.00** |
| Total | **0.00** | |
| (Report on Summary of Schedules) | **3,918,559.27** | **3,918,559.27** |

B6F (Official Form 6F) (12/07)

In re    **Famous Recipe Company Operations, LLC**                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 01/2010 Lease - Unit 444, 446, 461 - Past due Lease payments | | | | |
| **2J Investment Group, LLC c/o Berry Raskin 763 2nd Street, Suite 100 Encinitas, CA 92024** | - | | | | | | | | 252,930.00 |
| Account No. | | | | | 01/2010 Lease - Unit 444, 446, 461 - Forward Lease Payments | | | | |
| **2J Investment Group, LLC c/o Berry Raskin 763 2nd Street, Suite 100 Encinitas, CA 92024** | - | | | | | | X | | 100.00 |
| Account No. | | | | | 6/2009 Plumbing Services | | | | |
| **A Mr. Plumber Sewer Services PO BOX 140009 Nashville, TN 37214** | - | | | | | | | | 750.00 |
| Account No. | | | | | 7/2008 Construction | | | | |
| **A to Z Construction 581 VANDALIA ST  STE A Memphis, TN 38112** | - | | | | | | | | 2,645.00 |

|  |  |  |
|---|---|---|
| __72__ continuation sheets attached | Subtotal (Total of this page) | 256,425.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                                          ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 01/2010 Account | | | | |
| A1 Lock P.O. Box 336 Kennesaw, GA 30156 | - | | | | | X | | 100.00 |
| Account No. | | | | 5/2008 Account | | | | |
| Able Too LLC 2538 BERMUDA RD Stone Mountain, GA 30087 | - | | | | | | | 160.00 |
| Account No. | | | | 2/2009 Alarm Service | | | | |
| Ace Alarms Inc 350 WILSON PIKE CIR  STE 300 Brentwood, TN 37027 | - | | | | | | | 250.00 |
| Account No. | | | | 4/2009 Utiltity | | | | |
| Ace III Communications Inc PO BOX 1347 Decatur, GA 30031 | - | | | | | | | 415.00 |
| Account No. | | | | 2/2008 Electric Services | | | | |
| Action Electric & Mechanical 2600 COLLINS SPRINGS DR SE Smyrna, GA 30080 | - | | | | | | | 1,989.00 |

Sheet no. __1__ of __72__ sheets attached to Schedule of                          Subtotal           | 2,914.00
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Famous Recipe Company Operations, LLC**                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 09/2010 Account | | | | |
| Adam Wood 4924 October Way Cartersville, GA 30120 | - | | | | | | | 886.07 |
| Account No. | | | | 09/2010 Alarm Service | | | | |
| ADT Security PO BOX 371956 Pittsburgh, PA 15250 | - | | | | | | | 116.83 |
| Account No. | | | | 2/2009 Account | | | | |
| Advanced Career Profession PO BOX 991244 Louisville, KY 40269 | - | | | | | | | 2,500.00 |
| Account No. | | | | 3/2010 Utiltiy | | | | |
| Airgas National Carbonation P.O. BOX 601985 Charlotte, NC 28260 | - | | | | | | | 5,382.00 |
| Account No. | | | | 1/2009 Plumbing Repairs | | | | |
| All-Star Plumbing & Drain PO BOX 1145 Brentwood, TN 37024 | - | | | | | | | 445.00 |

Sheet no. __2__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 9,329.90 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Famous Recipe Company Operations, LLC**                                      ,     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 9/2010 Waste Services | | | | |
| **Allied Waste Services PO BOX 9001099 Louisville, KY 40290** | - | | | | | | | 282.00 |
| Account No. | | | | 7/2010 Account | | | | |
| **Altemar I Rivera 59 PINE GROVE RD Locust Grove, GA 30248** | - | | | | | | | 143.00 |
| Account No. | | | | 10/2009 Account | | | | |
| **American Digital Communication 4350 INTERNATIONAL BLVD, STE J Norcross, GA 30093** | - | | | | | | | 1,253.00 |
| Account No. | | | | 7/2008 Account | | | | |
| **American Fire & Safe Inc 1419  WOODMONT LANE NW Atlanta, GA 30318** | - | | | | | | | 17,120.00 |
| Account No. | | | | 7/2009 Account | | | | |
| **American Security Safe 2569 IRIS DRIVE STE F Conyers, GA 30013** | - | | | | | | | 393.00 |

Sheet no. __3__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,191.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                    ,  Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Architectural Shade Products**<br>**2575-C COBB INTERNATIONAL BLVD**<br>**Kennesaw, GA 30152** | - | | | 04/2008<br>Account | | | | 432.00 |
| Account No.<br><br>**Armor Lock & Safe**<br>**3567 LAWRENCEVILLE HWY**<br>**Tucker, GA 30084** | - | | | 9/2009<br>Safe | | | | 754.00 |
| Account No.<br><br>**Aspen Publishers Inc**<br>**4829 INNOVATION WAY**<br>**Chicago, IL 60682** | - | | | 7/2008<br>Account | | | | 213.00 |
| Account No.<br><br>**AT&T**<br>**P.O. Box 105320**<br>**Atlanta, GA 30348** | - | | | 01/2010<br>Utility | | X | | 100.00 |
| Account No.<br><br>**Atech Incorporated**<br>**PO BOX 24614**<br>**Nashville, TN 37202** | - | | | 12/2008<br>Account | | | | 32.70 |

Sheet no. __4___ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,531.70

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                    ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 5/2008 Advertising | | | | |
| Athletic World Advertising 3340 N COLLEGE Fayetteville, AR 72703 | - | | | | | | | 310.00 |
| Account No. | | | | 6/2008 Account | | | | |
| Atl Courier PO BOX 569☐☐ Norcross, GA 30091 | - | | | | | | | 93.00 |
| Account No. | | | | 09/2008 Equipment | | | | |
| Atlanta Equipment Company 1345 CAPITAL CIR NW☐☐ Lawrenceville, GA 30043 | - | | | | | | | 4,901.43 |
| Account No. | | | | 7/2009 Account | | | | |
| Atlanta Ice Company 1587 EAST TAYLOR AVE Atlanta, GA 30344 | - | | | | | | | 841.00 |
| Account No. | | | | 5/2008 Account | | | | |
| Atlanta Latino Inc 6400 ATLANTIC BLVD STE 200☐☐ Norcross, GA 30071 | - | | | | | | | 1,300.00 |

Sheet no. __5___ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    7,445.43

B6F (Official Form 6F) (12/07) - Cont.

In re    **Famous Recipe Company Operations, LLC**                                    ,        Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 8/2008 Movers | | | | |
| Atlanta Peach Movers 2911 NORTHEAST PKWY Atlanta, GA 30360 | - | | | | | | | 7,064.00 |
| Account No. | | | | 01/2010 Utility - | | X | | |
| Atmos Energy P.O. Box 790311 Saint Louis, MO 63179 | - | | | | | | | 4,000.00 |
| Account No. | | | | 01/2010 Lease - Past due lease payments | | | | |
| Avatar Real Estate, LLC c/o Anil Vaswani P.O. Box 13585 Atlanta, GA 30324 | - | | | | | | | 69,393.00 |
| Account No. | | | | 01/2010 Lease - Forward Lease Payments | | X | | |
| Avatar Real Estate, LLC c/o Anil Vaswani P.O. Box 13585 Atlanta, GA 30324 | - | | | | | | | 100.00 |
| Account No. | | | | 1/2008 Account | | | | |
| Award Systems Inc 6519 SPRING ST  STE A Douglasville, GA 30134 | - | | | | | | | 46.00 |

Sheet no. __6__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **80,603.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Famous Recipe Company Operations, LLC**                                ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Backflow & Plumbing Solutions** 740 SENTRY RIDGE CROSSING Suwanee, GA 30024 | - | | 6/2008 Plumbing | | | | 100.00 |
| Account No. **Bailey Johnson Heights, Inc.** 450 E. Paces Ferry Road Atlanta, GA 30305 | - | | 01/2010 Lease -Past due Lease Payments | | | | 185,000.00 |
| Account No. **Bailey Johnson Heights, Inc.** 450 E. Paces Ferry Road Atlanta, GA 30305 | - | | 01/2010 Lease - Forward Lease Payments | X | | | 100.00 |
| Account No. **x0111** **Beltram Edge Tool Supply Inc.** 134 LATONEA DR Columbia, SC 29210 | - | | 06/2008 Account | | | | 21,977.00 |
| Account No. **Bergeron Electrical** PO BOX 998 Crestview, FL 32536 | - | | 11/2007 Electric Services | | | | 1,885.00 |

Sheet no. __7___ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

209,062.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Famous Recipe Company Operations, LLC** ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bill Worley Plumbing Co Inc**<br>**PO BOX 5843**<br>**Gainesville, GA 30504** | - | | **2/2009**<br>**Plumbing** | | | | 405.00 |
| Account No.<br><br>**Boca Industries**<br>**5076 NIFDA DR**<br>**Smyrna, GA 30080** | - | | **06/2008**<br>**Account** | | | | 445.00 |
| Account No.<br><br>**Brauvin Net Capital, LLC**<br>**c/o Mark C. Lewensohn**<br>**205 N. Michigan Ave., S # 1900**<br>**Chicago, IL 60601** | - | | **01/2010**<br>**Lease - Unit 391, 412, 420 - Past due Lease Payments** | | | | 270,407.10 |
| Account No.<br><br>**Bravin Net Capital, LLC**<br>**c/o Mark C. Lewensohn**<br>**205 N. Michigan Ave. 1900**<br>**Chicago, IL 60601** | - | | **01/2010**<br>**Lease Unit 391, 412, 420 - Forward Lease Payments** | | X | | 100.00 |
| Account No.<br><br>**Brown Fire Protection**<br>**124 N HWY 79**<br>**Panama City, FL 32417** | - | | **6/2008**<br>**Uitlty** | | | | 154.00 |

Sheet no. __8__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

271,511.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**                              ,       Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Business & Legal Reports** **141 MILL ROCK RD E** **OLD SAYBROOK, MO 64750** | - | | 4/2008 **Account** | | | | 321.00 |
| Account No. **Careerbuilder LLC** **13047 COLLECTION CENTER DR** **Chicago, IL 60693** | - | | 05/2008 **Account** | | | | 6,833.33 |
| Account No. **Carolina Door Controls Inc** **13047 COLLECTION CENTER DR** **Chicago, IL 60693** | - | | 1/2008 **Door Control** | | | | 950.00 |
| Account No. **Carwile Mechanical** **433 E 15TH ST** **Cookeville, TN 38501** | - | | 10/2008 **Account** | | | | 125.51 |
| Account No. **CDI** **5545 Shawland Road** **Jacksonville, FL 32254** | - | | 07/2009 **Note Guarantor** | | | | 1,022,248.73 |

| | | |
|---|---|---|
| Sheet no. __9___ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,030,478.57 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**                          ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** Central Transport PO BOX 33299 Detroit, MI 48232 | - | | | 12/2007 Account | | | | 80.00 |
| **Account No.** Cerpro Tech Heating & Air 3075 BALL ROAD Cunningham, TN 37052 | - | | | 10/2008 Utility | | | | 1,733.00 |
| **Account No.** Charles Hamptons A-1 Signs PO BOX 247 Dickson, TN 37056 | - | | | 4/2010 Sign | | | | 838.00 |
| **Account No.** Cheek Enterprises Inc PO BOX 310□□ Walls, MS 38680 | - | | | 4/2009 Account | | | | 16,129.00 |
| **Account No.** Chi Family, Inc, c/o Sung S. Chi 3801 Cardinal Drive Tucker, GA 30084 | - | | | 01/2010 Lease - Unit 426 -Past due Lease Payments | | | | 50,315.28 |

Sheet no. __10__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          69,095.28

B6F (Official Form 6F) (12/07) - Cont.

In re **Famous Recipe Company Operations, LLC** , Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 01/2010 | | | | |
| Chi Family, Inc, c/o Sung S. Chi 3801 Cardinal Drive Tucker, GA 30084 | | - | Lease - Unit 426 -Forward Lease Payments | | | | 100.00 |
| Account No. | | | 08/2009 | | | | |
| Choice Care Occupational 791 OAK ST Atlanta, GA 30354 | | - | Account | | | | 35.00 |
| Account No. | | | 9/2010 | | | | |
| City of Atlanta- DEPT OF WATERSHED MGMT PO BOX 105275 Atlanta, GA 30348 | | - | Utility Bill | | | | 2,421.00 |
| Account No. | | | 01/2010 | | | | |
| City of Canton 151 Elizabeth Street Canton, GA 30114 | | - | Utility - Unit 314 | | X | | 500.00 |
| Account No. | | | 9/2010 | | | | |
| City of Crestview 198 N WILSON ST Crestview, FL 32536 | | - | Utility Bill | | | | 52.00 |

Sheet no. __11__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    3,108.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 9/2010 Utility Bill | | | | |
| City of East Point 1526 E. FORREST AVE Suite 400 Atlanta, GA 30344 | - | | | | | | | 2,724.00 |
| Account No. | | | | 10/2010 Utiltiy Bill | | | | |
| City of Forest Park 745 FOREST PKWY Forest Park, GA 30297 | - | | | | | | | 242.00 |
| Account No. | | | | 9/2010 Utiltity Bill | | | | |
| City of Gainsville 757 Queens City Parkway SW Gainesville, GA 30501 | - | | | | | | | 626.00 |
| Account No. | | | | 9/2010 Utilty Bill | | | | |
| Clayton County Water 1600 BATTLE CREEK RD Morrow, GA 30260 | - | | | | | | | 485.00 |
| Account No. | | | | 7/2009 Account | | | | |
| Clear Channel Broadcasting PO BOX 402646 Atlanta, GA 30384 | - | | | | | | | 11,648.27 |

Sheet no. __12__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,725.27

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                          ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Coastal Bank & Trust** 815 Beal Parkway NE Fort Walton Beach, FL 32547 | - | | 01/2010 Guarantor of Loan | | | | 2,200,000.00 |
| Account No. **Cobb County Water System** PO BOX 580440 Charlotte, NC 28258 | - | | 9/2010 Utility Bill | | | | 1,114.00 |
| Account No. **Cobb EMC** PO BOX 369 Marietta, GA 30061 | - | | 9/2010 Account | | | | 3,165.00 |
| Account No. **Coca Cola Bottling Co Memphis** PO BOX 102677 Atlanta, GA 30368 | - | | 6/2009 Beverage | | | | 69.00 |
| Account No. **Coca Cola USA** 68 Annex P.O. Box 102190 Atlanta, GA 30368-0190 | - | | 8/2008 Beverage | | | | 52.00 |

Sheet no. __13__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **2,204,400.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                          ,     Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2/2009 Electric | | | | |
| Cochran Bros Electrical Co PO BOX 2956 Gainesville, GA 30503 | - | | | | | | | 304.00 |
| Account No. | | | | 10/10 Account | | | | |
| Comcast PO BOX 2127 GA 30391 | - | | | | | | | 100.00 |
| Account No. | | | | 3/2009 Account | | | | |
| Commercial Electronics 3421 HOLLENBERG DRIVE Bridgeton, MO 63044 | - | | | | | | | 365.00 |
| Account No. | | | | 8/2008 Beverage | | | | |
| Community Coffee Co, LLC PO BOX 791 Baton Rouge, LA 70821 | - | | | | | | | 121.00 |
| Account No. | | | | 12/2008 Account | | | | |
| Concepts Incorporated POST OFFICE DRAWER 33219 Decatur, GA 30033 | - | | | | | | | 546.00 |

Sheet no. __14__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,436.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Famous Recipe Company Operations, LLC** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Conference America, Inc.** <br> **PO BOX 241188** <br> **Montgomery, AL 36124** | - | | **02/2008** <br> **Account** | | | | 216.39 |
| Account No. <br><br> **Construction Code Enforcement** <br> **6465 MULLINS STA** <br> **Memphis, TN 38134** | - | | **10/2008** <br> **Account** | | | | 49.00 |
| Account No. <br><br> **Convenient Care Clinic** <br> **350A S LOWE AVE** <br> **Cookeville, TN 38501** | - | | **2/2008** <br> **Account** | | | | 50.00 |
| Account No. <br><br> **Cookeville Heating & Cooling** <br> **347 E STEVENS ST** <br> **Cookeville, TN 38501** | - | | **7/2008** <br> **Heating and Air Conditioner** | | | | 218.00 |
| Account No. <br><br> **Cooks Pest Control** <br> **PO BOX 341898** <br> **Memphis, TN 38184** | - | | **3/2008** <br> **Pest Control** | | | | 154.00 |

Sheet no. __15__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    687.39

B6F (Official Form 6F) (12/07) - Cont.

