# CORPORATE RESOLUTION

## OF

## LEE'S HOLDING COMPANY, INC.

---

A special meeting of Lee's Holding Company, Inc. was held to assess the current financial situation of its wholly-owned subsidiary, Famous Recipe Company Operations, LLC ["FRCO"], was held on November 10, 2010. The following was resolved:

1.

RESOLVED, that Mr. Jeffrey D. Miller, Managing member of FRCO, shall cause that on behalf of the Company, and in the name of the Company, to file Chapter 11 bankruptcy.

2.

RESOLVED, that the Managing Member of this Company is hereby authorized and directed on behalf of this Company, and in the name of the Company, to carry out the above by any and all other necessary or desirable documents to obtain the above ends and to subscribe the company name, and this Company shall be fully bound by all the said acts and shall cause the proper Petition and Schedules to be filed in the United States Bankruptcy Court to reorganize and/or liquidate all assets and/or debt of the Company.

It is further certified that there are no provisions in the Articles of Incorporation or in the By-Laws of the corporation limiting powers of the Board of Directors to pass the foregoing resolutions, and the same are in conformity with the provisions of said Articles of Incorporation and the By-Laws.

So resolved this 10th day of November 2010.

                                    Lee's Holding Company, Inc,
                                    A Georgia corporation

                                  _____
                                  Jeffrey D. Miller
                                  Shareholder/50% of shares


                                  _____

                                  Charles Cooper
                                  Shareholder/50% of shares

So resolved this 10th day of November 2010.

                                        Lee's Holding Company, Inc,
                                        A Georgia corporation

                                        _____
                                        Jeffrey D. Miller
                                        Shareholder/50% of shares

                                        _____
                                        Charles Cooper
                                        Shareholder/50% of shares