B6B (Official Form 6B) (12/07)

.

In re    **Famous Recipe Company Operations, LLC**                                    ,    Case No.    **10-94027**
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking at Coastal Bank of Georgia for Operating Account #55376, #76588, #1280087858, #80366** | - | 0.00 |
| | | **Checking at Coastal Bank of Georgia for Payroll Account #85100, #87999** | - | 0.00 |
| | | **Checking at Coastal Bank of Georgia for Account Payable Account #87783, #73452** | - | 0.00 |
| | | **Checking at Coastal Bank for Gift Certificate Account #85092** | - | 0.00 |
| | | **Money Market Account # 1000753267 at Coastal Bank of Georgia** | - | 0.00 |
| | | **Wachovia for spice account 2000025796122** | - | 0.00 |
| | | **Money Market Account 2000034573187 at Wachovia** | - | 0.00 |
| | | **Coastal Bank of Georgia, Credit Card #89516** | - | 0.00 |
| | | **Coastal Bank of Georgia #87700 for 11 stores deposits** | - | 0.00 |
| | | **Checking at 1st Tennessee #175270614, 10 stores deposit** | - | 0.00 |
| | | **Checking at Regions for four stores 0061312967** | - | 0.00 |
| | | **Checking at Bank of America #4426229089 for 12 stores in Georgia** | - | 200,000.00 |
| | | **Checking at Bank of America for TN stores 4426229092 - 1 store deposit** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

| | Sub-Total >  (Total of this page) | 200,000.00 |
|---|---|---|

    **4**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**                              ,      Case No.    __10-94027__
                                                      Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total >                       **0.00**
(Total of this page)

Sheet    __1__    of    __4__    continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Famous Recipe Company Operations, LLC**                              ,      Case No.  __10-94027__
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Leasehold Interest in 14 stores ($150,000.00/per store)** <br> **Unit 304, 307, 309, 311, 314, 320, 323, 324, 327, 333, 339, 364, 398, 415** | - | 2,100,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1988 Van - used as billboard advertising** | - | 100.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >                2,100,100.00
(Total of this page)

Sheet  __2__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Famous Recipe Company Operations, LLC**                              , Case No.    **10-94027**
                                                Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | Henry Penny Frier | - | 4,458.93 |
| | | Telephone | - | 4,758.59 |
| | | Tools | - | 80.86 |
| | | Coffee Maker | - | 149.05 |
| | | Ice Maker Compressor | - | 6,781.21 |
| | | 5 Safes | - | 5,490.79 |
| | | 6 Computers | - | 8,543.91 |
| | | Office Supplies | - | 1,311.63 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Equipment | - | 5,885.46 |
| | | Oven | - | 990.80 |
| | | Refrigerator | - | 1,006.87 |
| | | Restaurant Supplies | - | 337.54 |
| | | Menu Boards - 1795.91 Table & Chairs - 919.07 Signs - 7831.52 Tea Brewer & Tea Dispenser - 457.79 Metromax Bow Tie Dunnage Rack - 184.40 Patio Furniture - 1234.54 | - | 12,423.23 |
| 30. Inventory. | | Ice Machine | - | 4,797.27 |
| | | 4 Fryers | - | 6,248.20 |
| | | Microwave Oven | - | 797.10 |
| | | Drink Machine | - | 1,827.58 |
| | | Food Wedger & Cut French Fries - $197.50 Hot Water Dispenser - $508.00 Food Box | - | 854.54 |
| | | Misc inventory | - | 6,103.26 |
| | | Food and Paper Goods | - | 58,188.50 |

|  | Sub-Total > | 131,035.32 |
|---|---|---|
|  | (Total of this page) | |

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Famous Recipe Company Operations, LLC** _____,      Case No. __**10-94027**__ _____

Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Potential claim against Suntrust Bank, NA regarding the acquisition of stores, potential securities violation and related causes of action.** | - | **Unknown** |
| | | **Mark Tzalka and Judy Tzalka v. Mrs Winner's Chicken & Biscuits Famous Recipe Company Operations, LLC and Lee's Famous Recipes, Inc. - Case No. 10ED501383 - Claim** | - | **25,000.00** |
| | | **Potential claim for $250,000.00 funds advanced to purchase an interest in Golden Rule BBQ Franchise, LLC, and Alabama Corporation. Conveat: seller financing of 4.2 million superior to claim.** | - | **Unknown** |

|  | |
|---|---|
| Sub-Total > | **25,000.00** |
| (Total of this page) | |
| Total > | **2,456,135.32** |

Sheet __**4**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Famous Recipe Company Operations, LLC**                          ,    Case No.    **10-94027**

                                                    Debtor

                                                                    Chapter                              **11**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 2,456,135.32 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 3,918,559.27 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 73 | | 17,988,313.91 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 88 | | | |
| Total Assets | | | 2,456,135.32 | | |
| Total Liabilities | | | | 21,906,873.18 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Famous Recipe Company Operations, LLC**                                    ,          Case No. _____**10-94027**_____

Debtor                                                      Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

2790 Panola Road, LLC
c/o Woodall Realty Company
3155 Roswell Rd., Ste. 100
Atlanta, GA 30305


2J Investment Group, LLC
c/o Berry Raskin
763 2nd Street, Suite 100
Encinitas, CA 92024


2J Investment Group, LLC
c/o Berry Raskin
763 2nd Street, Suite 100
Encinitas, CA 92024


2J Investment Group, LLC
c/o Berry Raskin
763 2nd Street, Suite 100
Encinitas, CA 92024


