## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-94027-MHM |
| | : | |
| **FAMOUS RECIPE COMPANY** | : | |
| **OPERATIONS, LLC, d/b/a** | : | |
| **Mrs. Winner's Chicken & Biscuits,** | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | |

### APPOINTMENT AND NOTICE OF APPOINTMENT OF
### COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee for Region 21 hereby

appoints the creditors listed on the attached Exhibit "A" to serve on the Committee of Creditors

Holding Unsecured Claims in the above-captioned case.

DONALD F. WALTON
UNITED STATES TRUSTEE

   /s/ *James H. Morawetz*
JAMES H. MORAWETZ
Trial Attorney
Georgia Bar No. 521900

United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street
Atlanta, GA  30303
Tel: (404) 331-4437
Fax: (404) 331-4464
Email: jim.h.morawetz@usdoj.gov

**EXHIBIT "A"**

Customized Distribution, LLC
ATTN: William D. Bartels, V.P. of Finance
5151 Brook Hollow Parkway
Suite 225
Norcross, GA 30071
Tel: 770-242-7192
Fax: 770-242-8014
Email: bill.bartels@cdi-llc.com

Sysco Atlanta, LLC
ATTN: Scott Lohr, Credit Manager
2225 Riverdale Road
College Park, GA 30349
Tel: 404-559-7530
Fax: 678-500-2530
Email: lohr.scott@atl.sysco.com

Morris Manning & Martin, LLP
ATTN: Karen M. Richey, Billing Coordinator
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326-1044
Tel: 404-504-5472
Fax: 404-365-9532
Email: krichey@mmmlaw.com

2J Investment Group, LLC
ATTN: Berry Raskin, Principal
763 2nd Street, Suite 100
Encinitas, CA 92024
Tel: 760-635-1284
Email: barry@2jinvestors.com

T & H Services. Inc., dba Paul W. Heard & Co.
ATTN: Todd W. Hendrix, C.F.O./Vice President
472   85 Circle, Suite A
College Park, GA 30349
Tel: 404-978-3381
Fax: 404-762-7225
Email: toddhendrixpwh@aol.com

2

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on this date I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will cause an electronic notification of such filing to be sent to the following:

John J. McManus, Esq.
John J. McManus & Associates, P.C.
Building H
3554 Habersham at Northlake
Tucker, GA 30084
Email: jmcmanus@mcmanus-law.com

Done this the  23rd  day of November, 2010.

     /s/ *James H. Morawetz*
JAMES H. MORAWETZ
Trial Attorney
Georgia Bar No. 521900

United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA  30303
(404) 331-4437
E-mail: jim.h.morawetz@usdoj.gov

3