IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ORIGINAL**

| | |
|---|---|
| GE CAPITAL FRANCHISE FINANCE CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAMOUS RECIPE COMPANY OPERATION, LLC., a Georgia Limited Liability Company;<br>LEE'S FAMOUS RECIPES, INC., a Florida Corporation,<br><br>Defendants | CIVIL ACTION FILE NO.<br>1 10-CV-0015 (TCB)<br><br>Filed in U.S. Bankruptcy Court<br>Atlanta, Georgia<br><br>NOV 2 2 2010<br><br>M. Regina Thomas, Clerk<br>By:_____<br>Deputy Clerk |

## PLEA OF STAY

COMES NOW, Famous Recipe Company Operation, LLC, Defendants in the above captioned case and respectfully shows that Defendants are Debtors in a Chapter 11 case in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division, and the bankruptcy commenced on November 10, 2010, Case No.10-94027. Pursuant to 11 U.S.C. § 362, this action is stayed with respect to Defendant until the conclusion of the pending bankruptcy case.

This 19th day of November, 2010

Respectfully submitted,

JOHN J. MCMANUS & ASSOCIATES, P.C.

_____
John J. McManus
Georgia Bar No. 497776
Attorney for Defendant

3554 Habersham at Northlake
Tucker, Georgia 30084
(770) 492-1000
(770) 492-1100 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **PLEA OF STAY** by depositing a copy of the same in the United States mail, in a properly addressed envelope, with adequate postage thereon to assure delivery to the Defendants:

KUTAK ROCK LLP
Gregory R. Crochet, Esq.
225 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30303-1731

John H. Bernstein, Esq.
1801 California Street
Suite 3100
Denver, CO 80202-2626

John Earl Buttolph, Esq.
5020 Campus Drive
Newport Beach, CA 92660

This 19th day of November, 2010.

_____
John J. McManus
Georgia Bar No. 497776
Attorney for the Defendant