UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-94027-MHM |
| | : | |
| FAMOUS RECIPE COMPANY | : | Chapter 11 |
| OPERATIONS, LLC, d/b/a | : | |
| Mrs. Winner's Chicken & Biscuits, | : | |
| | : | |
| Debtor. | : | |

NOTICE OF APPEARANCE OF COUNSEL AND
REQUEST FOR SPECIAL NOTICES

PLEASE TAKE NOTICE that pursuant to Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), counsel for Finegood Family Trust, hereby requests that it receive papers and pleadings filed in the above-entitled case or any subsequently filed adversary proceedings, which require notice to parties in interest, including without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 3017, 9007, and 9010(b); copies of all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate protection or otherwise); any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, messenger, service, facsimile or otherwise. By this Request, the undersigned requests that such notice be provided to the following:

    Jonathan W. Jordan (SBN 404874)
    KING & SPALDING
    1180 Peachtree Street, NE
    Atlanta, GA 30309-3521
    Telephone:    (404) 572-3568
    Facsimile:    (404) 572-5100
    jjordan@kslaw.com

and

Jennifer L. Nassiri (CA SBN 209796)
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 229-0326
Facsimile:  (310) 229-9901
jnassiri@venable.com

Dated: December 2, 2010                        Respectfully submitted,


/s/ Jonathan W. Jordan
Jonathan W. Jordan (SBN 404874)
KING & SPALDING
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
Telephone:     (404) 572-3568
Facsimile:     (404) 572-5100
jjordan@kslaw.com

Jennifer L. Nassiri (CA SBN 209796)
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 229-0326
Facsimile:  (310) 229-9901
jnassiri@venable.com

Attorneys for Finegood Family Trust

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served electronically upon all parties who have requested or are entitled to notice on this 2nd day of December, 2010.

/s/ Jonathan W. Jordan
Jonathan W. Jordan