**GEIGER & MERRITT, LLP**

ATTORNEYS AT LAW
A Limited Liability Partnership

4685 MacARTHUR COURT, SUITE 220
NEWPORT BEACH, CALIFORNIA 92660-2751

Paul J. Geiger
Thomas R. Merritt
Gino J. Bruno

Of Counsel
Edward H. Cummings
Marc Lindsey Weber

Telephone
(949) 756-0100, Ext. 18

Facsimile
(949) 756-0137

E-Mail
PJG@geigerandmerritt.com

**FILED**
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

M. REGINA THOMAS,
CLERK

By: *Natzer Cedeño* (Deputy Clerk)

November 30, 2010

**VIA OVERNIGHT MAIL**

CLERK OF THE COURT
UNITED STATES BANKRUPTCY COURT - NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

    **Re: Debtor: Famous Recipe Company Operations, LLC,**
         **dba Mrs. Winner's Chicken & Biscuits**
         **Case No.: 10-94027-mhm**
         **Judge: Margaret Murphy**

Dear Clerk of the Court:

In regard to correspondence to our client, Hardee's Food Systems, Inc. in connection with the above referenced Chapter 11 Bankruptcy proceeding, please revise the address for notices to Hardee's as follows:

         Hardee's Food Systems, Inc.
         c/o Debbie Didier
         1325 N. Anaheim Blvd.
         Anaheim, CA 92801-1202

With a copy to:    Paul J. Geiger, Esq.
         Geiger & Merritt, LLP
         4685 MacArthur Court, Suite 220
         Newport Beach, CA 92660

Clerk of the Court
November 30, 2010
Page 2

Thank you for your attention to this matter.

                    Very truly yours,

                    GEIGER & MERRITT, LLP

                    Paul J. Geiger

PJG/jf
cc: Debbie Didier

F:\Hardee's\Georgia\Conyers\corr\CLERK OF THE COURT LTR 112910.docx