IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

IN RE: FAMOUS RECIPE COMPANY OPERATIONS. LLC. d/b/a Mrs. Winner's Chicken & Biscuits,

Debtor(s)

BANKRUPTCY CASE NO.: 10-94027-MHM

ADVERSARY NO.: _____

_____
Plaintiff

v.

_____
Defendant

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

DEC 07 2010

M. REGINA THOMAS.
CLERK

/s/ Yahaira Lugo
BY: _____
DEPUTY CLERK

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Jennifer L. Nassiri, hereby requests permission to appear pro hac vice on behalf of Finegood Family Trust in the above referenced case and states that (he or she) is a member in good standing of the Bar of a United States Court or the highest Court of any State, and is not eligible for admission under Rule 11-1(a), and neither resides nor maintains an office for the practice of law within the State of Georgia. Petitioner enters on the back hereof (his or her) residence address, office address and telephone number, the courts to which admitted to practice and the dates of admission as required by Local Rule 9010-2. Petitioner further states to this Court that Jonathan W. Jordan has been designated as local counsel in this case.

This 2nd day of December, 2010.

/s/ Jennifer L. Nassiri w/permission /JWJ
Attorney at Law

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, the undersigned, an active member in good standing with the State Bar of Georgia and the Bar of the United States District Court for the Northern District of Georgia, having an office located at 1180 Peachtree Street, NE, Atlanta, GA 30309, telephone number (404) 572-3568, do hereby consent, as designated local counsel, to readily communicate with opposing counsel and the Court regarding the conduct of this case and to accept papers when served. I further acknowledge that if the above named petitioner fails to respond to any order of the Court for appearance or otherwise, pursuant to Local Rule 9010-2, I shall have the responsibility and full authority to act for an on behalf of the client in all proceedings in connection with this case, including hearings, pretrial conferences and trials.

This 2nd day of December, 2010.   KING & SPALDING

/s/ Jonathan W. Jordan
Designated Local Counsel

By: Jonathan W. Jordan  GA 404874

F69 (prohac vce) Revised 12/08

page 2 of 4

Georgia Bar Number

NAME OF PETITIONER ___Jennifer L. Nassiri_____
(Pro Hac Vice Applicant)

Residence Address ___20256 Via Sansovino_____

Porter Ranch, CA 91326

Business Address ___VENABLE LLP_____
Firm or Business Name

2049 Century Park East, Suite 2100

Los Angeles, CA 90067

(310) 229-0326
Telephone Number

| Courts To Which Admitted: | Location | Date Admitted | Bar ID No. |
|---|---|---|---|
| U.S. Bankruptcy Court | Central District of California | 11/30/2000 | 209796 |
| U.S. Bankruptcy Court | Southern Dist. of California | 3/10/2004 | 209796 |
| U.S. Bankruptcy Court | Northern Dist. of California | 3/15/2004 | 209796 |
| U.S. Bankruptcy Court | Eastern District of California | 3/11/2004 | 209796 |

```
Court Name: Northern District of Georgia
Division: 1
Receipt Number: GAN100934671
Cashier ID: asanders
Transaction Date: 12/06/2010
Payer Name: KING AND SPALDING

PRO HAC VICE
 For: KING AND SPALDING
 Case/Party: D-GAN-1-10-LB-008806-001
 Amount:        $150.00

CHECK
 Check/Money Order Num: 641855
 Amt Tendered: $150.00

Total Due:      $150.00
Total Tendered: $150.00
Change Amt:       $0.00

USBC CASE NO 10-94027-MHM

PHV APPLICATION FOR JENNIFER L
NASSIRI


FYI - Our returned check fee is
$45.00.
```