IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-94027-MHM |
| FAMOUS RECIPE COMPANY ) | |
| OPERATIONS, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | Judge Murphy |
| ) | |

**AMENDED APPLICATION FOR APPROVAL
OF EMPLOYMENT OF COUNSEL FOR DEBTOR**

FAMOUS RECIPE COMPANY OPERATIONS, LLC (the "Debtor") respectfully submits this amendment to its previous Application for Approval of Employment of Counsel for Debtor (the "Application") (Docket No. 12), addressing the Court's request for information as set forth in its Order Regarding Employment Application (Docket No. 25), and showing the Court as follows:

**The $75,000 Retainer**

The Law Firm of John J. McManus & Associates, P.C. (the "Firm") received a $75,000 retainer for the Debtor's chapter 11 case, paid for by electronic funds transfer from the Debtor on October 21, 2010.

**Descriptions of the Pre-Petition Lawsuits in which the Firm Represented the Debtor**

As set forth in the Declaration of John J. McManus in Support of Debtor's Application for Approval of Employment of Counsel, the Firm has represented the Debtor in several pre-petition lawsuits. The following is a description of the nature of each of the lawsuits:

1. <u>Bailey-Johnson Heights, Inc., c/o Habersham Properties, Inc. v. Famous Recipe Company Operations, Inc., and Lee's Famous Recipes, Inc</u>.; State Court of Gwinnett County, Georgia; Civil Action File No. 09C-19477-1.  Pursuant to a Lease Agreement dated May 8, 2006, FRCO leased certain real property from Plaintiff where it operated a Mrs. Winner's restaurant.  (The Lease Agreement was between

Paladins Georgia, LLC and FRCO, but it was assigned via an Assignment and Assumption of Lease dated November 17, 2006 from Paladins to Plaintiff.) On or about November 2, 2009, Plaintiff filed a lawsuit against Defendants seeking to collect the outstanding indebtedness owing under a Lease Agreement executed by FRCO, the repayment of which was personally guaranteed pursuant to a Guaranty Agreement executed by Lee's Famous Recipes, Inc. Subsequently, in January 2010, Plaintiff was granted a Writ of Immediate Possession. Thereafter, in order to resolve all disputes therein, the Parties entered into a voluntary Consent Order whereas Defendants agreed to pay Plaintiff $230,000 in monthly installment payments, with the last payment being made in December 2011. The Parties also agreed that, if Defendants defaulted and failed to deliver payments in accordance with the Consent Order, that Plaintiff would be entitled to a Consent Judgment in the full amount of $230,000 less any payments received, plus an additional $25,000 as a default penalty.

2. Ecolab, Inc. v. Famous Recipe Company Operations, LLC; State Court of Fulton County, Georgia; Civil Action File No. 10VS178903H. This was a suit on an account in the principal amount of $47,221.74 for pest control services allegedly performed by Ecolab. FRCO timely answered and asserted various counterclaims, including breach of contract and breach of duty of good faith and fair dealing for billing for services which were either not performed or were performed inadequately and not in accordance with the contract. The Parties voluntarily executed a Mutual Dismissal With Prejudice without any funds being exchanged.

3. GE Capital Franchise Finance Corporation, a Delaware Corporation v. Famous Recipe Company Operations, LLC and Lee's Famous Recipes, Inc., United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action File No. 1 10-CV-0015. This lawsuit alleges breach of six (6) lease agreements, for which the Debtor is the lessee and GE Capital Franchise Finance Corporation is the lessor. These leases concern restaurants that the Debtor closed pre-petition and that the Debtor plans to reject in its chapter 11 case. This lawsuit has been stayed.