In re    **Famous Recipe Company Operations, LLC**                    ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | 06/2008 Pest Control | | | | |
| **Cooks Pest Control** **PO BOX 341898** **Memphis, TN 38184** | | | | | | | | 1,561.49 |
| Account No. **x0110** | | - | | 07/2008 Account | | | | |
| **Coordinated Systems** **PO BOX 58** **Wichita, KS 67201** | | | | | | | | 11,046.00 |
| Account No. | | - | | 1/2008 Account | | | | |
| **Copy Systems Business Ctr** **4821 US HWY 98  STE 102** **Santa Rosa Beach, FL 32459** | | | | | | | | 27.00 |
| Account No. | | - | | 7/2010 Account | | | | |
| **Corp Care & Assoc Inc** **7000 PEACHTREE DUNWOODY** **Atlanta, GA 30328** | | | | | | | | 982.00 |
| Account No. | | - | | 2/2008 Account | | | | |
| **Coweta Occupational** **1755 HWY 34E  STE 2400** **Newnan, GA 30265** | | | | | | | | 240.00 |

Sheet no. __**16**__ of __**72**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **13,856.49**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Famous Recipe Company Operations, LLC**                              ,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 5/2009 Advertising | | | | |
| Creative Loafing PO BOX 933860 Atlanta, GA 31193 | - | | | | | | | 500.00 |
| Account No. | | | | 8/2008 Account | | | | |
| Crisp Regional Hospital PO BOX 919 Cordele, GA 31010 | - | | | | | | | 30.00 |
| Account No. | | | | 03/2008 Account | | | | |
| Crown Ford, Inc. PO BOX 40584 Nashville, TN 37204 | - | | | | | | | 894.30 |
| Account No. | | | | 04/2009 Beverage | | | | |
| Crystal Springs PO BOX 660579 Dallas, TX 75266 | - | | | | | | | 57.86 |
| Account No. | | | | 5/2009 Account | | | | |
| CSI Group LLC 26425 E ADMIRAL PL Catoosa, OK 74015 | - | | | | | | | 3,805.00 |

Sheet no. __17__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,287.16

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**                              , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cumulus Nashville** <br> **PO BOX 643198** <br> **Cincinnati, OH 45264** | - | | **7/2009** <br> **Account** | | | | 3,300.00 |
| Account No. <br><br> **Dartmoor Associates Inc.** <br> **6065 BARFIELD RD STE 100** <br> **Atlanta, GA 30328** | - | | **10/2008** <br> **Account** | | | | 111.00 |
| Account No. <br><br> **Date Label Corp Inc** <br> **1298 E US HWY 136  STE E** <br> **Pittsboro, IN 46167** | - | | **7/2008** <br> **Account** | | | | 64.00 |
| Account No. <br><br> **David George** <br> **6055 BARFIELD RD    STE 200** <br> **Atlanta, GA 30328** | - | | **10/2010** <br> **Account** | | | | 332.00 |
| Account No. <br><br> **Dekalb County Sanitation** <br> **P.O. Box 1027** <br> **Decatur, GA 30031** | - | | **01/2010** <br> **Utility** | | X | | 100.00 |

Sheet no. __18__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,907.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**                    ,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 04/2008 Account | | | | |
| **Delta Maintence PO BOX 784 Olive Branch, MS 38654** | - | | | | | | | 1,250.21 |
| Account No. | | | | 6/2008 Account | | | | |
| **Dennis J Ours 585 SANDERS RD Cumming, GA 30041** | - | | | | | | | 475.00 |
| Account No. | | | | 01/2010 Service | | | | |
| **Designer Lawn 3312 Homewood Memphis, TN 38128** | - | | | | | X | | 100.00 |
| Account No. | | | | 9/2010 Lawn Care | | | | |
| **Designers Lawns & Landscape 3312 HOMEWOOD Memphis, TN 38128** | - | | | | | | | 1,300.00 |
| Account No. | | | | 2/2009 Plumbing and Sewer | | | | |
| **Dickinson Plumbing & Sewer 4260 INDUSTRIAL CENTER LANE Acworth, GA 30101** | - | | | | | | | 298.00 |

Sheet no. __19__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    3,423.21

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC** ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 04/2010 Other | | | | |
| Dickson County Trustee #4 COURT SQUARE Room 114 Charlotte, TN 37036 | | - | | | | | | 3,130.00 |
| Account No. | | | | 10/2010 Account | | | | |
| Direct TV PO BOX 60036 Los Angeles, CA 90060 | | - | | | | | | 54.11 |
| Account No. | | | | 1/2008 Plumbing | | | | |
| Don Huckaby Plumbing Inc 5294 CRESTVIEW DR Memphis, TN 38134 | | - | | | | | | 342.00 |
| Account No. | | | | 3/2009 Contracting Services | | | | |
| Donald Tanner Jr TANNER PAINT CONTRACTING INC 186 TURHUNE ROAD Rome, GA 30161 | | - | | | | | | 225.00 |
| Account No. | | | | 04/2008 Account | | | | |
| Dr Vinyl of Middle Tenness 453 MYATT DR Madison, TN 37115 | | - | | | | | | 270.00 |

Sheet no. __20__ of __72__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)      4,021.11

B6F (Official Form 6F) (12/07) - Cont.

In re    **Famous Recipe Company Operations, LLC**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 4/2008 Account | | | | |
| Drs Speakers Network LLC 3638 DICKERSON PIKE STE 204 Nashville, TN 37207 | - | | | | | | | 165.00 |
| Account No. | | | | 01/2010 Lease - Unit 345 -Past due Lease Payments and forward rents | | | | |
| DTMJ-1, LLC c/o David Montgomery 7024 Alderwood Court Lacey, WA 98503 | - | | | | | | | 10,593.33 |
| Account No. | | | | 3/2008 Account | | | | |
| Eagle Financial Inc C/O MR ROOTER PLUMBING PO BOX 28066 Chattanooga, TN 37424 | - | | | | | | | 551.00 |
| Account No. | | | | 06/2008 Account | | | | |
| EcoLab PO BOX 601090 Charlotte, NC 28260 | - | | | | | X | | 30,730.05 |
| Account No. | | | | 10/2010 Account | | | | |
| Eden Johnson-Wood 6255 BARFIELD RD STE 104 Atlanta, GA 30328 | - | | | | | | | 611.00 |

Sheet no. __21__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           42,650.38

B6F (Official Form 6F) (12/07) - Cont.

In re    **Famous Recipe Company Operations, LLC**                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **x0176** <br><br> **Edmission & Eubank Comm Inc** <br> **106 College Street** <br> **Dickson, TN 37055** | | - | | 7/2008 <br> **Account** | | | | **600.00** |
| Account No. <br><br> **Electro Plumbing & Drains** <br> **PO BOX 213** <br> **Austell, GA 30168** | | - | | 9/2008 <br> **Plumbing** | | | | **1,258.00** |
| Account No. <br><br> **Elvin Allen** <br> **81 THORN THICKET DR** <br> **Rockmart, GA 30153** | | - | | 2/2008 <br> **Account** | | | | **2,318.00** |
| Account No. <br><br> **Employment Screening Services** <br> **1401 PROVIDENCE PARK** <br> **Birmingham, AL 35242** | | - | | 3/2009 <br> **Account** | | | | **1,643.00** |
| Account No. <br><br> **En Gedi Investments, LLC** <br> **c/o Albert Kuo** <br> **1699 Hood Court** <br> **Santa Clara, CA 95051** | | - | | 01/2010 <br> **Lease - Unit 364 - Past due Lease Payments** | | | | **83,279.10** |

Sheet no. __**22**__ of __**72**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**89,098.10**

B6F (Official Form 6F) (12/07) - Cont.

In re **Famous Recipe Company Operations, LLC** ,
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Debtor
Case No. ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 01/2010 **Lease - Unit 364 - Forward Lease Payments** | | | | |
| **En Gedi Investments, LLC** c/o Albert Kuo 1699 Hood Court Santa Clara, CA 95051 | - | | | | | X | | 100.00 |
| Account No. | | | | 08/2008 **Account** | | | | |
| **ESS Inc.** 203 McMillin Street Nashville, TN 37203 | - | | | | | | | 3,565.68 |
| Account No. | | | | 01/2010 **Account** | | | | |
| **Everalert** P.O. Box 538 Kennesaw, GA 30156 | - | | | | | X | | 100.00 |
| Account No. | | | | 1/2007 **Account** | | | | |
| **Express Transcation Service** 1508 E. 86th Street Suite 410 Indianapolis, IN 46240 | - | | | | | | | 679.00 |
| Account No. | | | | 8/2008 **Account** | | | | |
| **Falcon Fabricators** PO BOX 40252 Nashville, TN 37204 | - | | | | | | | 78.00 |

Sheet no. __23__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,522.68

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC** ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Federal Express** 710 Morgan Falls Road Atlanta, GA 30350 | - | | 9/2010 Service | | | | 468.00 |
| Account No. **Finegood Family Trust** c/o Ken Epstein, Suite 101 5000 North Parkway Calabasas, Calabasas, CA 91302 | - | | 01/2010 Lease - Unit 415 - Past due Lease Payments | | | | 171,116.00 |
| Account No. **Finegood Family Trust** c/o Ken Epstein, Suite 101 5000 North Parkway Calabasas, Calabasas, CA 91302 | - | | 01/2010 Lease - Unit 415 - Forward Lease Payments | | X | | 100.00 |
| Account No. **Fire King LLC** PO BOX 70869 Philadelphia, PA 19176 | - | | 5/2008 Account | | | | 8,095.00 |
| Account No. **Fire King Security Product** PO BOX 559 New Albany, IN 47151 | - | | 5/2008 Account | | | | 903.00 |

Sheet no. __24__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    180,682.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Famous Recipe Company Operations, LLC**                    ,                    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 7/2008 Account | | | | |
| Fishbowl Inc Dept at 952733 Atlanta, GA 31192 | | - | | | | | | 40,745.20 |
| Account No. | | | | 09/2008 Account | | | | |
| Floied Fire Extinguisher PO BOX 16055 Memphis, TN 38186 | | - | | | | | | 8,094.70 |
| Account No. | | | | 9/2008 Account | | | | |
| Flowers Baking Co PO BOX 100826 Atlanta, GA 30384 | | - | | | | | | 37.00 |
| Account No. | | | | 10/2009 Account | | | | |
| Floyd Healthcare Management FLOYD MEDICAL CENTER INC PO BOX 233 Rome, GA 30162 | | - | | | | | | 25.00 |
| Account No. | | | | 4/2009 Account | | | | |
| Floyd R. Allen III AMBASSADOR CONSTRUCTION INC. 12049-C LEBANON ROAD Mount Juliet, TN 37122 | | - | | | | | | 7,750.00 |

Sheet no. __25__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **56,651.90**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC** ,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 3/2010 Account | | | | |
| **Ford & Harrison** **795 RIDGE LAKE BLVD  STE 300** **Memphis, TN 38120** | | - | | | | | | 5,457.00 |
| Account No. | | | | 01/2010 Account | | | | |
| **Frase Protection** **P.O. Box 533** **Cordova, TN 38088** | | - | | | | X | | 100.00 |
| Account No. | | | | 10/2010 Account | | | | |
| **Frederick Kelley** **6255 BARFIELD RD  STE 104** **Atlanta, GA 30328** | | - | | | | | | 407.00 |
| Account No. | | | | 1/2009 Account | | | | |
| **G4S Compliance** **INVESTIGATIONS** **PO BOX 277469** **Atlanta, GA 30384** | | - | | | | | | 620.00 |
| Account No. | | | | 9/2009 Account | | | | |
| **Gainsville Radiology Group** **P.O. Box 2417** **Gainesville, GA 30503** | | - | | | | | | 500.00 |

Sheet no. __26__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,084.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Famous Recipe Company Operations, LLC_____ ,   Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.    Gallatin Urgent Care PC 728 NASHVILLE PIKE Gallatin, TN 37066 | - | | | 04/2008 Account | | | | 30.00 |
| Account No.    Gary Bryant 215 SKYLINE DR Brentwood, TN 37027 | - | | | 8/2010 Account | | | | 979.00 |
| Account No.    Gary W. Schaffer 313 Hearthstone Mews Alexandria, VA 22314 | - | | | 01/2010 Lease - Unit 314 -Past due Lease Payments | | | | 62,000.00 |
| Account No.    Gary W. Schaffer 313 Hearthstone Mews Alexandria, VA 22314 | - | | | 01/2010 Lease - Unit 314 -Forward Lease Payments | | | | 0.00 |
| Account No.    GCS Service Inc P.O. Box 18688 Indianapolis, IN 46218 | - | | | 8/2007 Account | | | | 8,569.00 |

Sheet no. __27__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            71,578.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> GE Capital Finance Corp. <br> Gregory R. Crochet, Esq. <br> 225 Peachtree Street N.E. <br> Atlanta, GA 30361 | - | | | 01/2010 <br> Leases - Past due Lease Payments | | | | 549,751.00 |
| Account No. <br><br> GE Capital Finance Corp. <br> Gregory R. Crochet, Esq. <br> 225 Peachtree Street NE <br> Atlanta, GA 30361 | - | | | 01/2010 <br> Lease - Forward Lease Payments | | X | | 100.00 |
| Account No. <br><br> GECFFC - Kinsey Moreland <br> P.O. Box 1711 <br> Orlando, FL 32802 | - | | | 01/2010 <br> Lease - Unit 316, 457, 459, 470, 473, 5760 - Past due Least Payments | | | | 525,450.68 |
| Account No. **x0104** <br><br> Georgia Logos, LLC <br> 6597 PEACHTREE INDUSTRIAL BLVD <br> Suite A <br> Norcross, GA 30092 | - | | | 04/2010 <br> Account | | | | 9,000.00 |
| Account No. **x0229** <br><br> Georgia Power Company <br> PO BOX 105090 <br> Atlanta, GA 30348 | - | | | 9/2010 <br> Utility Bill | | | | 76,983.00 |

Sheet no. __28__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,161,284.68

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**
_____ ,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gibby Electric Co**<br>**8258 JACKSON LAKE RD**<br>**Monticello, GA 31064** | - | | **8/2008**<br>**Utiltity Bill** | | | | 2,605.00 |
| Account No.<br><br>**Gilford H. Carlisle**<br>**CARLISLE REPAIR**<br>**1201 WATTS TERR**<br>**Nashville, TN 37209** | - | | **09/2008**<br>**Repairs** | | | | 4,576.20 |
| Account No.<br><br>**Glass Doctor**<br>**PO BOX 1767**<br>**Norcross, GA 30091** | - | | **06/2009**<br>**Glass repair** | | | | 1,334.43 |
| Account No.<br><br>**Glenn E Ellen**<br>**ROTO ROOTER**<br>**PO BOX 1328**<br>**Flowery Branch, GA 30542** | - | | **3/2008**<br>**Plumbing** | | | | 225.00 |
| Account No.<br><br>**Gore Medical Management**<br>**DBA FAMILY MEDICAL CENTER**<br>**1657 N EXPY**<br>**Griffin, GA 30223** | - | | **3/2009**<br>**Account** | | | | 20.00 |

Sheet no. __29__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,760.63

B6F (Official Form 6F) (12/07) - Cont.