A Mr. Plumber Sewer Services
PO BOX 140009
Nashville, TN 37214


A to Z Construction
581 VANDALIA ST  STE A
Memphis, TN 38112


A1 Lock
P.O. Box 336
Kennesaw, GA 30156


Able Too LLC
2538 BERMUDA RD
Stone Mountain, GA 30087


Ace Alarms Inc
350 WILSON PIKE CIR  STE 300
Brentwood, TN 37027

Ace III Communications Inc
PO BOX 1347
Decatur, GA 30031


Action Electric & Mechanical
2600 COLLINS SPRINGS DR SE
Smyrna, GA 30080


Adam Wood
4924 October Way
Cartersville, GA 30120


ADT Security
PO BOX 371956
Pittsburgh, PA 15250


Advanced Career Profession
PO BOX 991244
Louisville, KY 40269


Airgas National Carbonation
P.O. BOX 601985
Charlotte, NC 28260


All-Star Plumbing & Drain
PO BOX 1145
Brentwood, TN 37024


Allied Waste Services
PO BOX 9001099
Louisville, KY 40290


Altemar I Rivera
59 PINE GROVE RD
Locust Grove, GA 30248

American Digital Communication
4350 INTERNATIONAL BLVD, STE J
Norcross, GA 30093


American Fire & Safe Inc
1419 WOODMONT LANE NW
Atlanta, GA 30318


American Security Safe
2569 IRIS DRIVE STE F
Conyers, GA 30013


Architectural Shade Products
2575-C COBB INTERNATIONAL BLVD
Kennesaw, GA 30152


Armor Lock & Safe
3567 LAWRENCEVILLE HWY
Tucker, GA 30084


Aspen Publishers Inc
4829 INNOVATION WAY
Chicago, IL 60682


AT&T
P.O. Box 105320
Atlanta, GA 30348


Atech Incorporated
PO BOX 24614
Nashville, TN 37202


Athletic World Advertising
3340 N COLLEGE
Fayetteville, AR 72703

```
Atl Courier
PO BOX 569
Norcross, GA 30091


Atlanta Equipment Company
1345 CAPITAL CIR NW
Lawrenceville, GA 30043


Atlanta Ice Company
1587 EAST TAYLOR AVE
Atlanta, GA 30344


Atlanta Latino Inc
6400 ATLANTIC BLVD  STE 200
Norcross, GA 30071


Atlanta Peach Movers
2911 NORTHEAST PKWY
Atlanta, GA 30360


Atmos Energy
P.O. Box 790311
Saint Louis, MO 63179


Avatar Real Estate, LLC
c/o Anil Vaswani
P.O. Box 13585
Atlanta, GA 30324


Avatar Real Estate, LLC
c/o Anil Vaswani
P.O. Box 13585
Atlanta, GA 30324


Award Systems Inc
6519 SPRING ST  STE A
Douglasville, GA 30134
```

Backflow & Plumbing Solutions
740 SENTRY RIDGE CROSSING
Suwanee, GA 30024


Bailey Johnson Heights, Inc.
450 E. Paces Ferry Road
Atlanta, GA 30305


Beltram Edge Tool Supply Inc.
134 LATONEA DR
Columbia, SC 29210


Bergeron Electrical
PO BOX 998☐☐
Crestview, FL 32536


Bill Worley Plumbing Co Inc
PO BOX 5843
Gainesville, GA 30504


Boca Industries
5076 NIFDA DR
Smyrna, GA 30080


Brauvin Net Capital, LLC
c/o Mark C. Lewensohn
205 N. Michigan Ave., S # 1900
Chicago, IL 60601


Brauvin Net Capital, LLC
c/o Mark C. Lewensohn
205 N. Michigan Ave., S # 1900
Chicago, IL 60601


Bravin Net Capital, LLC
c/o Mark C. Lewensohn
205 N. Michigan Ave. 1900
Chicago, IL 60601

Brown Fire Protection
124 N HWY 79
Panama City, FL 32417


Business & Legal Reports
141 MILL ROCK RD E
OLD SAYBROOK, MO 64750


C & C Limited
c/o Martha A. Melton
230 Duck Court
San Mateo, CA 94404


Careerbuilder LLC
13047 COLLECTION CENTER DR
Chicago, IL 60693


Carlton Parrott
122 Wexford Drive
Newnan, GA 30265


Carolina Door Controls Inc
13047 COLLECTION CENTER DR
Chicago, IL 60693


Caroltn Parrot
122 Wexford Drive
Newnan, GA 30265


Carwile Mechanical
433 E 15TH ST
Cookeville, TN 38501


Cawthon-Hollums Properties, In
c/o Ed Peterson
P.O. Box 90988
Atlanta, GA 30344

```
CDI
5545 Shawland Road
Jacksonville, FL 32254


Central Transport
PO BOX 33299
Detroit, MI 48232


Cerpro Tech Heating & Air
3075 BALL ROAD
Cunningham, TN 37052


Charles Hamptons A-1 Signs
PO BOX 247
Dickson, TN 37056


Cheek Enterprises Inc
PO BOX 310☐☐
Walls, MS 38680


Chi Family, Inc,
c/o Sung S. Chi
3801 Cardinal Drive
Tucker, GA 30084


Chi Family, Inc,
c/o Sung S. Chi
3801 Cardinal Drive
Tucker, GA 30084


Choice Care Occupational
791 OAK ST
Atlanta, GA 30354


City of Atlanta-
DEPT OF WATERSHED MGMT
PO BOX 105275
Atlanta, GA 30348
```