4. Mrs. W., L.P. v. Lee's Famous Recipes, Inc. and Famous Recipe Company Operations, LLC, Jeffrey Miller and Charles L. Cooper, Superior Court of Fulton County, Georgia, Civil Action File No. 2009CV177698. The case arises from a transaction pursuant to an Amended Asset Purchase Agreement dated May 8, 2006 ("APA") whereby the Plaintiff, in concert with others, sold to Lee's Famous Recipes, Inc. the Mrs Winner's company. Plaintiff and affiliated entities assigned to LFR their interests in certain leases for several of the purchased restaurants, and LFR assumed Plaintiff's liability to landlords of the leased restaurants ("Assumed Leases"). Then, pursuant to a Bill of Sale and Assumption Agreement dated May 8, 2006, LFR assigned the Assumed Leases to FRCO.

Further, in connection with the Transaction, Defendants Jeffrey Miller and Charles Cooper entered into an Indemnification Agreement to indemnify and hold Plaintiff harmless for obligations under certain leases that were assigned to LFR pursuant to the APA.

>Prior to the Transaction, a number of the leases assigned to LFR and FRCO were guaranteed by RTM, Inc., now known as Arby's Restaurant Group, Inc. ("ARG/RTM")  A number of the Assumed Leases are covered by the RTM Guaranties.  Certain owners of Plaintiff Mrs. W agreed to indemnify ARG/RTM for losses incurred under the RTM Guaranties.  LFR and FRCO were unable to make certain rental payments for several of the Assumed Leases, including some that are covered by RTM Guaranties.   Plaintiff Mrs. W alleges that ARG/RTM was then required to make rental payments to landlords who demanded that Plaintiff repay them, which Plaintiff contends it has done.
>
>On or about November 13, 2009, Plaintiff initiated the instant action against Defendants for breach of contract against LFR, breach of contract against FRCO, unjust enrichment against both LFR and FRCO, subrogation against LFR and FRCO, breach of contract against Miller and Cooper, and claims for attorneys' fees and expenses against Defendants.  On or about January 19, 2010, Defendants filed their Answer and, subsequently, moved to add counterclaims seeking damages against Plaintiff for breach of contract, intentional misrepresentation and civil conspiracy. Said Motion to Add Counterclaims was granted.
>
>Plaintiff filed a Motion for Summary Judgment, which is still pending.

5. <u>Rosebriar Partnership, LLP v. Lee's Famous Recipes, Inc. and Famous Recipe Company Operations, LLC</u>; Superior Court of Fulton County, Georgia, Civil Action File No. 2009CV176854.  Pursuant to a Lease Agreement dated May 8, 2006, FRCO leased certain real property from Plaintiff where it operated a Mrs. Winner's restaurant until on or about May 1, 2009.  (The Lease Agreement was between Paladins Georgia, LLC and FRCO, but it was assigned via an Assignment and Assumption of Lease from Paladins to Plaintiff.) Defendant Lee's Famous Recipes, Inc. ("LFR"), pursuant to a Guaranty, was the Guarantor. The Parties mutually agreed to an early termination of the Lease, which terminated on May 1, 2009.  On October 23, 2009, Plaintiff Rosebriar initiated suit against Defendants alleging that FRCO, in part, breached its lease agreement by not repairing and maintaining the leased property and that, upon vacating the premises, caused destruction and damages to the premises, which Defendants adamantly denied.  Thereafter, in November 2010, Plaintiff and Defendant LFR entered into a Mutual Release and Settlement Agreement wherein LFR agreed to pay Plaintiff $29,500 within six months of November 1, 2010.

6. <u>Pio Pio Diamond, LLC v. Famous Recipe Company Operations, LLC d/b/a Mrs. Winners Chicken & Biscuits</u>, State Court of DeKalb County, Civil Action File No. 09D035730.  Pursuant to a Lease dated May 8, 2006, as amended, FRCO leased certain real property from Pio Pio Diamond where it operated a Mrs. Winner's restaurant.  In December 2009, Pio Pio filed a dispossessory action seeking a judgment for past due rent in the amount of $45,500 and future rent in the amount of $6,500 monthly, late fees, property taxes, attorneys' fees, costs of litigation and possession of the property without termination of the lease.  Pio Pio obtained a

judgment, without termination of the lease, against FRCO in the amount of $62,416.94 plus interest. In order to settle the judgment and all other issues between them regarding the underlying lease, in or about March 2010, the Parties entered into a Confidential Stipulation of Settlement, Conditional Lease Termination and Mutual Release. FRCO paid Pio Pio some installment payments.