In re **Famous Recipe Company Operations, LLC** ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GP Management Inc**<br>**ADVANCE PROFESSIONALS**<br>**3703 TAYLORSVILLE RD  STE 115**<br>**Louisville, KY 40220** | - | | **11/2008**<br>**Account** | | | | 2,000.00 |
| Account No.<br><br>**Great Scents Service Company**<br>**622 W POPLAR STE 5-174**<br>**Collierville, TN 38017** | - | | **12/2008**<br>**Account** | | | | 34.00 |
| Account No.<br><br>**Green King Spray Services**<br>**PO BOX 801**<br>**Southaven, MS 38671** | - | | **7/2008**<br>**Account** | | | | 1,767.00 |
| Account No.<br><br>**Greer and Assoc. Electrical**<br>**2004 A GLADSTONE AVE**<br>**Nashville, TN 37211** | - | | **8/2007**<br>**Electrical** | | | | 5,287.00 |
| Account No.<br><br>**Greystone Power Corporation**<br>**PO BOX 6071**<br>**Douglasville, GA 30154** | - | | **9/2010**<br>**Utiltiy** | | | | 2,359.00 |

| | | |
|---|---|---|
| Sheet no. __30__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 11,447.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**                    ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 8/2010 Account | | | | |
| Griffin Industries Inc PO BOX 530401 Atlanta, GA 30353 | - | | | | | | | |
| | | | | | | | | 4,558.00 |
| Account No. | | | | 07/2009 Account | | | | |
| GSC Service, Inc. P.O. Box 64373 Saint Paul, MN 55164 | - | | | | | | | |
| | | | | | | | | 1,943.80 |
| Account No. | | | | 9/2008 Account | | | | |
| GW Chew DBA GW CHEW REPAIR & MAINT SERVICE 2034 TEAL CV Lithonia, GA 30058 | - | | | | | | | |
| | | | | | | | | 717.00 |
| Account No. | | | | 5/2009 Account | | | | |
| H.A. Balton Companies LLC 3058 SOUTHWALL STREET Memphis, TN 38114 | - | | | | | | | |
| | | | | | | | | 682.00 |
| Account No. | | | | 8/2008 Heating and Air Services | | | | |
| Hammocks Heating & Air Inc 5137 HWY 92 Acworth, GA 30102 | - | | | | | | | |
| | | | | | | | | 125.00 |

Sheet no. __31__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          8,025.80

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**                        ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 01/2010<br>Unit 320 | | | | |
| Hardee's Food System<br>Well's Fargo Lockbox E2001-49<br>3440 Flair Drive<br>El Monte, CA 91731 | - | | | | | | | 40,507.94 |
| Account No. | | | | 10/2007<br>Lock Services | | | | |
| Harrison Lock Service<br>307 W. Main Street<br>Lebanon, TN 37087 | - | | | | | | | 493.00 |
| Account No. | | | | 1,536.40<br>Legal Services | | | | |
| Hawkins & Parnell LLC<br>4000 SUNTRUST PLAZA<br>303 PEACHTREE ST NE<br>Atlanta, GA 30308 | - | | | | | | | 1,536.40 |
| Account No. | | | | 01/2010<br>Utility | | X | | |
| Henry County Water<br>1695 HWY 20 W<br>McDonough, GA 30253 | - | | | | | | | 100.00 |
| Account No. | | | | 9/2008<br>Account | | | | |
| Henry Occupational Medicine<br>101 REGENCY PARK DR<br>McDonough, GA 30253 | - | | | | | | | 15.00 |

Sheet no. __32__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    42,652.34

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re　**Famous Recipe Company Operations, LLC** ,　Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 6/2009 Heating and Air Services | | | | |
| Hixon Heating & Air Cond 2210 BROOKS ROAD Dacula, GA 30019 | - | | | | | | | 1,715.00 |
| Account No. | | | | 01/2010 Account | | | | |
| Holliday Pest 1607 Park Lake Lane Norcross, GA 30092 | - | | | | | X | | 100.00 |
| Account No. | | | | 05/2008 Plumbing | | | | |
| Holt Plumbing Company 2608 MURFREESBORO RD  STE 100 Nashville, TN 37217 | - | | | | | | | 3,080.00 |
| Account No. | | | | 04/2008 Service | | | | |
| Home Pest Control, Inc. 2841 LEBANON RD Nashville, TN 37214 | - | | | | | | | 125.00 |
| Account No. | | | | 09/2010 Utility Bill | | | | |
| Horn Lake Water Assoc, Inc. PO BOX 151 Horn Lake, MS 38637 | - | | | | | | | 152.59 |

Sheet no. __33__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　5,172.59

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**                              Case No. _____
_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 02/2008 Supplies | | | | |
| **Hotel & Restaurant Supply** **PO BOX 6** **Meridian, MS 39302** | - | | | | | | | |
| | | | | | | | | 849.47 |
| Account No. **x0222** | | | | 10/2008 Account | | | | |
| **HSBC Business Solutions** **PO BOX 5239** **Carol Stream, IL 60197** | - | | | | | | | |
| | | | | | | | | 32.00 |
| Account No. | | | | 01/2010 Lease - Unit 327 - Past due Lease Payments | | | | |
| **Hundoble Trust** **c/o dennis & Debbie Hundoble** **1994 Cherry Hill Drive** **Discovery Bay, CA 94505** | - | | | | | | | |
| | | | | | | | | 21,900.00 |
| Account No. | | | | 01/2010 Lease - Unit 327 -Forward Lease Payments | | X | | |
| **Hundoble Trust** **c/o dennis & Debbie Hundoble** **1994 Cherry Hill Drive** **Discovery Bay, CA 94505** | - | | | | | | | |
| | | | | | | | | 100.00 |
| Account No. | | | | 01/2010 Lease - Unit 443 -Past due Lease Payments and forward rent | | | | |
| **IFC West Memphis, LLC** **c/o  John S. Chou** **28315 Ridgehaven Court** **Rancho Palos Verdes, CA 90275** | - | | | | | | | |
| | | | | | | | | 57,213.20 |

Sheet no. __34__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   80,094.67

B6F (Official Form 6F) (12/07) - Cont.

In re __Famous Recipe Company Operations, LLC_____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 9/2010 Office supplies | | | | |
| Ikon Office Solutions PO BOX 532530 Atlanta, GA 30353 | - | | | | | | | 981.00 |
| Account No. | | | | 9/2010 Account | | | | |
| Imperial Credit Corporation 1001 WINSTEAD DRIVE STE 500 Cary, NC 27513 | - | | | | | | | 33,214.00 |
| Account No. | | | | 10/2008 Account | | | | |
| Industrial Fire & Safety EQUIPMENT CO INC 608 ASH ST Nashville, TN 37202 | - | | | | | | | 3,078.00 |
| Account No. | | | | 3/2008 Account | | | | |
| Infosoft Group Inc METROATLANTAJOBS.COM 23811 NETWORK PL Chicago, IL 60673 | - | | | | | | | 2,500.00 |
| Account No. | | | | 10/2008 Account | | | | |
| Intouch Inc 335 MAXWELL CRES Lynchburg, VA 24505 | - | | | | | | | 8,432.00 |

Sheet no. __35__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   48,205.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC** ,                    Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 01/2010 Lease - Unit 437 - Past due Lease Payments and forward rent | | | | |
| Irving J. Sherman Trust c/I John Hamburger 2808 Anthony Lane South Minneapolis, MN 55418 | - | | | | | | | 160,550.00 |
| Account No. | | | | 6/2008 Account | | | | |
| J Adams Co Inc PO BOX 1109 Flowery Branch, GA 30542 | - | | | | | | | 120.00 |
| Account No. | | | | 01/2010 Lease - Past due Lease Payments | | | | |
| J&J Properties c/o Bart A. Johnston 4424 Forsythe Place Nashville, TN 37205 | - | | | | | | | 295,000.00 |
| Account No. | | | | 01/2010 Lease - Forward Lease Payments | | X | | |
| J&J Properties c/o Bart A. Johnston 4424 Forsythe Place Nashville, TN 37205 | - | | | | | | | 100.00 |
| Account No. | | | | 10/2008 Account | | | | |
| Jarrod J. Simon 131 COLE DRIVE Hendersonville, TN 37075 | - | | | | | | | 566.00 |

| Sheet no. __36__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 456,336.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Famous Recipe Company Operations, LLC** ,     Case No. _____

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **JD Grove Refrig** <br> **352 OLD HWY 70** <br> **White Bluff, TN 37187** | - | | 8/2008 <br> **Account** | | | | 1,528.00 |
| Account No. <br><br> **Jets Associates, LTD.** <br> **c/o John E. Tegtmeyer** <br> **9 Indian Hill Point** <br> **Hilton Head Island, SC 29926** | - | | 01/2010 <br> **Lease - Unit 439, 441, 442, 450 - Past due Lease Payments** | | | | 309,883.26 |
| Account No. <br><br> **Jets Associates, LTD.** <br> **c/o John E. Tegtmeyer** <br> **9 Indian Hill Point** <br> **Hilton Head Island, SC 29926** | - | | 01/2010 <br> **Lease - Unit 439, 441, 442, 450 - Forward Lease Payments** | | | X | 100.00 |
| Account No. <br><br> **Jim Yeager** <br> **A SAFELOCK CO** <br> **PO BOX 301377** <br> **Memphis, TN 38130** | - | | 8/2008 <br> **Account** | | | | 726.00 |
| Account No. <br><br> **JLS Landscape** <br> **807 Uancy Road** <br> **Covington, GA 30014** | - | | 01/2010 <br> **Landscaping** | | | X | 3,000.00 |

Sheet no. __37__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal            315,237.26
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Famous Recipe Company Operations, LLC**                                    ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Joe Moore<br>JOE'S CARPET CLEANING<br>3020 FAIR MEADOW DRIVE<br>Horn Lake, MS 38637** | - | | | **10/2008<br>Carpet Cleaning** | | | | 225.00 |
| Account No.<br><br>**John F. Tsern<br>16 Morning View Drive<br>Newport Coast, CA 92657** | - | | | **01/2010<br>Lease - Unit 326 - Past due Lease Payments and forward rent** | | | | 33,775.72 |
| Account No.<br><br>**John F. Tsern<br>16 Morning View Drive<br>Newport Coast, CA 92657** | - | | | **01/2010<br>Lease - Unit 419 - Forward Lease Payments and forward rent** | | | | 121,333.57 |
| Account No.<br><br>**Johnsons Plumbing Inc<br>PO BOX 4534<br>Canton, GA 30114** | - | | | **3/2009<br>Plumbing** | | | | 328.00 |
| Account No.<br><br>**Joslin Sign & Maintenance<br>JOSLIN & SON SIGNS<br>630 MURFREESBORO RD<br>Nashville, TN 37210** | - | | | **04/2008<br>Maintenance** | | | | 4,071.72 |

Sheet no. __38__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    159,734.01

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Famous Recipe Company Operations, LLC**                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 4/2008 Account | | | | |
| Kenco Lusk LLC 429 STILL BRANCH DR  STE 100 Canton, GA 30115 | - | | | | | | | 1,173.00 |
| Account No. | | | | 9/2010 Account | | | | |
| Key Risk Management Service PO BOX 18746 Greensboro, NC 27419 | - | | | | | | | 1,052.00 |
| Account No. | | | | 9/2010 Account | | | | |
| Kimberly Rivera Beattie CATAPULT PEOPLE SOLUTIONS LLC 270 EVERLEIGH WAY Marietta, GA 30064 | - | | | | | | | 2,253.00 |
| Account No. | | | | 2/2008 Account | | | | |
| Kool Breeze of NWF 8460 E BAY BLVD Navarre, FL 32566 | - | | | | | | | 270.00 |
| Account No. | | | | 01/2010 Lease - Unit 418 - Past due Lease Payments and forward rent | | | | |
| Kwong Yuen Seung 6814 Georgia, Hwy 85 Riverdale, GA | - | | | | | | | 47,469.52 |

Sheet no. __39__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,217.52

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                                     ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 10/2008 Account | | | | |
| Lacy & Associates 501 METROPLEX DRIVE SUITE 105 Nashville, TN 37211 | - | | | | | | | 12.00 |
| Account No. | | | | 12/2007 Account | | | | |
| Lakeside Publishing Inc THE CHEROKEE LEDGER NEWS PO BOX 2369 Woodstock, GA 30188 | - | | | | | | | 841.00 |
| Account No. | | | | 2/2009 Account | | | | |
| Larry Todd Heaton AFFORDABLE TESTING PO BOX 1094 Acworth, GA 30101 | - | | | | | | | 75.00 |
| Account No. | | | | 05/2008 Account | | | | |
| Laser Supply & Service, Inc. 2779 PETERSON PL Norcross, GA 30071 | - | | | | | | | 1,122.47 |
| Account No. | | | | 5/2008 Account | | | | |
| Latin American Assoc ATTN ELI VELEZ 2750 BUFORD HWY Atlanta, GA 30324 | - | | | | | | | 4,680.00 |

Sheet no. __40__ of __72__ sheets attached to Schedule of                                   Subtotal
Creditors Holding Unsecured Nonpriority Claims                                     (Total of this page)     | 6,730.47 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**                              ,        Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Lee's Famous Recipes, Inc. <br> 171 Brooks Street, SE <br> Suite F <br> Fort Walton Beach, FL 32548 | - | | 10/2010 <br> Loan - insurance advanced | | | | 39,856.77 |
| Account No. <br><br> Lee's Famous Recipes, Inc. <br> 171 Brooks Street, SE <br> Suite F <br> Fort Walton Beach, FL 32548 | - | | 01/2010 <br> Aggregate amount of loans to Debtor | | | | 1,814,000.00 |
| Account No. <br><br> Leon Economy Associates, Inc. <br> 166 Harington Court <br> Clayton, GA 30525 | - | | 01/2010 <br> Lease - Unit 307 - Past due Lease Payments | | | | 56,400.00 |
| Account No. <br><br> Leon Economy Associates, Inc. <br> 166 Harington Court <br> Clayton, GA 30525 | - | | 01/2010 <br> Lease - Unit 307 - Forward Lease Payments | | X | | 100.00 |
| Account No. <br><br> Leon Economy Associates, Inc. <br> 166 Harington Court <br> Clayton, GA 30525 | - | | 01/2010 <br> Lease -Unit 309 - Past due Lease Payments | | | | 36,000.00 |

Sheet no. __41__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     1,946,356.77

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**                          ,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Leon Economy Associates, Inc.<br>166 Harington Court<br>Clayton, GA 30525 | - | | 01/2010<br>Lease- Unit 309 - Forward Lease Payments | | X | | 100.00 |
| Account No.<br><br>Leon Economy Associates, Inc.<br>166 Harington Court<br>Clayton, GA 30525 | - | | 01/2010<br>Lease - Unit 312 - Past due Lease Payments | | | | 74,800.00 |
| Account No.<br><br>Leon Economy Associates, Inc.<br>166 Harington Court<br>Clayton, GA 30525 | - | | 01/2010<br>Lease - Unit 312 - Forward Lease Payments | | X | | 100.00 |
| Account No.<br><br>Leon Economy Associates, Inc.<br>166 Harington Court<br>Clayton, GA 30525 | - | | 01/2010<br>Lease Unit 323 - Past due Lease Payments | | | | 8,800.00 |
| Account No.<br><br>Leon Economy Associates, Inc.<br>166 Harington Court<br>Clayton, GA 30525 | - | | 01/2010<br>Lease - Unit 323 - Forward Lease Payments | | X | | 100.00 |

Sheet no. __42__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           83,900.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**                                    ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 8/2009 | | | | |
| **Light Bulb Depot 7 LLC**<br>**PO BOX 2363**<br>**Sarasota, FL 34230** | - | | Account | | | | 726.00 |
| Account No. | | | 10/2008 | | | | |
| **Lincoln Glass Company**<br>**635 N 3RD ST**<br>**Memphis, TN 38107** | - | | Account | | | | 464.25 |
| Account No. | | | 1/2008 | | | | |
| **Lipsey Inc**<br>**PO BOX 1246**<br>**Norcross, GA 30091** | - | | Account | | | | 749.00 |
| Account No. | | | 07/2008 | | | | |
| **LMI Electrical Contractors**<br>**1902 TUCKER INDUSTRIAL**<br>**Tucker, GA 30084** | - | | Electric | | | | 4,427.41 |
| Account No. | | | 01/2010 | | | | |
| **Main Street Loan, Inc.**<br>**c/o Howard Zidell**<br>**604 Main Street**<br>**Vancouver, WA 98660** | - | | Lease - Unit 350 - Past due Lease Payments and forward rent | | | | 133,568.20 |

Sheet no. __43__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **139,934.86**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                                   ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mark & Judy Tzalka**<br>**2900 Chamblee Tucker Road**<br>**Bld S-300**<br>**Atlanta, GA 30341** | | - | **11/2008**<br>**Past Due Rent - Past due Lease Payments and forward rent** | | | | 36,083.82 |
| Account No.<br><br>**Mark & Judy Tzalka**<br>**2900 Chamblee Tucker Road**<br>**Bld S-300**<br>**Atlanta, GA 30341** | | - | **01/2010**<br>**Claim** | | | | 25,000.00 |
| Account No.<br><br>**Martin & Associates**<br>**77 E CROSSVILLE RD STE 204**<br>**Marietta, GA 30066** | | | **7/2008**<br>**Legal Fees** | | | | 3,000.00 |
| Account No.<br><br>**Marvin D. Bass Jr**<br>**JRS PRESSURE WASHING LAWN CARE**<br>**1833 RIVERVIEW DR**<br>**Crestview, FL 32536** | | - | **2/2008**<br>**Account** | | | | 110.00 |
| Account No.<br><br>**Mary Louise Platkiewicz**<br>**641 N. Tower Avenue**<br>**dba Hart Trust**<br>**Chandler, AZ 85225** | | - | **01/2010**<br>**Lease- Unit 311 Unit 324 - Past due Lease Payments** | | | | 84,613.00 |

Sheet no. **44** of **72** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

148,806.82

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC** ,                     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 01/2010 Lease - Unit 311, Unit 324 - Forward Lease Payments | | | | |
| Mary Louise Platkiewicz 641 N. Tower Avenue dba Hart Trust Chandler, AZ 85225 | | - | | | | X | | 100.00 |
| Account No. | | | | 01/2010 Lease - Unit 304 - Past due Lease Payments | | | | |
| Mary Miller Carol Miller aka Spellings 2078 Kirby PKWY Memphis, TN 38119 | | - | | | | | | 129,000.00 |
| Account No. | | | | 01/2010 Lease - Unit 304 - Forward Lease Payments | | | | |
| Mary Miller Carol Miller aka Spellings 2078 Kirby PKWY Memphis, TN 38119 | | - | | | | X | | 100.00 |
| Account No. | | | | 04/2010 Account | | | | |
| Maximum Maintenance PO BOX 11436 Atlanta, GA 30310 | | - | | | | | | 4,285.00 |
| Account No. | | | | 09/2010 Utility Bill | | | | |
| Memphis Light Gas & Water PO BOX 388 Memphis, TN 38145 | | - | | | | | | 26,747.10 |