City of Canton
151 Elizabeth Street
Canton, GA 30114


City of Crestview
198 N WILSON ST
Crestview, FL 32536


City of East Point
1526 E. FORREST AVE
Suite 400
Atlanta, GA 30344


City of Forest Park
745 FOREST PKWY
Forest Park, GA 30297


City of Gainsville
757 Queens City Parkway SW
Gainesville, GA 30501


Clayton County Water
1600 BATTLE CREEK RD
Morrow, GA 30260


Clear Channel Broadcasting
PO BOX 402646
Atlanta, GA 30384


Coastal Bank & Trust
815 Beal Parkway NE
Fort Walton Beach, FL 32547


Cobb County Water System
PO BOX 580440
Charlotte, NC 28258

Cobb EMC
PO BOX 369
Marietta, GA 30061


Coca Cola Bottling Co Memphis
PO BOX 102677
Atlanta, GA 30368


Coca Cola USA
68 Annex
P.O. Box 102190
Atlanta, GA 30368-0190


Cochran Bros Electrical Co
PO BOX 2956
Gainesville, GA 30503


Comcast
PO BOX 2127
GA 30391


Commercial Electronics
3421 HOLLENBERG DRIVE
Bridgeton, MO 63044


Community Coffee Co, LLC
PO BOX 791
Baton Rouge, LA 70821


Concepts Incorporated
POST OFFICE DRAWER 33219
Decatur, GA 30033


Conference America, Inc.
PO BOX 241188
Montgomery, AL 36124

Construction Code Enforcement
6465 MULLINS STA
Memphis, TN 38134


Convenient Care Clinic
350A S LOWE AVE
Cookeville, TN 38501


Cookeville Heating & Cooling
347 E STEVENS ST
Cookeville, TN 38501


Cooks Pest Control
PO BOX 341898
Memphis, TN 38184


Coordinated Systems
PO BOX 58
Wichita, KS 67201


Copy Systems Business Ctr
4821 US HWY 98  STE 102
Santa Rosa Beach, FL 32459


Corp Care & Assoc Inc
7000 PEACHTREE DUNWOODY
Atlanta, GA 30328


Coweta Occupational
1755 HWY 34E  STE 2400
Newnan, GA 30265


Creative Loafing
PO BOX 933860
Atlanta, GA 31193

Crisp Regional Hospital
PO BOX 919
Cordele, GA 31010


Crown Ford, Inc.
PO BOX 40584
Nashville, TN 37204


Crystal Springs
PO BOX 660579
Dallas, TX 75266


CSI Group LLC
26425 E ADMIRAL PL
Catoosa, OK 74015


Cumulus Nashville
PO BOX 643198
Cincinnati, OH 45264


Dartmoor Associates Inc.
6065 BARFIELD RD STE 100
Atlanta, GA 30328


Date Label Corp Inc
1298 E US HWY 136  STE E
Pittsboro, IN 46167


David George
6055 BARFIELD RD   STE 200
Atlanta, GA 30328


Dekalb County Sanitation
P.O. Box 1027
Decatur, GA 30031

Delta Maintence
PO BOX 784
Olive Branch, MS 38654


Dennis J Ours
585 SANDERS RD
Cumming, GA 30041


Designer Lawn
3312 Homewood
Memphis, TN 38128


Designers Lawns & Landscape
3312 HOMEWOOD
Memphis, TN 38128


Dickinson Plumbing & Sewer
4260 INDUSTRIAL CENTER LANE
Acworth, GA 30101


Dickson County Trustee
#4 COURT SQUARE
Room 114
Charlotte, TN 37036


Direct TV
PO BOX 60036
Los Angeles, CA 90060


DJMJ-1, LLC
c/o David Montgomery
7024 Alderwood Court
Lacey, WA 98503


Don Huckaby Plumbing Inc
5294 CRESTVIEW DR
Memphis, TN 38134

Donald Tanner Jr
TANNER PAINT CONTRACTING INC
186 TURHUNE ROAD
Rome, GA 30161


Dr Vinyl of Middle Tenness
453 MYATT DR
Madison, TN 37115


Drs Speakers Network LLC
3638 DICKERSON PIKE  STE 204
Nashville, TN 37207


DTMJ-1, LLC
c/o David Montgomery
7024 Alderwood Court
Lacey, WA 98503


E. Carolton Parrott
122 Wexford Drive
Newnan, GA 30265


Eagle Financial Inc
C/O MR ROOTER PLUMBING
PO BOX 28066
Chattanooga, TN 37424


EcoLab
PO BOX 601090
Charlotte, NC 28260


Eden Johnson-Wood
6255 BARFIELD RD  STE 104
Atlanta, GA 30328


Edmission & Eubank Comm Inc
106 College Street
Dickson, TN 37055

Electro Plumbing & Drains
PO BOX 213
Austell, GA 30168


Elvin Allen
81 THORN THICKET DR
Rockmart, GA 30153


Employment Screening Services
1401 PROVIDENCE PARK
Birmingham, AL 35242


En Gedi Investments, LLC
c/o Albert Kuo
1699 Hood Court
Santa Clara, CA 95051


En Gedi Investments, LLC
c/oAlbert Kuo
1699 Hood Court
Santa Clara, CA 95051


ESS Inc.
203 McMillin Street
Nashville, TN 37203


Everalert
P.O. Box 538
Kennesaw, GA 30156


Express Transcation Service
1508 E. 86th Street
Suite 410
Indianapolis, IN 46240


Falcon Fabricators
PO BOX 40252
Nashville, TN 37204

Federal Express
710 Morgan Falls Road
Atlanta, GA 30350


Finegood Family Trust
c/o Ken Epstein, Suite 101
5000 North Parkway Calabasas,
Calabasas, CA 91302


Finegood Family Trust
c/o Ken Epstein, Suite 101
5000 North Parkway Calabasas,
Calabasas, CA 91302


Fire King LLC
PO BOX 70869
Philadelphia, PA 19176


Fire King Security Product
PO BOX 559
New Albany, IN 47151


Fishbowl Inc
Dept at 952733
Atlanta, GA 31192


Floied Fire Extinguisher
PO BOX 16055
Memphis, TN 38186


Flowers Baking Co
PO BOX 100826
Atlanta, GA 30384


Floyd Healthcare Management
FLOYD MEDICAL CENTER INC
PO BOX 233
Rome, GA 30162

Floyd R. Allen III
AMBASSADOR CONSTRUCTION INC.
12049-C LEBANON ROAD
Mount Juliet, TN 37122