7. <u>Decatur Diamond, LLC v. Famous Recipe Company Operations, LLC d/b/a Mrs. Winners Chicken & Biscuits</u>, State Court of DeKalb County, Civil Action File No. 09D035729. Pursuant to a Lease dated May 8, 2006, as amended, FRCO leased certain real property from Decatur Diamond where it operated a Mrs. Winner's restaurant. In December 2009, Decatur Diamond filed a dispossessory action seeking a judgment for past due rent in the amount of $14,000 and future rent in the amount of $2,000 monthly, late fees, property taxes, attorneys' fees, costs of litigation and possession of the property without termination of the lease. Decatur Diamond obtained a judgment, without termination of the lease, against FRCO in the amount of $22,145.10 plus interest. In order to settle the judgment and all other issues between them regarding the underlying lease, in or about March 2010, the Parties entered into a Confidential Stipulation of Settlement, Conditional Lease Termination and Mutual Release. FRCO paid Decatur Diamond some installment payments.

Additionally, the Firm has advised the Debtor on general corporate matters.

**Invoices to the Debtor**

The Firm sent invoices (the "Invoices") to the Debtor for services rendered in the above-mentioned lawsuits, as well as for legal advice on general matters including pre-petition bankruptcy issues, on the following dates:

- 11/7/2010 (3 invoices)
- 10/5/2010 (1 invoice)
- 10/4/2010 (2 invoices)
- 10/1/2010 (1 invoice)
- 8/30/2010 (2 invoices)
- 8/27/2010 (5 invoices)
- 7/30/2010 (3 invoices)
- 7/1/2010 (4 invoices)
- 5/27/2010 (4 invoices)
- 4/29/2010 (4 invoices)

Copies of the Invoices are being provided to the Court under seal in order to protect privileged attorney-client information contained in the descriptions of services set forth in the "Professional Services Rendered" portion of the Invoices.

**Payment of Invoices**

The Invoices were paid as follows:

- 11/9/2010: $75,000.00 paid by Lee's Famous Recipes, Inc. ("LFR");
- 10/20/2010: $3,179.89 paid by LFR;
- 10/14/2010: $10,000.00 paid by LFR;
- 10/7/2010: $20,000.00 paid by LFR;
- 9/28/2010: $935.75 paid by Sutherland, Asbill & Brennan law firm for reimbursement of copying expenses;
- 9/17/2010: $20,000.00 paid by Mission Restaurants, Inc.;
- 7/23/2010: $3,897.70 paid by the Debtor;
- 7/20/2010: $3,175.00 paid by the Debtor;
- 7/13/2010: $3,000.00 paid by the Debtor;
- 7/12/2010: $2,325.00 paid by the Debtor;
- 7/12/2010: $792.50 paid by the Debtor;
- 6/11/2010: $3,110.50 paid by the Debtor;
- 6/10/2010: $2,315.58 paid by the Debtor;
- 6/3/2010: $1,157.27 paid by the Debtor;
- 5/27/2010: $500.00 paid by the Debtor.

**WHEREFORE**, the Debtor prays that it be authorized to employ the Law Firm of John J. McManus & Associates, P.C. as its Counsel in this chapter 11 proceeding.

This 15th day of December, 2010.

                                          Famous Recipe Company Operations, LLC
                                          A Georgia limited liability company

                                          By:  /s/ Jeffrey D. Miller
                                                Jeffrey D. Miller

                                           /s/ John J. McManus
                                          John J. McManus
                                          Georgia Bar No. 497776

Sworn to and subscribed before me
this  15th  day of December, 2009.

 /s/ Janet L. Wilson
Notary Public
My commission expires: 10/22/2013