Sheet no. __45__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

160,232.10

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 10/2008 Account | | | | |
| Memphis Restaurant SUPPLY CO INC 1750 SEPTEMBER RD Memphis, TN 38116 | - | | | | | | | 545.00 |
| Account No. | | | | 11/2008 Account | | | | |
| Memphis Sign Erectors Inc PO BOX 18944 Memphis, TN 38181 | - | | | | | | | 3,059.00 |
| Account No. | | | | 5/2008 Account | | | | |
| Metro Alarms PO BOX 178 Memphis, TN 38101 | - | | | | | | | 5.00 |
| Account No. | | | | 09/2010 Utility Bill | | | | |
| Metro Water Services PO BOX 305225 Nashville, TN 37230 | - | | | | | | | 753.85 |
| Account No. | | | | 10/2009 Account | | | | |
| Michael McCracken 6255 BARFIELD RD  STE 104 Atlanta, GA 30328 | - | | | | | | | 600.00 |

Sheet no. __46__ of __72__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)                | 4,962.85 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Famous Recipe Company Operations, LLC_____,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 6/2008 Account | | | | |
| Microtel Inn & Suites 6280 PEACHTREE DUNWOODY RD Atlanta, GA 30328 | - | | | | | | | 735.00 |
| Account No. | | | | 09/2008 Cleaning | | | | |
| Mid South Carpet Cleaning PO BOX 56 Nolensville, TN 37135 | - | | | | | | | 6,050.00 |
| Account No. | | | | 01/2008 Security | | | | |
| Mid South Security Systems 1732 SANDS PL Marietta, GA 30067 | - | | | | | | | 109.90 |
| Account No. | | | | 8/2010 Account | | | | |
| Mid-South Clean Machine In 469 HWY 149 S Tyronza, AR 72386 | - | | | | | | | 1,540.00 |
| Account No. | | | | 01/2010 Lease - Unit 333 - Past due Lease Payments | | | | |
| Midori, LLC c/o Eunice Tsai 3644-E1 Chamblee Atlanta, GA 30341 | - | | | | | | | 120,199.00 |

Sheet no. __47__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

128,633.90

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Midori, LLC**<br>**c/o Eunice Tsai**<br>**3644-E1 Chamblee**<br>**Atlanta, GA 30341** | - | | **01/2010**<br>**Lease - Unit 333 - Forward Lease Payments** | | X | | 100.00 |
| Account No.<br><br>**Millard Martin**<br>**PO BOX 51886**<br>**Bowling Green, KY 42102** | - | | **04/2008**<br>**Account** | | | | 149.00 |
| Account No.<br><br>**Mobile Mini, Inc.**<br>**PO BOX 79149**<br>**Phoenix, AZ 85062** | - | | **9/2008**<br>**Account** | | | | 351.00 |
| Account No.<br><br>**Morris, Manning & Martin**<br>**1600 Atlanta Financial Center**<br>**3343 Peachtree Road, NE**<br>**Atlanta, GA 30326** | - | | **01/2010**<br>**Account - Past due Lease Payments** | | | | 350,375.00 |
| Account No.<br><br>**Movie Facts Inc**<br>**1870 BUSSE HWY**<br>**Des Plaines, IL 60016** | - | | **1/2008**<br>**Account** | | | | 5.00 |

Sheet no. __48__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

350,980.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mrs. Winners L.P.**<br>**J. RUSSELL WELCH**<br>**999 Peachtree St. NE 2300**<br>**Atlanta, GA 30309** | - | | **01/2010**<br>**Lease - Past due Lease Payments** | | | | 500,000.00 |
| Account No.<br><br>**Mrs. Winners L.P.**<br>**J. RUSSELL WELCH**<br>**999 Peachtree Street, NE**<br>**Atlanta, GA 30309** | - | | **01/2010**<br>**Lease - Forward Lease Payments** | | X | | 100.00 |
| Account No.<br><br>**Muzak**<br>**P.O. Box 71070**<br>**Charlotte, NC 28272** | - | | **01/2010**<br>**Account** | | X | | 100.00 |
| Account No.<br><br>**Muzak Drive Thru**<br>**PO BOX 601975**<br>**Charlotte, NC 28260** | - | | **11/2008**<br>**Account** | | | | 947.00 |
| Account No.<br><br>**Muzak LLC**<br>**PO BOX 71070**<br>**Charlotte, NC 28272** | - | | **3/2009**<br>**Account** | | | | 23,468.00 |

Sheet no. __49__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        524,615.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Famous Recipe Company Operations, LLC**                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 1/2008 | | | | |
| MWM Holdings ZEPHYR DETAIL INC 105 SOUTHWIND CIR Roswell, GA 30076 | - | | Account | | | | 135.00 |
| Account No. | | | 01/2010 | | | | |
| MYL Properties c/o Mark Tzalka 24300 Hartland St. West Hills, CA 91307 | - | | Lease - 361 -Past due Lease Payments | | | | 31,614.06 |
| Account No. | | | 04/2008 | | | | |
| Nashville Door 1827B 12TH AVE S Nashville, TN 37203 | - | | Account | | | | 942.85 |
| Account No. | | | 3/2008 | | | | |
| Nashville Refrigeration In 3480 DICKERSON RD Nashville, TN 37207 | - | | Account | | | | 344.00 |
| Account No. | | | 2/2009 | | | | |
| National Hood & Duct 193 L FISHER RD Shelbyville, TN 37160 | - | | Account | | | | 1,180.00 |

Sheet no. __50__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            34,215.91

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                                    Case No. _____

                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 6/2008 Account | | | | |
| New Orleans Best Recruiting PO BOX 451 Jonesboro, GA 30237 | | - | | | | | | 1,500.00 |
| Account No. | | | | 01/2010 Utility - Unit 323 | | X | | |
| Newnan Utilities P.O. Box 23055 Columbus, GA 31902 | | - | | | | | | 100.00 |
| Account No. **x0188** | | | | 9/2009 Account | | | | |
| NUCO2 Inc. P.O. Box 9011 Stuart, FL 34995 | | - | | | | | | 5,151.00 |
| Account No. | | | | 6/2008 Account | | | | |
| Occupational Health Center PO BOX 488 Lombard, IL 60148 | | - | | | | | | 1,163.00 |
| Account No. | | | | 4/2008 Account | | | | |
| Occupational Med Center Ca PO BOX 82758 Atlanta, GA 30354 | | - | | | | | | 166.00 |

Sheet no. __51__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    8,080.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                              ,     Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 08/2008 Account | | | | |
| Opal O Griffin A1 ROOTER ALL PLUMBING PO BOX 140009 Nashville, TN 37214 | - | | | | | | | |
| | | | | | | | | 1,894.00 |
| Account No. | | | | 3/2009 Pest Control | | | | |
| Orkin Exterminating Company PO BOX 1504 Atlanta, GA 30301 | - | | | | | | | |
| | | | | | | | | 19,789.00 |
| Account No. | | | | 2/2008 Account | | | | |
| Pannell Mechanical PO BOX 15082 Chattanooga, TN 37415 | - | | | | | | | |
| | | | | | | | | 270.00 |
| Account No. | | | | 1/2008 Legal | | | | |
| Park St. Partners LLP 250 Park Street Bowling Green, KY 42101 | - | | | | | | | |
| | | | | | | | | 182.00 |
| Account No. | | | | 5/2009 Account | | | | |
| Patrice & Associates Inc 6450 MEADOWLARK DRIVE Dunkirk, MD 20754 | - | | | | | | | |
| | | | | | | | | 2,000.00 |

Sheet no. __52__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                24,135.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Famous Recipe Company Operations, LLC__ , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | 10/2010 Account | | | | | |
| Patrick Cook 1734 TORRINGTON CT Cordova, TN 38016 | - | | | | | | | 329.00 |
| Account No. | | | 9/2010 Trade debt | | | | | |
| Patriot Fire Protection PO BOX 402 Locust Grove, GA 30248 | - | | | | | | | 5,756.00 |
| Account No. | | | 01/2010 Maintenace of Stores | | | X | | |
| Paul Heard P.O. Box 45868 Atlanta, GA 30320 | - | | | | | | | 170,000.00 |
| Account No. | | | 06/2008 Account | | | | | |
| Peggy Jobes PO BOX 491 Southaven, MS 38671 | - | | | | | | | 130.00 |
| Account No. | | | 09/2010 Lock | | | | | |
| Peifer Safe & Lock LLC 5287 KNIGHT ARNOLD RD Memphis, TN 38118 | - | | | | | | | 266.57 |

Sheet no. __53__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          176,481.57

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**                        ,   Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Personnel Concepts** <br> **3200 GUASTI ROAD STE.300** <br> **Ontario, CA 91761** | - | | 12/2008 <br> Account | | | | 3,846.00 |
| Account No. <br><br> **Phoenix Wholesale Food Service** <br> **P.O. Box 707** <br> **Forest Park, GA 30298** | - | | 7/2010 <br> Account | | | | 85.00 |
| Account No. <br><br> **Pickens County Progress** <br> **PO BOX 67** <br> **Jasper, GA 30143** | - | | 1/2008 <br> Account | | | | 153.00 |
| Account No. <br><br> **Piedmont Natural Gas** <br> **PO BOX 533500** <br> **Atlanta, GA 30353** | - | | 9/2010 <br> Utility Bill | | | | 451.00 |
| Account No. <br><br> **Pilgrims Pride** <br> **C/O JP MORGAN CHASE BANK** <br> **PO BOX 911709** <br> **Dallas, TX 75391** | - | | 5/2010 <br> Account | | | | 41,999.00 |

Sheet no. __54__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          46,534.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Famous Recipe Company Operations, LLC__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | 01/2010 Lease - Past due Lease Payments | | | | |
| Pio Pio Diamond, LLC c/o Emilio Suster P.O. Box 630653 Miami, FL 33163 | | | | | | | | 100,000.00 |
| Account No. | | - | | 01/2010 Lease - Forward Lease Payments | | X | | |
| Pio Pio Diamond, LLC c/o Emilio Suster P.O. Box 630653 Miami, FL 33163 | | | | | | | | 100.00 |
| Account No. | | - | | 2/2009 Landscaping servicese | | | | |
| Platinum 4 Landscaping 3880 BUTTON GATE CT Lithonia, GA 30038 | | | | | | | | 4,450.00 |
| Account No. | | - | | 7/2008 Account | | | | |
| Porter Brothers Inc PO BOX 430 Dickson, TN 37056 | | | | | | | | 302.00 |
| Account No. x0113 | | - | | 10/2010 Account | | | | |
| Principal Financial Group 111 W STATE ST Mason City, IA 50402 | | | | | | | | 2,479.00 |

Sheet no. __55__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

107,331.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                    ,  Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Print Pro Inc** <br> **STE B145** <br> **1000 JOHNSON FERRY RD** <br> **Marietta, GA 30068** | - | | 3/2009 <br> **Account** | | | | 850.00 |
| Account No. <br><br> **Proforma** <br> **PO BOX 640814** <br> **Cincinnati, OH 45264** | - | | 3/2009 <br> **Account** | | | | 750.00 |
| Account No. <br><br> **PSI Marketing Consultants** <br> **WDKN RADIO SERVICES** <br> **Chicago, IL 60674** | - | | 8/2008 <br> **Account** | | | | 258.00 |
| Account No. <br><br> **R & R Calendar LLC Inc.** <br> **3020 CANTON RD  STE 201** <br> **PO BOX 965235** <br> **Marietta, GA 30066** | - | | 2/2008 <br> **Account** | | | | 278.00 |
| Account No. <br><br> **R.L. Dixon Inc** <br> **1687 Ranchwood Trail** <br> **Canton, GA 30115** | - | | 3/2009 <br> **Account** | | | | 215.00 |

Sheet no. __56__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,351.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**                     ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Raleigh Glass Company Inc<br>5706 CLEAVES CIRCLE<br>Arlington, TN 38002** | - | | **5/2009**<br>**Account** | | | | 578.00 |
| Account No. **x0134**<br><br>**Randy Harvey<br>HARVEYS LAWN<br>PO BOX 752976<br>Memphis, TN 38175** | - | | **05/2008**<br>**Account** | | | | 190.00 |
| Account No.<br><br>**Reddy Ice Corp<br>ATLANTA ICE CO<br>PO BOX 730505<br>Dallas, TX 75373** | - | | **05/2008**<br>**Account** | | | | 7,165.10 |
| Account No.<br><br>**Residue Rescue Drain & Sewage<br>PO BOX 100467<br>Nashville, TN 37224** | - | | **4/2009**<br>**Account** | | | | 1,514.00 |
| Account No.<br><br>**Robert F Kostelnik<br>FATHER & SON UPHOLSTERY<br>3131 KENNESAW VIEW DR<br>Marietta, GA 30064** | - | | **5/2007**<br>**Account** | | | | 100.00 |

Sheet no. __57__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,547.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**                ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 7/2008 | | | | |
| Robertson Services Inc KNOTTS CARPET CLEANING PO BOX 3668 Clarksville, TN 37043 | - | | Account | | | | 60.00 |
| Account No. | | | 9/2010 | | | | |
| Rockdale Water Resource PO BOX 1378 Conyers, GA 30012 | - | | Utility Bill | | | | 252.00 |
| Account No. | | | 9/2010 | | | | |
| Rodney Bryant DBA Holliday Pest Management 1607 PARK LAKE LANE Norcross, GA 30092 | - | | Account | | | | 2,622.00 |
| Account No. | | | 01/2010 | | | | |
| Roman Towers, LLC 3603 Quentin Road 2nd Floor Brooklyn, NY 11234 | - | | Lease - Unit 329 -Past due Lease Payments and forward rent | | | | 10,128.95 |
| Account No. | | | 5/2008 | | | | |
| Rome Braves ROME BASEBALL CLUB INC PO BOX 1915 Rome, GA 30162 | - | | Account | | | | 3,040.00 |

Sheet no. __58__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,102.95

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                    ,    Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 3/2008 Account | | | | |
| **Roof USA LLC** **3401 W ADAMS** **Phoenix, AZ 85009** | - | | | | | | 550.00 |
| Account No. | | | 05/2008 Due on Account | | | | |
| **RSUI Group, Inc.** **Kay Smith, Suite 1800** **945 East Paces Ferry Road,** **Atlanta, GA 30326** | - | | | | | | 75,000.00 |
| Account No. | | | 9/2010 Account | | | | |
| **RTI Total** **1325 Williams Drive** **Marietta, GA 30066** | | | | | | | 1,425.00 |
| Account No. | | | 01/2010 Lease - Unit 464 - Past due Lease Payments | | | | |
| **RTM Operating Company, LLC** **c/o Laura McCoy** **1155 Perimeter Center West** **Atlanta, GA 30338** | - | | | | | | 108,000.00 |
| Account No. | | | 01/2010 Lease - Unit 464 - Forward Lease Payments | | | | |
| **RTM Operating Company, LLC** **c/o Laura McCoy** **1155 Perimeter Center West** **Atlanta, GA 30338** | - | | | | | X | 100.00 |

Sheet no. __59__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                185,075.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Famous Recipe Company Operations, LLC_____,    Case No. _____

                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | 01/2010 Utility | | X | | |
| Scana Energy PO BOX 100157 Columbia, SC 29202-3157 | | | | | | | | |
| | | | | | | | | 100.00 |
| Account No. | | - | | 05/2008 Account | | | | |
| Scoreboard Productions 2921 AVE E E Arlington, TX 76011 | | | | | | | | |
| | | | | | | | | 309.50 |
| Account No. **x0205** | | - | | 6/2008 Plumbing | | | | |
| Servall Plumbing PO BOX 939 Acworth, GA 30101 | | | | | | | | |
| | | | | | | | | 7,866.00 |
| Account No. **x0206** | | - | | 4/2009 Signs | | | | |
| SIGNATURE SIGNS 1736 US 31-W BY PASS Bowling Green, KY 42101 | | | | | | | | |
| | | | | | | | | 398.00 |
| Account No. | | - | | 10/2009 Signs | | | | |
| Signpost Networks LLC 1197 PEACHTREE ST. SUITE 575 Atlanta, GA 30361 | | | | | | | | |
| | | | | | | | | 1,800.00 |

Sheet no. __60__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,473.50

B6F (Official Form 6F) (12/07) - Cont.