Ford & Harrison
795 RIDGE LAKE BLVD  STE 300
Memphis, TN 38120


Ford & Harrison LLP
350 S. Grand Ave
Suite 2300
Los Angeles, CA 90071


Frase Protection
P.O. Box 533
Cordova, TN 38088


Frederick Kelley
6255 BARFIELD RD  STE 104
Atlanta, GA 30328


G4S Compliance
INVESTIGATIONS
PO BOX 277469
Atlanta, GA 30384


Gainsville Radiology Group
P.O. Box 2417
Gainesville, GA 30503


Gallatin Urgent Care PC
728 NASHVILLE PIKE
Gallatin, TN 37066


Gary Bryant
215 SKYLINE DR
Brentwood, TN 37027

Gary W. Schaffer
313 Hearthstone Mews
Alexandria, VA 22314


GCS Service Inc
P.O. Box 18688
Indianapolis, IN 46218


GE Capital Finance Corp.
Gregory R. Crochet, Esq.
225 Peachtree Street N.E.
Atlanta, GA 30361


GE Capital Finance Corp.
Gregory R. Crochet, Esq.
225 Peachtree Street NE
Atlanta, GA 30361


GECFFC - Kinsey Moreland
P.O. Box 1711
Orlando, FL 32802


GECFFC - Kinsey Moreland
P.O. Box 1711
Orlando, FL 32802


GECFFC - Kinsey Moreland
P.O. Box 1711
Orlando, FL 32802


GECFFC - Kinsey Moreland
P.O. Box 1711
Orlando, FL 32802


GECFFC(Kinsey Moreland)
P.O. Box 1711
Orlando, FL 32802

Georgia Department
P.O. Box 347070
Atlanta, GA 30334


Georgia Department of Revenue
P.O. Box 16749
Atlanta, GA 30321


Georgia Logos, LLC
6597 PEACHTREE INDUSTRIAL BLVD
Suite A
Norcross, GA 30092


Georgia Power Company
PO BOX 105090
Atlanta, GA 30348


Gibby Electric Co
8258 JACKSON LAKE RD
Monticello, GA 31064


Gilford H. Carlisle
CARLISLE REPAIR
1201 WATTS TERR
Nashville, TN 37209


Glass Doctor
PO BOX 1767
Norcross, GA 30091


Glenn E Ellen
ROTO ROOTER
PO BOX 1328
Flowery Branch, GA 30542


Gore Medical Management
DBA  FAMILY MEDICAL CENTER
1657 N EXPY
Griffin, GA 30223

GP Management Inc
ADVANCE PROFESSIONALS
3703 TAYLORSVILLE RD  STE 115
Louisville, KY 40220


Great Scents Service Company
622 W POPLAR STE 5-174
Collierville, TN 38017


Green King Spray Services
PO BOX 801
Southaven, MS 38671


Greer and Assoc. Electrical
2004 A GLADSTONE AVE
Nashville, TN 37211


Greystone Power Corporation
PO BOX 6071
Douglasville, GA 30154


Griffin Industries Inc
PO BOX 530401
Atlanta, GA 30353


GSC Service, Inc.
P.O. Box 64373
Saint Paul, MN 55164


GW Chew DBA
GW CHEW REPAIR & MAINT SERVICE
2034 TEAL CV
Lithonia, GA 30058


H.A. Balton Companies LLC
3058 SOUTHWALL STREET
Memphis, TN 38114

Hal Leitman, Esq.
230 Peachtree Street
Suite 2700
Atlanta, GA 30303


Halper Enterprises, Inc.
c/o Christian Traini
5269 Buford Hwy
Atlanta, GA 30340


Hammocks Heating & Air Inc
5137 HWY 92
Acworth, GA 30102


Haravy Shainberg Kaplan & Duns
6060 Poplar Avenue
Suite 40
Memphis, TN 38119


Hardee's Food System
Well's Fargo Lockbox E2001-49
3440 Flair Drive
El Monte, CA 91731


Hardee's Food Systems, Inc.
Well's Fargo Lockbox E2001-49
3440 Flair Drive
El Monte, CA 91731


Harrison Lock Service
307 W. Main Street
Lebanon, TN 37087


Hawkins & Parnell LLC
4000 SUNTRUST PLAZA
303 PEACHTREE ST NE
Atlanta, GA 30308

Henry County Water
1695 HWY 20 W
McDonough, GA 30253


Henry Occupational Medicine
101 REGENCY PARK DR
McDonough, GA 30253


Hixon Heating & Air Cond
2210 BROOKS ROAD
Dacula, GA 30019


Holliday Pest
1607 Park Lake Lane
Norcross, GA 30092


Holt Plumbing Company
2608 MURFREESBORO RD  STE 100
Nashville, TN 37217


Home Pest Control, Inc.
2841 LEBANON RD
Nashville, TN 37214


Horn Lake Water Assoc, Inc.
PO BOX 151
Horn Lake, MS 38637


Hotel & Restaurant Supply
PO BOX 6
Meridian, MS 39302


HSBC Business Solutions
PO BOX 5239
Carol Stream, IL 60197

```
Hundoble Trust
c/o dennis & Debbie Hundoble
1994 Cherry Hill Drive
Discovery Bay, CA 94505


Hundoble Trust
c/o dennis & Debbie Hundoble
1994 Cherry Hill Drive
Discovery Bay, CA 94505


Hundoble Trust
c/o dennis & Debbie Hundoble
1994 Cherry Hill Drive
Discovery Bay, CA 94505


IFC West Memphis, LLC
c/o John S. Chou
28315 Ridgehaven Court
Rancho Palos Verdes, CA 90275


IFC West Memphis, LLC
c/o John S. Chou
28315 Ridgehaven Court
Rancho Palos Verdes, CA 90275


Ikon Office Solutions
PO BOX 532530
Atlanta, GA 30353


Imperial Credit Corporation
1001 WINSTEAD DRIVE STE 500
Cary, NC 27513


Industrial Fire & Safety
EQUIPMENT CO INC
608 ASH ST
Nashville, TN 37202
```