In re **Famous Recipe Company Operations, LLC** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Skyway Outdoors Inc**<br>**7063 NORTH SCENIC HWY**<br>**Bastian, VA 24314** | - | | **10/2008**<br>**Account** | | | | 362.00 |
| Account No.<br><br>**SMG II LLC**<br>**8079 SOLUTIONS CENTER**<br>**Chicago, IL 60674** | - | | **10/2008**<br>**Account** | | | | 4,695.00 |
| Account No.<br><br>**Southeast Cooler**<br>**1520 WESTFORK DR**<br>**Lithia Springs, GA 30122** | - | | **03/2008**<br>**Account** | | | | 40.00 |
| Account No.<br><br>**Southern Ceiling & Wall**<br>**825 POOLE BRIDGE RD**<br>**Hiram, GA 30141** | - | | **3/2008**<br>**Account** | | | | 700.00 |
| Account No.<br><br>**Spacenet Inc**<br>**PO BOX 198801**<br>**Atlanta, GA 30384** | - | | **3/2008**<br>**Accout** | | | | 20,025.00 |

Sheet no. __61__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,822.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Famous Recipe Company Operations, LLC**                                     , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Specialty Engraving**<br>**3412 ENTERPRISE DRIVE**<br>**Wilmington, NC 28405** | - | | 8/2008<br>**Account** | | | | 375.00 |
| Account No.<br><br>**Specialty Lighting & Recyc**<br>**PO BOX 643**<br>**Frankfort, IL 60423** | - | | 1/2008<br>**Account** | | | | 267.00 |
| Account No.<br><br>**Spirit Master Funding III,**<br>**14631 N. Scottsdale Road**<br>**Suite 200**<br>**Scottsdale, AZ 85254** | - | | 01/2010<br>**Lease - Unit 463 -Past due Lease Payments and forward rent** | | | | 14,935.02 |
| Account No.<br><br>**SSI State Systems Inc**<br>**PO BOX 372**<br>**DEPT 90**<br>**Memphis, TN 38101** | - | | 7/2009<br>**Account** | | | | 781.00 |
| Account No.<br><br>**Stargazer Property, LLC**<br>**c/o Dana and Norma Laine**<br>**3440 Santa Clara Circle**<br>**Costa Mesa, CA 92626** | - | | 01/2010<br>**Lease - Unit 398 - Past due Lease Payments** | | | | 120,873.00 |

Sheet no. __62__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          137,231.02

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Stargazer Property, LLC**<br>**c/o Dana and Norma Laine**<br>**3440 Santa Clara Circle**<br>**Costa Mesa, CA 92626** | - | | **01/2010**<br>**Lease - Unit 398 -Forward Lease Payments** | | X | | 100.00 |
| Account No.<br><br>**Steven and Nancy Rush**<br>**4499 Glenwood Avenue**<br>**Decatur, GA 30032** | - | | **01/2010**<br>**Lease - Unit 339 -Forward Lease Payments** | | | | 150,572.00 |
| Account No.<br><br>**Steven and Nancy Rush**<br>**4499 Glenwood Avenue**<br>**Decatur, GA 30032** | - | | **01/2010**<br>**Lease - Unit 339 - Forward Lease Payments** | | X | | 100.00 |
| Account No.<br><br>**Steven Smith**<br>**5856 SUMMER AVE**<br>**Memphis, TN 38134** | - | | **10/2010**<br>**Account** | | | | 742.79 |
| Account No.<br><br>**Straight Rate Plumbing**<br>**PO BOX 63**<br>**Hermitage, TN 37076** | - | | **04/2008**<br>**Plumbing** | | | | 528.00 |

Sheet no. __63__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     152,042.79

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                    ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 4/2009 | | | | |
| **Studio M Productions Inc** **6505 BURDETT DRIVE** **Atlanta, GA 30328** | - | | Account | | | | |
| | | | | | | | 1,675.00 |
| Account No. | | | 1/2008 | | | | |
| **Sullivision Inc** **PO BOX 7042** **Appleton, WI 54912** | - | | Account | | | | |
| | | | | | | | 135.00 |
| Account No. | | | 1/2008 | | | | |
| **Superior Inc** **101 MUNDY MEMORIAL DR** **Mount Juliet, TN 37122** | - | | Account | | | | |
| | | | | | | | 1,700.00 |
| Account No. | | | 4/2008 | | | | |
| **Supply Company** **PO BOX 1739** **1255 SPANGLER RD** **Fairborn, OH 45324** | - | | Account | | | | |
| | | | | | | | 46.95 |
| Account No. | | | 2/2008 | | | | |
| **Swift Contracting** **A & A PLUMBING AND ELECTRIC** **1032 HUNTERS POINT LANE** **Bowling Green, KY 42104** | - | | Account | | | | |
| | | | | | | | 1,730.00 |

Sheet no. __64__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,286.95

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                          ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 5/2010 Food Supply | | | | |
| Sysco Food Services of Atlanta 2225 Riverdale Road Atlanta, GA 30337 | - | | | | | | | |
| | | | | | | | | 275,000.00 |
| Account No. | | | | 5/2010 Food Supply | | | | |
| Sysco Food Services of Memphis 4359 BF Goodrich Blvd. Memphis, TN 38118 | - | | | | | | | |
| | | | | | | | | 150,000.00 |
| Account No. | | | | 7/2010 Account | | | | |
| T & H Services Inc P.O. Box 45868 Atlanta, GA 30320 | - | | | | | | | |
| | | | | | | | | 178,689.00 |
| Account No. | | | | 8/2010 Account | | | | |
| Tant Services 7605 HIGHWAY 70 # 107-105 Memphis, TN 38133 | - | | | | | | | |
| | | | | | | | | 1,325.00 |
| Account No. | | | | 10/2008 Account | | | | |
| Tenn Sheet Metal, Inc, 40 FANT INDUSTRIAL DR Madison, TN 37115 | - | | | | | | | |
| | | | | | | | | 83.03 |

Sheet no. __65__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

605,097.03

B6F (Official Form 6F) (12/07) - Cont.

In re    **Famous Recipe Company Operations, LLC**                                         ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Tennessee Urgent Care**<br>**339 WHITE BRIDGE ROAD**<br>**Nashville, TN 37209** | - | | 6/2008<br>**Account** | | | | 320.00 |
| Account No.<br><br>**Tenolok Partners, LTD**<br>**c/o ComRealty**<br>**701 N. Post Oak Road, #515**<br>**Houston, TX 77024** | - | | 01/2010<br>**Lease - Unit 451 -Past due Lease Payments**<br>**and forward rent** | | | | 8,794.50 |
| Account No.<br><br>**THE DALLAS NEW ERA INC**<br>**PO BOX 530**<br>**Dallas, GA 30132** | - | | 10/2008<br>**Account** | | | | 1,040.62 |
| Account No. **x0112**<br><br>**The Gallatin Newspaper**<br>**110 N WATER AVE**<br>**Gallatin, TN 37066** | - | | 11/2007<br>**Account** | | | | 930.00 |
| Account No.<br><br>**The Howard Company, Inc.**<br>**PO BOX 78228**<br>**WI 53277** | - | | 04/2008<br>**Account** | | | | 95.04 |

Sheet no. __66__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **11,180.16**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                                  ,            Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 12/2007 Account | | | | |
| The King Professional 4240 TOWNHALL Memphis, TN 38128 | - | | | | | | | 10,080.00 |
| Account No. | | | | 3/2008 Account | | | | |
| The Lebanon Publ Co Inc 402 N CUMBERLAND ST Lebanon, TN 37088 | - | | | | | | | 90.00 |
| Account No. | | | | 4/2009 Account | | | | |
| The Little Coupon Book 8491 HOSPITAL DRIVE #150 Douglasville, GA 30134 | - | | | | | | | 1,050.00 |
| Account No. | | | | 04/2010 Account | | | | |
| The Tennessean PO BOX 677589 Dallas, TX 75267 | - | | | | | | | 2,631.51 |
| Account No. | | | | 10/2010 Account | | | | |
| THE UPS STORE 4969 174 WATERCOLOR WAY  STE 103 Santa Rosa Beach, FL 32459 | - | | | | | | | 20.24 |

Sheet no. __67__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **13,871.75**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                    ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 10/2008 Account | | | | |
| **Towns Upholstery** **4323 ELLENDALE RD** **Memphis, TN 38135** | - | | | | | | | |
| | | | | | | | | 316.83 |
| Account No. | | | | 01/2010 Lease - Unit 348  Past due rents and forward rents | | | | |
| **Trust Issue of Virginia Wood** **418 Woodcrest Lane** **Franklin, TN 37067** | - | | | | | | | |
| | | | | | | | | 34,574.02 |
| Account No. | | | | 07/2008 Account | | | | |
| **Ultrafryer Systems** **302 SPENCER LN** **San Antonio, TX 78201** | - | | | | | | | |
| | | | | | | | | 4,020.82 |
| Account No. | | | | 1/2009 Account | | | | |
| **Universal Media** **6750 AVENUE DE L'ESPLANADE** **Suite 340** **Quebec, CA** | - | | | | | | | |
| | | | | | | | | 520.00 |
| Account No. | | | | 10/10 Account | | | | |
| **USPS-Hasler** **TMS #219609** **PO Box 0527** **Carol Stream, IL 60132** | - | | | | | | | |
| | | | | | | | | 20.00 |

Sheet no. __68__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,451.67

B6F (Official Form 6F) (12/07) - Cont.

In re    **Famous Recipe Company Operations, LLC** ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 10/30/2008 Guarantors | | | | |
| **Vanguard Bank & Trust Company** **171 Brooks Street** **Suite F** **Fort Walton Beach, FL 32548** | - | | | | | | | **5,350,000.00** |
| Account No. | | | | 9/2008 Account | | | | |
| **Vann Dyne Crotty Co Inc** **P.O. Box 28506** **Columbus, OH 43228** | - | | | | | | | **250.00** |
| Account No. | | | | 8/2008 Plumbing | | | | |
| **VH Gilstrap Plumbing Inc** **PO BOX 426** **Cartersville, GA 30120** | - | | | | | | | **869.00** |
| Account No. | | | | 01/1999 Lease - Past due Lease Payments | | | | |
| **Volunteer South, Inc.** **Attn.: George Gebhardt** **P.O. Box 49** **Gordonsville, TN 38563** | - | | | | | | | **129,000.00** |
| Account No. | | | | 01/2010 Lease - Forward Lease Payments | | X | | |
| **Volunteer South, Inc.** **Attn.: George Gebhardt** **P.O. Box 49** **Gordonsville, TN 38563** | - | | | | | | | **100.00** |

Sheet no. __69__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **5,480,219.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**                    ,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 01/2010 | | | | |
| Voss Lighting P.O. Box 22159 Lincoln, NE 68542 | - | | Account | | X | | |
| | | | | | | | 200.00 |
| Account No. | | | 2/2008 | | | | |
| VRS Inc PO BOX 212573 Columbia, SC 29221 | - | | Account | | | | |
| | | | | | | | 914.00 |
| Account No. | | | 01/2010 | | | | |
| W.W. Tsang, LLC c/o Warren Tsang 250 Morning Glen Drive Suwanee, GA 30024 | - | | Lease - Past due Lease Payments | | | | |
| | | | | | | | 101,500.00 |
| Account No. | | | 01/2010 | | | | |
| W.W. Tsang, LLC c/o Warren Tsang 250 Morning Glen Drive Suwanee, GA 30024 | - | | Lease - Forward Lease Payments | | X | | |
| | | | | | | | 100.00 |
| Account No. | | | 01/2010 | | | | |
| W.W. Tsang, LLC c/o Warren tsang 250 Morning Glen Drive Suwanee, GA 30024 | - | | Lease - Unit 438 - Past due Lease Payments and forward rents | | | | |
| | | | | | | | 95,700.00 |

Sheet no. __70__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    198,414.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Waky Sign Company**<br>**1530 MUDD AVE.**<br>**Bowling Green, KY 42102** | - | | 4/2009<br>Account | | | | 334.00 |
| Account No.<br><br>**Wand Corp**<br>**7593 CORPORATE WAY**<br>**Eden Prairie, MN 55344** | - | | 7/2008<br>Account | | | | 506.00 |
| Account No.<br><br>**Ware Mechanical Inc**<br>**PO BOX 1069**<br>**Rome, GA 30162** | - | | 6/2009<br>Account | | | | 105.00 |
| Account No.<br><br>**Waste Management of Atlanta**<br>**HAULING**<br>**PO BOX 105453**<br>**Atlanta, GA 30348** | - | | 10/2010<br>Account | | | | 7,854.47 |
| Account No.<br><br>**Water Authority of Dickson**<br>**101 COWAN RD**<br>**Dickson, TN 37055** | - | | 09/2010<br>Utility Bill | | | | 366.10 |

Sheet no. __71__ of __72__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        9,165.57

B6F (Official Form 6F) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                    ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **West End Lock Company, Inc.** 210 17TH AVE N Nashville, TN 37203 | - | | 08/2009 Account | | | | 603.50 |
| Account No. **Westside Electric SE** 3804 CHARLOTTE PIKE TN 37289 | - | | 4/2009 Utility Bill | | | | 180.00 |
| Account No. **Willis Insurance Services** PO BOX 116367 Atlanta, GA 30368 | - | | 7/2010 Account | | | | 2,213.00 |
| Account No. **Windstream** P.O. Box 9001908 Louisville, KY 40290 | - | | 01/2010 Utility Services | | X | | 0.00 |
| Account No. **Woodall Realty Company** 3155 Roswell Road Suite 100 Atlanta, GA 30305 | - | | 01/2010 Lease - Unit 471- Past due Lease Payments and forward rents | | | | 177,182.50 |

Sheet no. __72__ of __72__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 180,179.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 17,988,313.91 |

B6G (Official Form 6G) (12/07)

.

In re   **Famous Recipe Company Operations, LLC**
_____,   Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **2790 Panola Road, LLC**<br>**c/o Woodall Realty Company**<br>**3155 Roswell Rd., Ste. 100**<br>**Atlanta, GA 30305** | **Unexpired Lease - Rejected - Unit 471, 2790**<br>**Panola Road, Lithonia, GA  30328** |
| **2J Investment Group, LLC**<br>**c/o Berry Raskin**<br>**763 2nd Street, Suite 100**<br>**Encinitas, CA 92024** | **Unexpired Lease- Rejected - Unit 444- 3243**<br>**Jackson Avenue, Memphis, TN  38122** |
| **2J Investment Group, LLC**<br>**c/o Berry Raskin**<br>**763 2nd Street, Suite 100**<br>**Encinitas, CA 92024** | **Unexpired Lease - Rejected - Unit 446 - 3700**<br>**Lamar Avenue, Memphis, TN  38118** |
| **Avatar Real Estate, LLC**<br>**c/o Anil Vaswani**<br>**P.O. Box 13585**<br>**Atlanta, GA 30324** | **Unexpired Lease - Rejected - Unit 336- 363 Hill**<br>**Street, Atlanta, GA** |
| **Brauvin Net Capital, LLC**<br>**c/o Mark C. Lewensohn**<br>**205 N. Michigan Ave., S # 1900**<br>**Chicago, IL 60601** | **Unexpired Lease - Rejected - Unit 420 - 5860**<br>**Winchester, Memphis, TN** |
| **C & C Limited**<br>**c/o Martha A. Melton**<br>**230 Duck Court**<br>**San Mateo, CA 94404** | **Unexpired Lease - Rejected - Unit 371- 2721**<br>**Clarksville Highway, Nashville, TN** |
| **Carlton Parrott**<br>**122 Wexford Drive**<br>**Newnan, GA 30265** | **Lease, Unit 323 - 55 Jefferson Street, Newnan, GA**<br>**30263**<br>**Property Manager - Leon Economy Associates,**<br>**Inc., 166 Harrington Court, Clayton, GA  30525** |
| **Cawthon-Hollums Properties, In**<br>**c/o Ed Peterson**<br>**P.O. Box 90988**<br>**Atlanta, GA 30344** | **Unexpired Lease - Rejected - Unit 312- 3271 Camp**<br>**Creek Parkway, East Point, GA** |
| **Chi Family, Inc,**<br>**c/o Sung S. Chi**<br>**3801 Cardinal Drive**<br>**Tucker, GA 30084** | **Unexpired Lease - Rejected - Unit 426 - 3710**<br>**Austell Road, Marietta, GA** |