Infosoft Group Inc
METROATLANTAJOBS.COM
23811 NETWORK PL
Chicago, IL 60673


Intouch Inc
335 MAXWELL CRES
Lynchburg, VA 24505


IRS Department of the Treasury
Internal Revenue Services
Cincinnati, OH 45999


Irving J. Sherman Trust
c/l John Hamburger
2808 Anthony Lane South
Minneapolis, MN 55418


Irving J. Sherman Trust
c/l John Hamburger
2808 Anthony Lane South
Minneapolis, MN 55418


J Adams Co Inc
PO BOX 1109
Flowery Branch, GA 30542


J&J Properties
c/o Bart A. Johnston
4424 Forsythe Place
Nashville, TN 37205


J&J Properties
c/o Bart A. Johnston
4424 Forsythe Place
Nashville, TN 37205

J. Christopher Simpson, Esq.
One Securities Centre, Ste 300
3490 Piedmont Road
Atlanta, GA 30305


Jarrod J. Simon
131 COLE DRIVE
Hendersonville, TN 37075


JD Grove Refrig
352 OLD HWY 70
White Bluff, TN 37187


Jessica J. Thomas
1600 Division Street
Suite 700
Nashville, TN 37203


Jets Associates, LTD.
c/o John E. Tegtmeyer
9 Indian Hill Point
Hilton Head Island, SC 29926


Jets Associates, LTD.
c/o John E. Tegtmeyer
9 Indian Hill Point
Hilton Head Island, SC 29926


Jets Associates, LTD.
c/o John E. Tegtmeyer
9 Indian Hill Point
Hilton Head Island, SC 29926


Jim Yeager
A SAFELOCK CO
PO BOX 301377
Memphis, TN 38130

JLS Landscape
807 Uancy Road
Covington, GA 30014


Joe Moore
JOE'S CARPET CLEANING
3020 FAIR MEADOW DRIVE
Horn Lake, MS 38637


John F. Tsern
16 Morning View Drive
Newport Coast, CA 92657


John F. Tsern
16 Morning View Drive
Newport Coast, CA 92657


Johnsons Plumbing Inc
PO BOX 4534
Canton, GA 30114


Joseph H. Wieseman, Esq.
HAWKINS & PARNELL, LLP
303 Peachtree Street, NE
Atlanta, GA 30303


Joshua A.Mayes Esq.
999 Peachtree Street, N.E.
Suite 2300
Atlanta, GA 30309


Joshua A.Mayes Esq.
999 Peachtree Street, N.E.
Suite 2300
Atlanta, GA 30309

Joslin Sign & Maintenance
JOSLIN & SON SIGNS
630 MURFREESBORO RD
Nashville, TN 37210


Kenco Lusk LLC
429 STILL BRANCH DR  STE 100
Canton, GA 30115


Key Risk Management Service
PO BOX 18746
Greensboro, NC 27419


Kimberly Rivera Beattie
CATAPULT PEOPLE SOLUTIONS LLC
270 EVERLEIGH WAY
Marietta, GA 30064


Kool Breeze of NWF
8460 E BAY BLVD
Navarre, FL 32566


Kwong Yuen Seung
6814 Georgia, Hwy 85
Riverdale, GA


Lacy & Associates
501 METROPLEX DRIVE  SUITE 105
Nashville, TN 37211


Lakeside Publishing Inc
THE CHEROKEE LEDGER NEWS
PO BOX 2369
Woodstock, GA 30188


Larry Todd Heaton
AFFORDABLE TESTING
PO BOX 1094
Acworth, GA 30101

```
Laser Supply & Service, Inc.
2779 PETERSON PL
Norcross, GA 30071


Latin American Assoc
ATTN ELI VELEZ
2750 BUFORD HWY
Atlanta, GA 30324


Lee's Famous Recipes, Inc.
171 Brooks Street, SE
Suite F
Fort Walton Beach, FL 32548


Lee's Famous Recipes, Inc.
171 Brooks Street, SE
Suite F
Fort Walton Beach, FL 32548


Lee's Famous Recipes, Inc.
171 Brooks  Street, SE
Fort Walton Beach, FL 32548


Lee's Famous Recipes, Inc.
171 Brooks Street, SE
Fort Walton Beach, FL 32548


Leon Economy Associates, Inc.
166 Harington Court
Clayton, GA 30525


Leon Economy Associates, Inc.
166 Harington Court
Clayton, GA 30525


Leon Economy Associates, Inc.
166 Harington Court
Clayton, GA 30525
```