**3**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Famous Recipe Company Operations, LLC**
                                                                    ,   Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **DJMJ-1, LLC**<br>**c/o David Montgomery**<br>**7024 Alderwood Court**<br>**Lacey, WA 98503** | **Unexpired  Lease - Rejected - Unit 345 - 2690 Stewart Ave. SW, Atlanta, GA** |
| **En Gedi Investments, LLC**<br>**c/oAlbert Kuo**<br>**1699 Hood Court**<br>**Santa Clara, CA 95051** | **Lease - Unit 364 - 3740 Campbellton Road, Atlanta, GA 30331** |
| **Finegood Family Trust**<br>**c/o Ken Epstein, Suite 101**<br>**5000 North Parkway Calabasas,**<br>**Calabasas, CA 91302** | **Lease, Unit 415, 1986 Brooks Road, Memphis, TN, 38116"Brooks Road"** |
| **GECFFC - Kinsey Moreland**<br>**P.O. Box 1711**<br>**Orlando, FL 32802** | **Unexpired Lease - Rejected - Unit 457 - 320 Barrett Lakes Blvd., Kennesaw, GA  30144** |
| **GECFFC - Kinsey Moreland**<br>**P.O. Box 1711**<br>**Orlando, FL 32802** | **Unexpired Lease - Rejected - Unit 459 - 4383 Wade Green Road, Kennesaw, GA  30144** |
| **GECFFC - Kinsey Moreland**<br>**P.O. Box 1711**<br>**Orlando, FL 32802** | **Unexpired Lease - Rejected - Unit 473, 4024 Covington HWY, Decatur, GA  30032** |
| **GECFFC(Kinsey Moreland)**<br>**P.O. Box 1711**<br>**Orlando, FL 32802** | **Unexpired Lease - Rejected - Unit 316- 9911 HIghway 92, Woodstock, GA 30188** |
| **Halper Enterprises, Inc.**<br>**c/o Christian Traini**<br>**5269 Buford Hwy**<br>**Atlanta, GA 30340** | **Lease - Store Unit 307-998 Windy Hill, Smyma, GA 30080** |
| **Hardee's Food Systems, Inc.**<br>**Well's Fargo Lockbox E2001-49**<br>**3440 Flair Drive**<br>**El Monte, CA 91731** | **Sublessor (land & building)- Unit 320- Hardee's Food Systems, Inc.- 1138 West Avenue, Conyers, GA  30012** |
| **Hundoble Trust**<br>**c/o dennis & Debbie Hundoble**<br>**1994 Cherry Hill Drive**<br>**Discovery Bay, CA 94505** | **Lease - Unit 327 - 893 N. Hariston Road, Stone Mountain, GA  30083** |
| **IFC West Memphis, LLC**<br>**c/o  John S. Chou**<br>**28315 Ridgehaven Court**<br>**Rancho Palos Verdes, CA 90275** | **Unexpired Lease - Rejected - Unit 443- 1551 West Missouri St., West Memphis, AR  72301** |

Sheet  __1__  of  __3__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Famous Recipe Company Operations, LLC**                                    ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Irving J. Sherman Trust<br>c/l John Hamburger<br>2808 Anthony Lane South<br>Minneapolis, MN 55418 | Unexpired Lease - Rejected - Unit 437 - 719 Jesse Jewel PKWY, S.W. Gainesville, GA  30501 |
| Jets Associates, LTD.<br>c/o John E. Tegtmeyer<br>9 Indian Hill Point<br>Hilton Head Island, SC 29926 | Unexpired Lease - Rejected - Unit 439- 47 N. Morningside Drive, Cartersville, GA  30120 |
| Main Street Loan, Inc.<br>c/o Howard Zidell<br>604 Main Street<br>Vancouver, WA 98660 | Unexpired Lease - Rejected - Unit 350- 1905 Candler Road, Decatur, GA |
| Mallett, Bobbie D.<br>7049 Berea Road<br>Douglasville, GA 30135 | Lease - Store - Unit 309- 6002 Fairburn Road, Douglasville, GA  30134 |
| Mary B. Miller<br>2078 Kirby PKWY<br>Memphis, TN 38119 | Lease - Unit 304- 908 Industrial Blvd., McDonough, GA |
| Mary Louise Platkiewicz<br>641 N. Tower Avenue<br>Chandler, AZ 85225 | Lease - Unit 324- - 2480 Flat Shoals Road, Atlanta, G  30349 |
| Mary Louise Platkiewicz<br>641 N. Tower Avenue<br>Chandler, AZ 85225 | Lease - Unit 311-1411 Arthur K. Bolton PKWY- Griffin, GA. 30223 |
| Midori, LLC<br>c/o Eunice Tsai<br>3644-E1 Chamblee<br>Atlanta, GA 30341 | Lease - Unit 333- 403 Moreland Avenue, Atlanta, GA  30316,aka-1137 & 1143 Faith Avenue |
| MYL Properties<br>c/o Mark Tzalka<br>24300 Hartland St.<br>West Hills, CA 91307 | Unexpired Lease - Rejected - Unit 361 -3160 Bankhead HWY. Atanta, GA |
| Roman Towers, LLC<br>c/o roman Narovilanski<br>P.O. Box 35-1106<br>Brooklyn, NY 11235 | Unexpired Lease - Rejected - Unit 329 - 3261 MLK Jr. Drive, Atlanta, GA  30328 |
| RTM Operating Company, LLC<br>c/o Laura McCoy<br>1155 Perimeter Center West<br>Atlanta, GA 30338 | Unexpired Lease - Rejected - Unit 470 - 977 W. Goodman Road, Horn Lake, MS  38637 |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Famous Recipe Company Operations, LLC**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Rush, Steve**<br>**1209 16th Avenue South**<br>**Nashville, TN 37212** | **Lease - Unit 339- 4499 Glenwood Avenue, Decatur, GA, 30032** |
| **Spirit Master Funding III,**<br>**14631 N. Scottsdale Road**<br>**Suite 200**<br>**Scottsdale, AZ 85254** | **Unexpired Lease - Rejected - Unit 463 - 3770 East Shelby Drive, Memphis, TN  38118** |
| **Stargazer Property, LLC**<br>**c/o Dana and Norma Laine**<br>**3440 Santa Clara Circle**<br>**Costa Mesa, CA 92626** | **Lease - Unit 398 - 954 Stateline Road, W., Southhaven, MS., 38671** |
| **Tenolok Partners, LTD**<br>**c/o ComRealty**<br>**701 N. Post Oak Road, #515**<br>**Houston, TX 77024** | **Unexpired Lease - Rejected - Unit 451 - 2200 Frayser Blvd., Memphis, TN  38127** |
| **The Gary W. Schaffer Revocable**<br>**c/o Gary W. Schaffer**<br>**313 Hearthstone Mews**<br>**Alexandria, VA 22314** | **Lease - Store Unit 314 - 192 Marietta Highway, Canton, GA  30114** |
| **Trust Issue of Virginia Wood**<br>**418 Woodcrest Lane**<br>**Franklin, TN 37067** | **Unexpired Lease - Rejected - Unit 348 - 6273 Jonesboro Road, Morrow, GA  Southlake** |
| **Tsern, John F.**<br>**16 Morning View Drive**<br>**Newport Coast, CA 92657** | **Lease - Unit 326- 2430 MacAlpine Terrace "Greenbriar" - East Point, GA, 30344** |
| **W.W. Tsang, LLC**<br>**c/o Warren tsang**<br>**250 Morning Glen Drive**<br>**Suwanee, GA 30024** | **Unexpired Lease - Rejected - Unit 438 - 3465 Mundy Mill Road, Oakwood, GA  30566** |

Sheet   **3**   of   **3**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

**B6H (Official Form 6H) (12/07)**

In re  **Famous Recipe Company Operations, LLC** ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lee's Famous Recipes, Inc.**<br>**171 Brooks Street, SE**<br>**Fort Walton Beach, FL 32548**<br>  **LFR is guarantor on numerous lease obligations**<br>**as well as on the Coastal Bank and Trust loan** | |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

# United States Bankruptcy Court
## Northern District of Georgia

| In re | **Famous Recipe Company Operations, LLC** | Case No. | |
|---|---|---|---|
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **75,000.00** |
| Prior to the filing of this statement I have received | $ | **75,000.00** |
| Balance Due | $ | **0.00** |

2. $ **1,039.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of first day motions.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any disreputability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Attorney will bill hourly pursuant to Engagement Agreement and will be compensated pursuant to Court-approved fee application.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| Dated:   **November 10, 2010** | **/s/ John J. McManus** |
| | **John J. McManus 497776** |
| | **John J. McManus & Associates, P.C.** |
| | **3554 Habersham at Northlake** |
| | **Building H** |
| | **Tucker, GA 30084** |
| | **770-492-1000  Fax: 770-492-1100** |
| | **jmcmanus@mcmanus-law.com** |

---

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Georgia

In re     **Famous Recipe Company Operations, LLC**      ,      Case No. _____

                                Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 2,397,946.82 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 3,918,559.27 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 73 | | 17,988,313.91 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 88 | | | |
| Total Assets | | | 2,397,946.82 | | |
| Total Liabilities | | | | 21,906,873.18 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Famous Recipe Company Operations, LLC** _____ ,   Case No. _____

Debtor

Chapter _____ **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Famous Recipe Company Operations, LLC**

Debtor(s)

Case No.

Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**90**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **November 10, 2010**

Signature    **/s/ Jeffrey D. Miller**

**Jeffrey D. Miller**
**Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Famous Recipe Company Operations, LLC**           ,        Case No. _____

Debtor

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **November 10, 2010** _____        Signature _**/s/ Jeffrey D. Miller**_____

**Jeffrey D. Miller**
**Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Famous Recipe Company Operations, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 10, 2010**

**/s/ Jeffrey D. Miller**

**Jeffrey D. Miller**/**Managing Member**
Signer/Title

2790 Panola Road, LLC
c/o Woodall Realty Company
3155 Roswell Rd., Ste. 100
Atlanta, GA 30305


2J Investment Group, LLC
c/o Berry Raskin
763 2nd Street, Suite 100
Encinitas, CA 92024


2J Investment Group, LLC
c/o Berry Raskin
763 2nd Street, Suite 100
Encinitas, CA 92024


2J Investment Group, LLC
c/o Berry Raskin
763 2nd Street, Suite 100
Encinitas, CA 92024


2J Investment Group, LLC
c/o Berry Raskin
763 2nd Street, Suite 100
Encinitas, CA 92024


A Mr. Plumber Sewer Services
PO BOX 140009
Nashville, TN 37214


A to Z Construction
581 VANDALIA ST STE A
Memphis, TN 38112


A1 Lock
P.O. Box 336
Kennesaw, GA 30156

Able Too LLC
2538 BERMUDA RD
Stone Mountain, GA 30087


Ace Alarms Inc
350 WILSON PIKE CIR  STE 300
Brentwood, TN 37027


Ace III Communications Inc
PO BOX 1347
Decatur, GA 30031


Action Electric & Mechanical
2600 COLLINS SPRINGS DR SE
Smyrna, GA 30080


Adam Wood
4924 October Way
Cartersville, GA 30120


ADT Security
PO BOX 371956
Pittsburgh, PA 15250


Advanced Career Profession
PO BOX 991244
Louisville, KY 40269


Airgas National Carbonation
P.O. BOX 601985
Charlotte, NC 28260


All-Star Plumbing & Drain
PO BOX 1145
Brentwood, TN 37024

Allied Waste Services
PO BOX 9001099
Louisville, KY 40290


Altemar I Rivera
59 PINE GROVE RD
Locust Grove, GA 30248


American Digital Communication
4350 INTERNATIONAL BLVD, STE J
Norcross, GA 30093


American Fire & Safe Inc
1419 WOODMONT LANE NW
Atlanta, GA 30318


American Security Safe
2569 IRIS DRIVE STE F
Conyers, GA 30013


Architectural Shade Products
2575-C COBB INTERNATIONAL BLVD
Kennesaw, GA 30152


Armor Lock & Safe
3567 LAWRENCEVILLE HWY
Tucker, GA 30084


Aspen Publishers Inc
4829 INNOVATION WAY
Chicago, IL 60682


AT&T
P.O. Box 105320
Atlanta, GA 30348

Atech Incorporated
PO BOX 24614
Nashville, TN 37202


Athletic World Advertising
3340 N COLLEGE
Fayetteville, AR 72703


Atl Courier
PO BOX 569□□
Norcross, GA 30091


Atlanta Equipment Company
1345 CAPITAL CIR NW□□
Lawrenceville, GA 30043


Atlanta Ice Company
1587 EAST TAYLOR AVE
Atlanta, GA 30344


Atlanta Latino Inc
6400 ATLANTIC BLVD  STE 200□□
Norcross, GA 30071


Atlanta Peach Movers
2911 NORTHEAST PKWY
Atlanta, GA 30360


Atmos Energy
P.O. Box 790311
Saint Louis, MO 63179


Avatar Real Estate, LLC
c/o Anil Vaswani
P.O. Box 13585
Atlanta, GA 30324

Avatar Real Estate, LLC
c/o Anil Vaswani
P.O. Box 13585
Atlanta, GA 30324


Avatar Real Estate, LLC
c/o Anil Vaswani
P.O. Box 13585
Atlanta, GA 30324


Award Systems Inc
6519 SPRING ST  STE A
Douglasville, GA 30134


Backflow & Plumbing Solutions
740 SENTRY RIDGE CROSSING
Suwanee, GA 30024


Bailey Johnson Heights, Inc.
450 E. Paces Ferry Road
Atlanta, GA 30305


Bailey Johnson Heights, Inc.
450 E. Paces Ferry Road
Atlanta, GA 30305


Beltram Edge Tool Supply Inc.
134 LATONEA DR
Columbia, SC 29210


Bergeron Electrical
PO BOX 998
Crestview, FL 32536


Bill Worley Plumbing Co Inc
PO BOX 5843
Gainesville, GA 30504

Boca Industries
5076 NIFDA DR
Smyrna, GA 30080


Brauvin Net Capital, LLC
c/o Mark C. Lewensohn
205 N. Michigan Ave., S # 1900
Chicago, IL 60601


Brauvin Net Capital, LLC
c/o Mark C. Lewensohn
205 N. Michigan Ave., S # 1900
Chicago, IL 60601


Bravin Net Capital, LLC
c/o Mark C. Lewensohn
205 N. Michigan Ave. 1900
Chicago, IL 60601


Brown Fire Protection
124 N HWY 79
Panama City, FL 32417


Business & Legal Reports
141 MILL ROCK RD E
OLD SAYBROOK, MO 64750


C & C Limited
c/o Martha A. Melton
230 Duck Court
San Mateo, CA 94404


Careerbuilder LLC
13047 COLLECTION CENTER DR
Chicago, IL 60693


Carlton Parrott
122 Wexford Drive
Newnan, GA 30265

Carolina Door Controls Inc
13047 COLLECTION CENTER DR
Chicago, IL 60693


Caroltn Parrot
122 Wexford Drive
Newnan, GA 30265


Carwile Mechanical
433 E 15TH ST
Cookeville, TN 38501


Cawthon-Hollums Properties, In
c/o Ed Peterson
P.O. Box 90988
Atlanta, GA 30344


CDI
5545 Shawland Road
Jacksonville, FL 32254


Central Transport
PO BOX 33299
Detroit, MI 48232


Cerpro Tech Heating & Air
3075 BALL ROAD
Cunningham, TN 37052


Charles Hamptons A-1 Signs
PO BOX 247
Dickson, TN 37056


Cheek Enterprises Inc
PO BOX 310□□
Walls, MS 38680

```
Chi Family, Inc,
c/o Sung S. Chi
3801 Cardinal Drive
Tucker, GA 30084


Chi Family, Inc,
c/o Sung S. Chi
3801 Cardinal Drive
Tucker, GA 30084


Chi Family, Inc,
c/o Sung S. Chi
3801 Cardinal Drive
Tucker, GA 30084


Choice Care Occupational
791 OAK ST
Atlanta, GA 30354


City of Atlanta-
DEPT OF WATERSHED MGMT
PO BOX 105275
Atlanta, GA 30348


City of Canton
151 Elizabeth Street
Canton, GA 30114


City of Crestview
198 N WILSON ST
Crestview, FL 32536


City of East Point
1526 E. FORREST AVE
Suite 400
Atlanta, GA 30344
```