Leon Economy Associates, Inc.
166 Harington Court
Clayton, GA 30525


Leon Economy Associates, Inc.
166 Harington Court
Clayton, GA 30525


Leon Economy Associates, Inc.
166 Harington Court
Clayton, GA 30525


Leon Economy Associates, Inc.
166 Harington Court
Clayton, GA 30525


Leon Economy Associates, Inc.
166 Harington Court
Clayton, GA 30525


Light Bulb Depot 7 LLC
PO BOX 2363
Sarasota, FL 34230


Lincoln Glass Company
635 N 3RD ST
Memphis, TN 38107


Lipsey Inc
PO BOX 1246
Norcross, GA 30091


Lloyd Thomas, Esq.
3340 Peachtree Road
Suite 1505
Atlanta, GA 30326

```
LMI Electrical Contractors
1902 TUCKER INDUSTRIAL
Tucker, GA 30084


Main Street Loan, Inc.
c/o Howard Zidell
604 Main Street
Vancouver, WA 98660


Main Street Loan, Inc.
c/o Howard Zidell
604 Main Street
Vancouver, WA 98660


Mallett, Bobbie D.
7049 Berea Road
Douglasville, GA 30135


Mark & Judy Tzalka
2900 Chamblee Tucker Road
Bld S-300
Atlanta, GA 30341


Mark & Judy Tzalka
2900 Chamblee Tucker Road
Bld S-300
Atlanta, GA 30341


Martin & Associates
77 E CROSSVILLE RD  STE 204
Marietta, GA 30066


Marvin D. Bass Jr
JRS PRESSURE WASHING LAWN CARE
1833 RIVERVIEW DR
Crestview, FL 32536
```

```
Mary B. Miller
2078 Kirby PKWY
Memphis, TN 38119


Mary Louise Platkiewicz
641 N. Tower Avenue
dba Hart Trust
Chandler, AZ 85225


Mary Louise Platkiewicz
641 N. Tower Avenue
dba Hart Trust
Chandler, AZ 85225


Mary Louise Platkiewicz
641 N. Tower Avenue
Chandler, AZ 85225


Mary Louise Platkiewicz
641 N. Tower Avenue
Chandler, AZ 85225


Mary Miller
Carol Miller aka Spellings
2078 Kirby PKWY
Memphis, TN 38119


Mary Miller
Carol Miller aka Spellings
2078 Kirby PKWY
Memphis, TN 38119


Mattt Wilson, Esq.
950 East Paces Ferry Road
Suite 3250
Atlanta, GA 30326
```

Mattt Wilson, Esq.
950 East Paces Ferry Road
Suite 3250
Atlanta, GA 30326


Maximum Maintenance
PO BOX 11436
Atlanta, GA 30310


Memphis Light Gas & Water
PO BOX 388
Memphis, TN 38145


Memphis Restaurant
SUPPLY CO INC
1750 SEPTEMBER RD
Memphis, TN 38116


Memphis Sign Erectors Inc
PO BOX 18944
Memphis, TN 38181


Metro Alarms
PO BOX 178
Memphis, TN 38101


Metro Water Services
PO BOX 305225
Nashville, TN 37230


Michael McCracken
6255 BARFIELD RD  STE 104
Atlanta, GA 30328


Microtel Inn & Suites
6280 PEACHTREE DUNWOODY RD
Atlanta, GA 30328

Mid South Carpet Cleaning
PO BOX 56
Nolensville, TN 37135


Mid South Security Systems
1732 SANDS PL
Marietta, GA 30067


Mid-South Clean Machine In
469 HWY 149 S
Tyronza, AR 72386


Midori, LLC
c/o Eunice Tsai
3644-E1 Chamblee
Atlanta, GA 30341


Midori, LLC
c/o Eunice Tsai
3644-E1 Chamblee
Atlanta, GA 30341


Midori, LLC
c/o Eunice Tsai
3644-E1 Chamblee
Atlanta, GA 30341


Millard Martin
PO BOX 51886
Bowling Green, KY 42102


Mississippi Dept. of Revenue
P.O. Box 1033
Jackson, MS 39215


Mobile Mini, Inc.
PO BOX 79149
Phoenix, AZ 85062

Morris, Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326


Movie Facts Inc
1870 BUSSE HWY
Des Plaines, IL 60016


Mrs. Winners L.P.
J. RUSSELL WELCH
999 Peachtree St. NE 2300
Atlanta, GA 30309


Mrs. Winners L.P.
J. RUSSELL WELCH
999 Peachtree Street, NE
Atlanta, GA 30309


Muzak
P.O. Box 71070
Charlotte, NC 28272


Muzak Drive Thru
PO BOX 601975
Charlotte, NC 28260


Muzak LLC
PO BOX 71070
Charlotte, NC 28272


MWM Holdings
ZEPHYR DETAIL INC
105 SOUTHWIND CIR
Roswell, GA 30076

```
MYL Properties
c/o Mark Tzalka
24300 Hartland St.
West Hills, CA 91307


MYL Properties
c/o Mark Tzalka
24300 Hartland St.
West Hills, CA 91307


Nashville Door
1827B 12TH AVE S
Nashville, TN 37203


Nashville Refrigeration In
3480 DICKERSON RD
Nashville, TN 37207


National Hood & Duct
193 L FISHER RD
Shelbyville, TN 37160


Neal J. Quirk, Esq.
6000 Lake Forest Drive NW
Atlanta, GA 30328


New Orleans Best Recruiting
PO BOX 451
Jonesboro, GA 30237


Newnan Utilities
P.O. Box 23055
Columbus, GA 31902


NUCO2 Inc.
P.O. Box 9011
Stuart, FL 34995
```