City of Forest Park
745 FOREST PKWY
Forest Park, GA 30297


City of Gainsville
757 Queens City Parkway SW
Gainesville, GA 30501


Clayton County Water
1600 BATTLE CREEK RD
Morrow, GA 30260


Clear Channel Broadcasting
PO BOX 402646
Atlanta, GA 30384


Coastal Bank & Trust
815 Beal Parkway NE
Fort Walton Beach, FL 32547


Cobb County Water System
PO BOX 580440
Charlotte, NC 28258


Cobb EMC
PO BOX 369
Marietta, GA 30061


Coca Cola Bottling Co Memphis
PO BOX 102677
Atlanta, GA 30368


Coca Cola USA
68 Annex
P.O. Box 102190
Atlanta, GA 30368-0190

Cochran Bros Electrical Co
PO BOX 2956
Gainesville, GA 30503


Comcast
PO BOX 2127
GA 30391


Commercial Electronics
3421 HOLLENBERG DRIVE
Bridgeton, MO 63044


Community Coffee Co, LLC
PO BOX 791
Baton Rouge, LA 70821


Concepts Incorporated
POST OFFICE DRAWER 33219
Decatur, GA 30033


Conference America, Inc.
PO BOX 241188
Montgomery, AL 36124


Construction Code Enforcement
6465 MULLINS STA
Memphis, TN 38134


Convenient Care Clinic
350A S LOWE AVE
Cookeville, TN 38501


Cookeville Heating & Cooling
347 E STEVENS ST
Cookeville, TN 38501

Cooks Pest Control
PO BOX 341898
Memphis, TN 38184


Cooks Pest Control
PO BOX 341898
Memphis, TN 38184


Coordinated Systems
PO BOX 58
Wichita, KS 67201


Copy Systems Business Ctr
4821 US HWY 98  STE 102
Santa Rosa Beach, FL 32459


Corp Care & Assoc Inc
7000 PEACHTREE DUNWOODY
Atlanta, GA 30328


Coweta Occupational
1755 HWY 34E  STE 2400
Newnan, GA 30265


Creative Loafing
PO BOX 933860
Atlanta, GA 31193


Crisp Regional Hospital
PO BOX 919
Cordele, GA 31010


Crown Ford, Inc.
PO BOX 40584
Nashville, TN 37204

```
Crystal Springs
PO BOX 660579
Dallas, TX 75266


CSI Group LLC
26425 E ADMIRAL PL
Catoosa, OK 74015


Cumulus Nashville
PO BOX 643198
Cincinnati, OH 45264


Dartmoor Associates Inc.
6065 BARFIELD RD STE 100
Atlanta, GA 30328


Date Label Corp Inc
1298 E US HWY 136  STE E
Pittsboro, IN 46167


David George
6055 BARFIELD RD   STE 200
Atlanta, GA 30328


Dekalb County Sanitation
P.O. Box 1027
Decatur, GA 30031


Delta Maintence
PO BOX 784
Olive Branch, MS 38654


Dennis J Ours
585 SANDERS RD
Cumming, GA 30041
```

Designer Lawn
3312 Homewood
Memphis, TN 38128


Designers Lawns & Landscape
3312 HOMEWOOD
Memphis, TN 38128


Dickinson Plumbing & Sewer
4260 INDUSTRIAL CENTER LANE
Acworth, GA 30101


Dickson County Trustee
#4 COURT SQUARE
Room 114
Charlotte, TN 37036


Direct TV
PO BOX 60036
Los Angeles, CA 90060


DJMJ-1, LLC
c/o David Montgomery
7024 Alderwood Court
Lacey, WA 98503


Don Huckaby Plumbing Inc
5294 CRESTVIEW DR
Memphis, TN 38134


Donald Tanner Jr
TANNER PAINT CONTRACTING INC
186 TURHUNE ROAD
Rome, GA 30161


Dr Vinyl of Middle Tenness
453 MYATT DR
Madison, TN 37115

Drs Speakers Network LLC
3638 DICKERSON PIKE  STE 204
Nashville, TN 37207


DTMJ-1, LLC
c/o David Montgomery
7024 Alderwood Court
Lacey, WA 98503


E. Carolton Parrott
122 Wexford Drive
Newnan, GA 30265


Eagle Financial Inc
C/O MR ROOTER PLUMBING
PO BOX 28066
Chattanooga, TN 37424


EcoLab
PO BOX 601090
Charlotte, NC 28260


Eden Johnson-Wood
6255 BARFIELD RD  STE 104
Atlanta, GA 30328


Edmission & Eubank Comm Inc
106 College Street
Dickson, TN 37055


Electro Plumbing & Drains
PO BOX 213
Austell, GA 30168


Elvin Allen
81 THORN THICKET DR
Rockmart, GA 30153

```
Employment Screening Services
1401 PROVIDENCE PARK
Birmingham, AL 35242


En Gedi Investments, LLC
c/o Albert Kuo
1699 Hood Court
Santa Clara, CA 95051


En Gedi Investments, LLC
c/o Albert Kuo
1699 Hood Court
Santa Clara, CA 95051


En Gedi Investments, LLC
c/oAlbert Kuo
1699 Hood Court
Santa Clara, CA 95051


ESS Inc.
203 McMillin Street
Nashville, TN 37203


Everalert
P.O. Box 538
Kennesaw, GA 30156


Express Transcation Service
1508 E. 86th Street
Suite 410
Indianapolis, IN 46240


Falcon Fabricators
PO BOX 40252
Nashville, TN 37204


Federal Express
710 Morgan Falls Road
Atlanta, GA 30350
```

Finegood Family Trust
c/o Ken Epstein, Suite 101
5000 North Parkway Calabasas,
Calabasas, CA 91302


Finegood Family Trust
c/o Ken Epstein, Suite 101
5000 North Parkway Calabasas,
Calabasas, CA 91302


Finegood Family Trust
c/o Ken Epstein, Suite 101
5000 North Parkway Calabasas,
Calabasas, CA 91302


Fire King LLC
PO BOX 70869
Philadelphia, PA 19176


Fire King Security Product
PO BOX 559
New Albany, IN 47151


Fishbowl Inc
Dept at 952733
Atlanta, GA 31192


Floied Fire Extinguisher
PO BOX 16055
Memphis, TN 38186


Flowers Baking Co
PO BOX 100826
Atlanta, GA 30384


Floyd Healthcare Management
FLOYD MEDICAL CENTER INC
PO BOX 233
Rome, GA 30162

Floyd R. Allen III
AMBASSADOR CONSTRUCTION INC.
12049-C LEBANON ROAD
Mount Juliet, TN 37122


Ford & Harrison
795 RIDGE LAKE BLVD  STE 300
Memphis, TN 38120


Ford & Harrison LLP
350 S. Grand Ave
Suite 2300
Los Angeles, CA 90071


Frase Protection
P.O. Box 533
Cordova, TN 38088


Frederick Kelley
6255 BARFIELD RD  STE 104
Atlanta, GA 30328


G4S Compliance
INVESTIGATIONS
PO BOX 277469
Atlanta, GA 30384


Gainsville Radiology Group
P.O. Box 2417
Gainesville, GA 30503


Gallatin Urgent Care PC
728 NASHVILLE PIKE
Gallatin, TN 37066


Gary Bryant
215 SKYLINE DR
Brentwood, TN 37027

Gary W. Schaffer
313 Hearthstone Mews
Alexandria, VA 22314


Gary W. Schaffer
313 Hearthstone Mews
Alexandria, VA 22314


GCS Service Inc
P.O. Box 18688
Indianapolis, IN 46218


GE Capital Finance Corp.
Gregory R. Crochet, Esq.
225 Peachtree Street N.E.
Atlanta, GA 30361


GE Capital Finance Corp.
Gregory R. Crochet, Esq.
225 Peachtree Street NE
Atlanta, GA 30361


GECFFC - Kinsey Moreland
P.O. Box 1711
Orlando, FL 32802


GECFFC - Kinsey Moreland
P.O. Box 1711
Orlando, FL 32802


GECFFC - Kinsey Moreland
P.O. Box 1711
Orlando, FL 32802


GECFFC - Kinsey Moreland
P.O. Box 1711
Orlando, FL 32802

GECFFC(Kinsey Moreland)
P.O. Box 1711
Orlando, FL 32802


Georgia Department
P.O. Box 347070
Atlanta, GA 30334


Georgia Department of Revenue
P.O. Box 16749
Atlanta, GA 30321


Georgia Logos, LLC
6597 PEACHTREE INDUSTRIAL BLVD
Suite A
Norcross, GA 30092


Georgia Power Company
PO BOX 105090
Atlanta, GA 30348


Gibby Electric Co
8258 JACKSON LAKE RD
Monticello, GA 31064


Gilford H. Carlisle
CARLISLE REPAIR
1201 WATTS TERR
Nashville, TN 37209


Glass Doctor
PO BOX 1767
Norcross, GA 30091


Glenn E Ellen
ROTO ROOTER
PO BOX 1328
Flowery Branch, GA 30542

Gore Medical Management
DBA  FAMILY MEDICAL CENTER
1657 N EXPY
Griffin, GA 30223


GP Management Inc
ADVANCE PROFESSIONALS
3703 TAYLORSVILLE RD  STE 115
Louisville, KY 40220


Great Scents Service Company
622 W POPLAR STE 5-174
Collierville, TN 38017


Green King Spray Services
PO BOX 801
Southaven, MS 38671


Greer and Assoc. Electrical
2004 A GLADSTONE AVE
Nashville, TN 37211


Greystone Power Corporation
PO BOX 6071
Douglasville, GA 30154


Griffin Industries Inc
PO BOX 530401
Atlanta, GA 30353


GSC Service, Inc.
P.O. Box 64373
Saint Paul, MN 55164


GW Chew DBA
GW CHEW REPAIR & MAINT SERVICE
2034 TEAL CV
Lithonia, GA 30058

H.A. Balton Companies LLC
3058 SOUTHWALL STREET
Memphis, TN 38114


Hal Leitman, Esq.
230 Peachtree Street
Suite 2700
Atlanta, GA 30303


Halper Enterprises, Inc.
c/o Christian Traini
5269 Buford Hwy
Atlanta, GA 30340


Hammocks Heating & Air Inc
5137 HWY 92
Acworth, GA 30102


Haravy Shainberg Kaplan & Duns
6060 Poplar Avenue
Suite 40
Memphis, TN 38119


Hardee's Food System
Well's Fargo Lockbox E2001-49
3440 Flair Drive
El Monte, CA 91731


Hardee's Food Systems, Inc.
Well's Fargo Lockbox E2001-49
3440 Flair Drive
El Monte, CA 91731


Harrison Lock Service
307 W. Main Street
Lebanon, TN 37087

Hawkins & Parnell LLC
4000 SUNTRUST PLAZA
303 PEACHTREE ST NE
Atlanta, GA 30308


Henry County Water
1695 HWY 20 W
McDonough, GA 30253


Henry Occupational Medicine
101 REGENCY PARK DR
McDonough, GA 30253


Hixon Heating & Air Cond
2210 BROOKS ROAD
Dacula, GA 30019


Holliday Pest
1607 Park Lake Lane
Norcross, GA 30092


Holt Plumbing Company
2608 MURFREESBORO RD  STE 100
Nashville, TN 37217


Home Pest Control, Inc.
2841 LEBANON RD
Nashville, TN 37214


Horn Lake Water Assoc, Inc.
PO BOX 151
Horn Lake, MS 38637


Hotel & Restaurant Supply
PO BOX 6
Meridian, MS 39302

```
HSBC Business Solutions
PO BOX 5239
Carol Stream, IL 60197


Hundoble Trust
c/o dennis & Debbie Hundoble
1994 Cherry Hill Drive
Discovery Bay, CA 94505


Hundoble Trust
c/o dennis & Debbie Hundoble
1994 Cherry Hill Drive
Discovery Bay, CA 94505


Hundoble Trust
c/o dennis & Debbie Hundoble
1994 Cherry Hill Drive
Discovery Bay, CA 94505


IFC West Memphis, LLC
c/o  John S. Chou
28315 Ridgehaven Court
Rancho Palos Verdes, CA 90275


IFC West Memphis, LLC
c/o  John S. Chou
28315 Ridgehaven Court
Rancho Palos Verdes, CA 90275


Ikon Office Solutions
PO BOX 532530
Atlanta, GA 30353


Imperial Credit Corporation
1001 WINSTEAD DRIVE STE 500
Cary, NC 27513
```

Industrial Fire & Safety
EQUIPMENT CO INC
608 ASH ST
Nashville, TN 37202


Infosoft Group Inc
METROATLANTAJOBS.COM
23811 NETWORK PL
Chicago, IL 60673


Intouch Inc
335 MAXWELL CRES
Lynchburg, VA 24505


IRS Department of the Treasury
Internal Revenue Services
Cincinnati, OH 45999


Irving J. Sherman Trust
c/l John Hamburger
2808 Anthony Lane South
Minneapolis, MN 55418


Irving J. Sherman Trust
c/l John Hamburger
2808 Anthony Lane South
Minneapolis, MN 55418


J Adams Co Inc
PO BOX 1109
Flowery Branch, GA 30542


J&J Properties
c/o Bart A. Johnston
4424 Forsythe Place
Nashville, TN 37205

```
J&J Properties
c/o Bart A. Johnston
4424 Forsythe Place
Nashville, TN 37205



J. Christopher Simpson, Esq.
One Securities Centre, Ste 300
3490 Piedmont Road
Atlanta, GA 30305



Jarrod J. Simon
131 COLE DRIVE
Hendersonville, TN 37075



JD Grove Refrig
352 OLD HWY 70
White Bluff, TN 37187



Jessica J. Thomas
1600 Division Street
Suite 700
Nashville, TN 37203



Jets Associates, LTD.
c/o John E. Tegtmeyer
9 Indian Hill Point
Hilton Head Island, SC 29926



Jets Associates, LTD.
c/o John E. Tegtmeyer
9 Indian Hill Point
Hilton Head Island, SC 29926



Jets Associates, LTD.
c/o John E. Tegtmeyer
9 Indian Hill Point
Hilton Head Island, SC 29926
```

Jim Yeager
A SAFELOCK CO
PO BOX 301377
Memphis, TN 38130


JLS Landscape
807 Uancy Road
Covington, GA 30014


Joe Moore
JOE'S CARPET CLEANING
3020 FAIR MEADOW DRIVE
Horn Lake, MS 38637


John F. Tsern
16 Morning View Drive
Newport Coast, CA 92657


John F. Tsern
16 Morning View Drive
Newport Coast, CA 92657


Johnsons Plumbing Inc
PO BOX 4534
Canton, GA 30114


Joseph H. Wieseman, Esq.
HAWKINS & PARNELL, LLP
303 Peachtree Street, NE
Atlanta, GA 30303


Joshua A.Mayes Esq.
999 Peachtree Street, N.E.
Suite 2300
Atlanta, GA 30309

Joshua A.Mayes Esq.
999 Peachtree Street, N.E.
Suite 2300
Atlanta, GA 30309


Joslin Sign & Maintenance
JOSLIN & SON SIGNS
630 MURFREESBORO RD
Nashville, TN 37210


Kenco Lusk LLC
429 STILL BRANCH DR  STE 100
Canton, GA 30115


Key Risk Management Service
PO BOX 18746
Greensboro, NC 27419


Kimberly Rivera Beattie
CATAPULT PEOPLE SOLUTIONS LLC
270 EVERLEIGH WAY
Marietta, GA 30064


Kool Breeze of NWF
8460 E BAY BLVD
Navarre, FL 32566


Kwong Yuen Seung
6814 Georgia, Hwy 85
Riverdale, GA


Lacy & Associates
501 METROPLEX DRIVE  SUITE 105
Nashville, TN 37211


Lakeside Publishing Inc
THE CHEROKEE LEDGER NEWS
PO BOX 2369
Woodstock, GA 30188

Larry Todd Heaton
AFFORDABLE TESTING
PO BOX 1094
Acworth, GA 30101


Laser Supply & Service, Inc.
2779 PETERSON PL
Norcross, GA 30071


Latin American Assoc
ATTN ELI VELEZ
2750 BUFORD HWY
Atlanta, GA 30324


Lee's Famous Recipes, Inc.
171 Brooks Street, SE
Suite F
Fort Walton Beach, FL 32548


Lee's Famous Recipes, Inc.
171 Brooks Street, SE
Suite F
Fort Walton Beach, FL 32548


Lee's Famous Recipes, Inc.
171 Brooks Street, SE
Fort Walton Beach, FL 32548


Lee's Famous Recipes, Inc.
171 Brooks Street, SE
Fort Walton Beach, FL 32548


Leon Economy Associates, Inc.
166 Harington Court
Clayton, GA 30525


Leon Economy Associates, Inc.
166 Harington Court
Clayton, GA 30525

```
Leon Economy Associates, Inc.
166 Harington Court
Clayton, GA 30525


Leon Economy Associates, Inc.
166 Harington Court
Clayton, GA 30525


Leon Economy Associates, Inc.
166 Harington Court
Clayton, GA 30525


Leon Economy Associates, Inc.
166 Harington Court
Clayton, GA 30525


Leon Economy Associates, Inc.
166 Harington Court
Clayton, GA 30525


Leon Economy Associates, Inc.
166 Harington Court
Clayton, GA 30525


Light Bulb Depot 7 LLC
PO BOX 2363
Sarasota, FL 34230


Lincoln Glass Company
635 N 3RD ST
Memphis, TN 38107


Lipsey Inc
PO BOX 1246
Norcross, GA 30091
```

```
Lloyd Thomas, Esq.
3340 Peachtree Road
Suite 1505
Atlanta, GA 30326


LMI Electrical Contractors
1902 TUCKER INDUSTRIAL
Tucker, GA 30084


Main Street Loan, Inc.
c/o Howard Zidell
604 Main Street
Vancouver, WA 98660


Main Street Loan, Inc.
c/o Howard Zidell
604 Main Street
Vancouver, WA 98660


Mallett, Bobbie D.
7049 Berea Road
Douglasville, GA 30135


Mark & Judy Tzalka
2900 Chamblee Tucker Road
Bld S-300
Atlanta, GA 30341


Mark & Judy Tzalka
2900 Chamblee Tucker Road
Bld S-300
Atlanta, GA 30341


Martin & Associates
77 E CROSSVILLE RD  STE 204
Marietta, GA 30066
```