Occupational Health Center
PO BOX 488
Lombard, IL 60148


Occupational Med Center Ca
PO BOX 82758
Atlanta, GA 30354


Opal O Griffin
A1 ROOTER ALL PLUMBING
PO BOX 140009
Nashville, TN 37214


Orkin Exterminating Company
PO BOX 1504
Atlanta, GA 30301


Pannell Mechanical
PO BOX 15082
Chattanooga, TN 37415


Park St. Partners LLP
250 Park Street
Bowling Green, KY 42101


Patrice & Associates Inc
6450 MEADOWLARK DRIVE
Dunkirk, MD 20754


Patrick Cook
1734 TORRINGTON CT
Cordova, TN 38016


Patriot Fire Protection
PO BOX 402
Locust Grove, GA 30248

Paul B. Gilling, Jr.
7622 Bartlett Corporate Drive
Suite 102
Memphis, TN 38133


Paul Heard
P.O. Box 45868
Atlanta, GA 30320


Peggy Jobes
PO BOX 491
Southaven, MS 38671


Peifer Safe & Lock LLC
5287 KNIGHT ARNOLD RD
Memphis, TN 38118


Personnel Concepts
3200 GUASTI ROAD STE.300
Ontario, CA 91761


Peter Sales, Esq.
1600 Division Street
Suite 700
Nashville, TN 37203


Phoenix Wholesale Food Service
P.O. Box 707
Forest Park, GA 30298


Pickens County Progress
PO BOX 67
Jasper, GA 30143


Piedmont Natural Gas
PO BOX 533500
Atlanta, GA 30353

Pilgrims Pride
C/O JP MORGAN CHASE BANK
PO BOX 911709
Dallas, TX 75391


Pio Pio Diamond, LLC
c/o Emilio Suster
P.O. Box 630653
Miami, FL 33163


Pio Pio Diamond, LLC
c/o Emilio Suster
P.O. Box 630653
Miami, FL 33163


Platinum 4 Landscaping
3880 BUTTON GATE CT
Lithonia, GA 30038


Porter Brothers Inc
PO BOX 430
Dickson, TN 37056


Principal Financial Group
111 W STATE ST
Mason City, IA 50402


Print Pro Inc
STE B145
1000 JOHNSON FERRY RD
Marietta, GA 30068


Proforma
PO BOX 640814
Cincinnati, OH 45264


PSI Marketing Consultants
WDKN RADIO SERVICES
Chicago, IL 60674

R & R Calendar LLC Inc.
3020 CANTON RD  STE 201
PO BOX 965235
Marietta, GA 30066


R.L. Dixon Inc
1687 Ranchwood Trail
Canton, GA 30115


Raleigh Glass Company Inc
5706 CLEAVES CIRCLE
Arlington, TN 38002


Randy Harvey
HARVEYS LAWN
PO BOX 752976
Memphis, TN 38175


Reddy Ice Corp
ATLANTA ICE CO
PO BOX 730505
Dallas, TX 75373


Residue Rescue Drain & Sewage
PO BOX 100467
Nashville, TN 37224


Robert F Kostelnik
FATHER & SON UPHOLSTERY
3131 KENNESAW VIEW DR
Marietta, GA 30064


Robertson Services Inc
KNOTTS CARPET CLEANING
PO BOX 3668
Clarksville, TN 37043

Rocco E. Testani, Esq.
999 Peachtree Street, N.E.
Suite 2300
Atlanta, GA 30309


Rockdale Water Resource
PO BOX 1378
Conyers, GA 30012


Rodney Bryant DBA Holliday
Pest Management
1607 PARK LAKE LANE
Norcross, GA 30092


Roman Towers, LLC
3603 Quentin Road
2nd Floor
Brooklyn, NY 11234


Roman Towers, LLC
c/o roman Narovilanski
P.O. Box 35-1106
Brooklyn, NY 11235


Rome Braves
ROME BASEBALL CLUB INC
PO BOX 1915
Rome, GA 30162


Roof USA LLC
3401 W ADAMS
Phoenix, AZ 85009


RSUI Group, Inc.
Kay Smith, Suite 1800
945 East Paces Ferry Road,
Atlanta, GA 30326

```
RTI Total
1325 Williams Drive
Marietta, GA 30066


RTM Operating Company, LLC
c/o Laura McCoy
1155 Perimeter Center West
Atlanta, GA 30338


RTM Operating Company, LLC
c/o Laura McCoy
1155 Perimeter Center West
Atlanta, GA 30338


RTM Operating Company, LLC
c/o Laura McCoy
1155 Perimeter Center West
Atlanta, GA 30338


Rush, Steve
1209 16th Avenue South
Nashville, TN 37212


Scana Energy
PO BOX 100157
Columbia, SC 29202-3157


Scoreboard Productions
2921 AVE E E
Arlington, TX 76011


Servall Plumbing
PO BOX 939
Acworth, GA 30101


SIGNATURE SIGNS
1736 US 31-W BY PASS
Bowling Green, KY 42101
```

Signpost Networks LLC
1197 PEACHTREE ST.
SUITE 575
Atlanta, GA 30361


Skyway Outdoors Inc
7063 NORTH SCENIC HWY
Bastian, VA 24314


SMG II LLC
8079 SOLUTIONS CENTER
Chicago, IL 60674


Southeast Cooler
1520 WESTFORK DR
Lithia Springs, GA 30122


Southern Ceiling & Wall
825 POOLE BRIDGE RD
Hiram, GA 30141


Spacenet Inc
PO BOX 198801
Atlanta, GA 30384


Specialty Engraving
3412 ENTERPRISE DRIVE
Wilmington, NC 28405


Specialty Lighting & Recyc
PO BOX 643
Frankfort, IL 60423


Spirit Master Funding III,
14631 N. Scottsdale Road
Suite 200
Scottsdale, AZ 85254

```
Spirit Master Funding III,
14631 N. Scottsdale Road
Suite 200
Scottsdale, AZ 85254


SSI State Systems Inc
PO BOX 372
DEPT 90
Memphis, TN 38101


Stargazer Property, LLC
c/o Dana and Norma Laine
3440 Santa Clara Circle
Costa Mesa, CA 92626


Stargazer Property, LLC
c/o Dana and Norma Laine
3440 Santa Clara Circle
Costa Mesa, CA 92626


Stargazer Property, LLC
c/o Dana and Norma Laine
3440 Santa Clara Circle
Costa Mesa, CA 92626


Steven and Nancy Rush
4499 Glenwood Avenue
Decatur, GA 30032


Steven and Nancy Rush
4499 Glenwood Avenue
Decatur, GA 30032


Steven Smith
5856 SUMMER AVE
Memphis, TN 38134
```

```
Straight Rate Plumbing
PO BOX 63
Hermitage, TN 37076


Studio M Productions Inc
6505 BURDETT DRIVE
Atlanta, GA 30328


Sullivision Inc
PO BOX 7042
Appleton, WI 54912


Superior Inc
101 MUNDY MEMORIAL DR
Mount Juliet, TN 37122


Supply Company
PO BOX 1739
1255 SPANGLER RD
Fairborn, OH 45324


Swift Contracting
A & A PLUMBING AND ELECTRIC
1032 HUNTERS POINT LANE
Bowling Green, KY 42104


Sysco Food Services of Atlanta
2225 Riverdale Road
Atlanta, GA 30337


Sysco Food Services of Memphis
4359 BF Goodrich Blvd.
Memphis, TN 38118


T & H Services Inc
P.O. Box 45868
Atlanta, GA 30320
```