Marvin D. Bass Jr
JRS PRESSURE WASHING LAWN CARE
1833 RIVERVIEW DR
Crestview, FL 32536


Mary B. Miller
2078 Kirby PKWY
Memphis, TN 38119


Mary Louise Platkiewicz
641 N. Tower Avenue
dba Hart Trust
Chandler, AZ 85225


Mary Louise Platkiewicz
641 N. Tower Avenue
dba Hart Trust
Chandler, AZ 85225


Mary Louise Platkiewicz
641 N. Tower Avenue
Chandler, AZ 85225


Mary Louise Platkiewicz
641 N. Tower Avenue
Chandler, AZ 85225


Mary Miller
Carol Miller aka Spellings
2078 Kirby PKWY
Memphis, TN 38119


Mary Miller
Carol Miller aka Spellings
2078 Kirby PKWY
Memphis, TN 38119

Mattt Wilson, Esq.
950 East Paces Ferry Road
Suite 3250
Atlanta, GA 30326


Mattt Wilson, Esq.
950 East Paces Ferry Road
Suite 3250
Atlanta, GA 30326


Maximum Maintenance
PO BOX 11436
Atlanta, GA 30310


Memphis Light Gas & Water
PO BOX 388
Memphis, TN 38145


Memphis Restaurant
SUPPLY CO INC
1750 SEPTEMBER RD
Memphis, TN 38116


Memphis Sign Erectors Inc
PO BOX 18944
Memphis, TN 38181


Metro Alarms
PO BOX 178
Memphis, TN 38101


Metro Water Services
PO BOX 305225
Nashville, TN 37230


Michael McCracken
6255 BARFIELD RD  STE 104
Atlanta, GA 30328

Microtel Inn & Suites
6280 PEACHTREE DUNWOODY RD
Atlanta, GA 30328


Mid South Carpet Cleaning
PO BOX 56
Nolensville, TN 37135


Mid South Security Systems
1732 SANDS PL
Marietta, GA 30067


Mid-South Clean Machine In
469 HWY 149 S
Tyronza, AR 72386


Midori, LLC
c/o Eunice Tsai
3644-E1 Chamblee
Atlanta, GA 30341


Midori, LLC
c/o Eunice Tsai
3644-E1 Chamblee
Atlanta, GA 30341


Midori, LLC
c/o Eunice Tsai
3644-E1 Chamblee
Atlanta, GA 30341


Millard Martin
PO BOX 51886
Bowling Green, KY 42102


Mississippi Dept. of Revenue
P.O. Box 1033
Jackson, MS 39215

Mobile Mini, Inc.
PO BOX 79149
Phoenix, AZ 85062


Morris, Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326


Movie Facts Inc
1870 BUSSE HWY
Des Plaines, IL 60016


Mrs. Winners L.P.
J. RUSSELL WELCH
999 Peachtree St. NE 2300
Atlanta, GA 30309


Mrs. Winners L.P.
J. RUSSELL WELCH
999 Peachtree Street, NE
Atlanta, GA 30309


Muzak
P.O. Box 71070
Charlotte, NC 28272


Muzak Drive Thru
PO BOX 601975
Charlotte, NC 28260


Muzak LLC
PO BOX 71070
Charlotte, NC 28272


MWM Holdings
ZEPHYR DETAIL INC
105 SOUTHWIND CIR
Roswell, GA 30076

```
MYL Properties
c/o Mark Tzalka
24300 Hartland St.
West Hills, CA 91307


MYL Properties
c/o Mark Tzalka
24300 Hartland St.
West Hills, CA 91307


Nashville Door
1827B 12TH AVE S
Nashville, TN 37203


Nashville Refrigeration In
3480 DICKERSON RD
Nashville, TN 37207


National Hood & Duct
193 L FISHER RD
Shelbyville, TN 37160


Neal J. Quirk, Esq.
6000 Lake Forest Drive NW
Atlanta, GA 30328


New Orleans Best Recruiting
PO BOX 451
Jonesboro, GA 30237


Newnan Utilities
P.O. Box 23055
Columbus, GA 31902


NUCO2 Inc.
P.O. Box 9011
Stuart, FL 34995
```

Occupational Health Center
PO BOX 488
Lombard, IL 60148


Occupational Med Center Ca
PO BOX 82758
Atlanta, GA 30354


Opal O Griffin
A1 ROOTER ALL PLUMBING
PO BOX 140009
Nashville, TN 37214


Orkin Exterminating Company
PO BOX 1504
Atlanta, GA 30301


Pannell Mechanical
PO BOX 15082
Chattanooga, TN 37415


Park St. Partners LLP
250 Park Street
Bowling Green, KY 42101


Patrice & Associates Inc
6450 MEADOWLARK DRIVE
Dunkirk, MD 20754


Patrick Cook
1734 TORRINGTON CT
Cordova, TN 38016


Patriot Fire Protection
PO BOX 402
Locust Grove, GA 30248

Paul B. Gilling, Jr.
7622 Bartlett Corporate Drive
Suite 102
Memphis, TN 38133


Paul Heard
P.O. Box 45868
Atlanta, GA 30320


Peggy Jobes
PO BOX 491
Southaven, MS 38671


Peifer Safe & Lock LLC
5287 KNIGHT ARNOLD RD
Memphis, TN 38118


Personnel Concepts
3200 GUASTI ROAD STE.300
Ontario, CA 91761


Peter Sales, Esq.
1600 Division Street
Suite 700
Nashville, TN 37203


Phoenix Wholesale Food Service
P.O. Box 707
Forest Park, GA 30298


Pickens County Progress
PO BOX 67
Jasper, GA 30143


Piedmont Natural Gas
PO BOX 533500
Atlanta, GA 30353

Pilgrims Pride
C/O JP MORGAN CHASE BANK
PO BOX 911709
Dallas, TX 75391


Pio Pio Diamond, LLC
c/o Emilio Suster
P.O. Box 630653
Miami, FL 33163


Pio Pio Diamond, LLC
c/o Emilio Suster
P.O. Box 630653
Miami, FL 33163


Platinum 4 Landscaping
3880 BUTTON GATE CT
Lithonia, GA 30038


Porter Brothers Inc
PO BOX 430
Dickson, TN 37056


Principal Financial Group
111 W STATE ST
Mason City, IA 50402


Print Pro Inc
STE B145
1000 JOHNSON FERRY RD
Marietta, GA 30068


Proforma
PO BOX 640814
Cincinnati, OH 45264


PSI Marketing Consultants
WDKN RADIO SERVICES
Chicago, IL 60674

R & R Calendar LLC Inc.
3020 CANTON RD  STE 201
PO BOX 965235
Marietta, GA 30066


R.L. Dixon Inc
1687 Ranchwood Trail
Canton, GA 30115


Raleigh Glass Company Inc
5706 CLEAVES CIRCLE
Arlington, TN 38002


Randy Harvey
HARVEYS LAWN
PO BOX 752976
Memphis, TN 38175


Reddy Ice Corp
ATLANTA ICE CO
PO BOX 730505
Dallas, TX 75373


Residue Rescue Drain & Sewage
PO BOX 100467
Nashville, TN 37224


Robert F Kostelnik
FATHER & SON UPHOLSTERY
3131 KENNESAW VIEW DR
Marietta, GA 30064


Robertson Services Inc
KNOTTS CARPET CLEANING
PO BOX 3668
Clarksville, TN 37043

Rocco E. Testani, Esq.
999 Peachtree Street, N.E.
Suite 2300
Atlanta, GA 30309


Rockdale Water Resource
PO BOX 1378
Conyers, GA 30012


Rodney Bryant DBA Holliday
Pest Management
1607 PARK LAKE LANE
Norcross, GA 30092


Roman Towers, LLC
3603 Quentin Road
2nd Floor
Brooklyn, NY 11234


Roman Towers, LLC
c/o roman Narovilanski
P.O. Box 35-1106
Brooklyn, NY 11235


Rome Braves
ROME BASEBALL CLUB INC
PO BOX 1915
Rome, GA 30162


Roof USA LLC
3401 W ADAMS
Phoenix, AZ 85009


RSUI Group, Inc.
Kay Smith, Suite 1800
945 East Paces Ferry Road,
Atlanta, GA 30326

```
RTI Total
1325 Williams Drive
Marietta, GA 30066


RTM Operating Company, LLC
c/o Laura McCoy
1155 Perimeter Center West
Atlanta, GA 30338


RTM Operating Company, LLC
c/o Laura McCoy
1155 Perimeter Center West
Atlanta, GA 30338


RTM Operating Company, LLC
c/o Laura McCoy
1155 Perimeter Center West
Atlanta, GA 30338


Rush, Steve
1209 16th Avenue South
Nashville, TN 37212


Scana Energy
PO BOX 100157
Columbia, SC 29202-3157


Scoreboard Productions
2921 AVE E E
Arlington, TX 76011


Servall Plumbing
PO BOX 939
Acworth, GA 30101


SIGNATURE SIGNS
1736 US 31-W BY PASS
Bowling Green, KY 42101
```

Signpost Networks LLC
1197 PEACHTREE ST.
SUITE 575
Atlanta, GA 30361


Skyway Outdoors Inc
7063 NORTH SCENIC HWY
Bastian, VA 24314


SMG II LLC
8079 SOLUTIONS CENTER
Chicago, IL 60674


Southeast Cooler
1520 WESTFORK DR
Lithia Springs, GA 30122


Southern Ceiling & Wall
825 POOLE BRIDGE RD
Hiram, GA 30141


Spacenet Inc
PO BOX 198801
Atlanta, GA 30384


Specialty Engraving
3412 ENTERPRISE DRIVE
Wilmington, NC 28405


Specialty Lighting & Recyc
PO BOX 643
Frankfort, IL 60423


Spirit Master Funding III,
14631 N. Scottsdale Road
Suite 200
Scottsdale, AZ 85254

Spirit Master Funding III,
14631 N. Scottsdale Road
Suite 200
Scottsdale, AZ 85254


SSI State Systems Inc
PO BOX 372
DEPT 90
Memphis, TN 38101


Stargazer Property, LLC
c/o Dana and Norma Laine
3440 Santa Clara Circle
Costa Mesa, CA 92626


Stargazer Property, LLC
c/o Dana and Norma Laine
3440 Santa Clara Circle
Costa Mesa, CA 92626


Stargazer Property, LLC
c/o Dana and Norma Laine
3440 Santa Clara Circle
Costa Mesa, CA 92626


Steven and Nancy Rush
4499 Glenwood Avenue
Decatur, GA 30032


Steven and Nancy Rush
4499 Glenwood Avenue
Decatur, GA 30032


Steven Smith
5856 SUMMER AVE
Memphis, TN 38134

```
Straight Rate Plumbing
PO BOX 63
Hermitage, TN 37076


Studio M Productions Inc
6505 BURDETT DRIVE
Atlanta, GA 30328


Sullivision Inc
PO BOX 7042
Appleton, WI 54912


Superior Inc
101 MUNDY MEMORIAL DR
Mount Juliet, TN 37122


Supply Company
PO BOX 1739
1255 SPANGLER RD
Fairborn, OH 45324


Swift Contracting
A & A PLUMBING AND ELECTRIC
1032 HUNTERS POINT LANE
Bowling Green, KY 42104


Sysco Food Services of Atlanta
2225 Riverdale Road
Atlanta, GA 30337


Sysco Food Services of Memphis
4359 BF Goodrich Blvd.
Memphis, TN 38118


T & H Services Inc
P.O. Box 45868
Atlanta, GA 30320
```

Tant Services
7605 HIGHWAY 70 # 107-105
Memphis, TN 38133


Tenn Sheet Metal, Inc,
40 FANT INDUSTRIAL DR
Madison, TN 37115


Tennessee Department of Revenu
Andrew Jackson Bld.
500 Deaderick Street
Nashville, TN 37242


Tennessee Urgent Care
339 WHITE BRIDGE ROAD
Nashville, TN 37209


Tenolok Partners, LTD
c/o ComRealty
701 N. Post Oak Road, #515
Houston, TX 77024


Tenolok Partners, LTD
c/o ComRealty
701 N. Post Oak Road, #515
Houston, TX 77024


THE DALLAS NEW ERA INC
PO BOX 530
Dallas, GA 30132


The Gallatin Newspaper
110 N WATER AVE
Gallatin, TN 37066


The Gary W. Schaffer Revocable
c/o Gary W. Schaffer
313 Hearthstone Mews
Alexandria, VA 22314

The Howard Company, Inc.
PO BOX 78228
WI 53277


The King Professional
4240 TOWNHALL
Memphis, TN 38128


The Lebanon Publ Co Inc
402 N CUMBERLAND ST
Lebanon, TN 37088


The Little Coupon Book
8491 HOSPITAL DRIVE #150
Douglasville, GA 30134


The Tennessean
PO BOX 677589
Dallas, TX 75267


THE UPS STORE 4969
174 WATERCOLOR WAY  STE 103
Santa Rosa Beach, FL 32459


Towns Upholstery
4323 ELLENDALE RD
Memphis, TN 38135


Trace Dillion, Esq.
1130 Hurrican Shoals
Suite 600
Lawrenceville, GA 30043


Trust Issue of Virginia Wood
418 Woodcrest Lane
Franklin, TN 37067

Trust Issue of Virginia Wood
418 Woodcrest Lane
Franklin, TN 37067


Tsern, John F.
16 Morning View Drive
Newport Coast, CA 92657


U.S. Internal Revenue Services
700 W. Capitol Avenue
Suite 1002
Little Rock, AR 72201


Ultrafryer Systems
302 SPENCER LN
San Antonio, TX 78201


Universal Media
6750 AVENUE DE L'ESPLANADE
Suite 340
Quebec, CA


USPS-Hasler
TMS #219609
PO Box 0527
Carol Stream, IL 60132


Vanguard Bank & Trust Company
171 Brooks Street
Suite F
Fort Walton Beach, FL 32548


Vann Dyne Crotty Co Inc
P.O. Box 28506
Columbus, OH 43228


VH Gilstrap Plumbing Inc
PO BOX 426
Cartersville, GA 30120

```
Volunteer South, Inc.
Attn.: George Gebhardt
P.O. Box 49
Gordonsville, TN 38563


Volunteer South, Inc.
Attn.: George Gebhardt
P.O. Box 49
Gordonsville, TN 38563


Voss Lighting
P.O. Box 22159
Lincoln, NE 68542


VRS Inc
PO BOX 212573
Columbia, SC 29221


W.W. Tsang, LLC
c/o Warren Tsang
250 Morning Glen Drive
Suwanee, GA 30024


W.W. Tsang, LLC
c/o Warren Tsang
250 Morning Glen Drive
Suwanee, GA 30024


W.W. Tsang, LLC
c/o Warren tsang
250 Morning Glen Drive
Suwanee, GA 30024


W.W. Tsang, LLC
c/o Warren tsang
250 Morning Glen Drive
Suwanee, GA 30024
```

Waky Sign Company
1530 MUDD AVE.
Bowling Green, KY 42102


Wand Corp
7593 CORPORATE WAY
Eden Prairie, MN 55344


Ware Mechanical Inc
PO BOX 1069
Rome, GA 30162


Waste Management of Atlanta
HAULING
PO BOX 105453
Atlanta, GA 30348


Water Authority of Dickson
101 COWAN RD
Dickson, TN 37055


West End Lock Company, Inc.
210 17TH AVE N
Nashville, TN 37203


Westside Electric SE
3804 CHARLOTTE PIKE
TN 37289


Wiles & Wiles
800 Kennesaw Avenue
Suite 400
Marietta, GA 30060


Willis Insurance Services
PO BOX 116367
Atlanta, GA 30368

Windstream
P.O. Box 9001908
Louisville, KY 40290


Woodall Realty Company
3155 Roswell Road
Suite 100
Atlanta, GA 30305

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Famous Recipe Company Operations, LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Famous Recipe Company Operations, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 10, 2010
_____
Date

/s/ John J. McManus
_____
**John J. McManus 497776**
Signature of Attorney or Litigant
Counsel for **Famous Recipe Company Operations, LLC**
**John J. McManus & Associates, P.C.**
**3554 Habersham at Northlake**
**Building H**
**Tucker, GA 30084**
**770-492-1000 Fax:770-492-1100**
**jmcmanus@mcmanus-law.com**