Tant Services
7605 HIGHWAY 70 # 107-105
Memphis, TN 38133


Tenn Sheet Metal, Inc,
40 FANT INDUSTRIAL DR
Madison, TN 37115


Tennessee Department of Revenu
Andrew Jackson Bld.
500 Deaderick Street
Nashville, TN 37242


Tennessee Urgent Care
339 WHITE BRIDGE ROAD
Nashville, TN 37209


Tenolok Partners, LTD
c/o ComRealty
701 N. Post Oak Road, #515
Houston, TX 77024


Tenolok Partners, LTD
c/o ComRealty
701 N. Post Oak Road, #515
Houston, TX 77024


THE DALLAS NEW ERA INC
PO BOX 530
Dallas, GA 30132


The Gallatin Newspaper
110 N WATER AVE
Gallatin, TN 37066


The Gary W. Schaffer Revocable
c/o Gary W. Schaffer
313 Hearthstone Mews
Alexandria, VA 22314

The Howard Company, Inc.
PO BOX 78228
WI 53277


The King Professional
4240 TOWNHALL
Memphis, TN 38128


The Lebanon Publ Co Inc
402 N CUMBERLAND ST
Lebanon, TN 37088


The Little Coupon Book
8491 HOSPITAL DRIVE #150
Douglasville, GA 30134


The Tennessean
PO BOX 677589
Dallas, TX 75267


THE UPS STORE 4969
174 WATERCOLOR WAY STE 103
Santa Rosa Beach, FL 32459


Towns Upholstery
4323 ELLENDALE RD
Memphis, TN 38135


Trace Dillion, Esq.
1130 Hurrican Shoals
Suite 600
Lawrenceville, GA 30043


Trust Issue of Virginia Wood
418 Woodcrest Lane
Franklin, TN 37067

Trust Issue of Virginia Wood
418 Woodcrest Lane
Franklin, TN 37067


Tsern, John F.
16 Morning View Drive
Newport Coast, CA 92657


U.S. Internal Revenue Services
700 W. Capitol Avenue
Suite 1002
Little Rock, AR 72201


Ultrafryer Systems
302 SPENCER LN
San Antonio, TX 78201


Universal Media
6750 AVENUE DE L'ESPLANADE
Suite 340
Quebec, CA


USPS-Hasler
TMS #219609
PO Box 0527
Carol Stream, IL 60132


Vanguard Bank & Trust Company
171 Brooks Street
Suite F
Fort Walton Beach, FL 32548


Vann Dyne Crotty Co Inc
P.O. Box 28506
Columbus, OH 43228


VH Gilstrap Plumbing Inc
PO BOX 426
Cartersville, GA 30120

```
Volunteer South, Inc.
Attn.: George Gebhardt
P.O. Box 49
Gordonsville, TN 38563



Volunteer South, Inc.
Attn.: George Gebhardt
P.O. Box 49
Gordonsville, TN 38563



Voss Lighting
P.O. Box 22159
Lincoln, NE 68542



VRS Inc
PO BOX 212573
Columbia, SC 29221



W.W. Tsang, LLC
c/o Warren Tsang
250 Morning Glen Drive
Suwanee, GA 30024



W.W. Tsang, LLC
c/o Warren Tsang
250 Morning Glen Drive
Suwanee, GA 30024



W.W. Tsang, LLC
c/o Warren tsang
250 Morning Glen Drive
Suwanee, GA 30024



W.W. Tsang, LLC
c/o Warren tsang
250 Morning Glen Drive
Suwanee, GA 30024
```

Waky Sign Company
1530 MUDD AVE.
Bowling Green, KY 42102


Wand Corp
7593 CORPORATE WAY
Eden Prairie, MN 55344


Ware Mechanical Inc
PO BOX 1069
Rome, GA 30162


Waste Management of Atlanta
HAULING
PO BOX 105453
Atlanta, GA 30348


Water Authority of Dickson
101 COWAN RD
Dickson, TN 37055


West End Lock Company, Inc.
210 17TH AVE N
Nashville, TN 37203


Westside Electric SE
3804 CHARLOTTE PIKE
TN 37289


Wiles & Wiles
800 Kennesaw Avenue
Suite 400
Marietta, GA 30060


Willis Insurance Services
PO BOX 116367
Atlanta, GA 30368

```
Windstream
P.O. Box 9001908
Louisville, KY 40290



Woodall Realty Company
3155 Roswell Road
Suite 100
Atlanta, GA 30305
```

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Famous Recipe Company Operations, LLC**                                    Case No.    **10-94027**

                                                    Debtor(s)         Chapter    **11**


# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of ___**7**___ page(s), and that they are true and correct to the best of my knowledge, information, and belief.


Date    **November 16, 2010**                 Signature    **/s/ Jeffrey D. Miller**
                                                            **Jeffrey D. Miller**
                                                            **Managing Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re **Famous Recipe Company Operations, LLC**       Case No.   **10-94027**

                                          Debtor(s)          Chapter   **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Amended Schedule B - Personal Property - #30 - Inventory (Food and Paper Goods) $58,188.50, Summary of Schedules, Statistical Summary of Certain Liabilities and Related Data, and creditor Address Matrix.**

# NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:   **November 16, 2010**                  **/s/ John J. McManus**

                                                **John J. McManus 497776**
                                                Attorney for Debtor(s)
                                                **John J. McManus & Associates, P.C.**
                                                **3554 Habersham at Northlake**
                                                **Building H**
                                                **Tucker, GA 30084**
                                                **770-492-1000 Fax:770-492-1100**
                                                **jmcmanus@mcmanus-law.com**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy