IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-94027-MHM |
| FAMOUS RECIPE COMPANY ) | |
| OPERATIONS, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

**DEBTOR'S MOTION FOR ORDER AUTHORIZING THE ASSUMPTION OF
CERTAIN UNEXPIRED LEASES OF NON-RESIDENTIAL PROPERTY**

FAMOUS RECIPE COMPANY OPERATIONS, LLC, the debtor and debtor-in-possession in the above-captioned case (the "**Debtor**"), hereby moves the Court (the "**Motion**") for entry of an order authorizing the assumption of certain unexpired leases of non-residential real property. In support of this Motion, the Debtor incorporates the statements contained in the Affidavit of Jeffrey Miller [Docket No. 35] and further respectfully represents as follows:

**Background**

1. The Debtor commenced the above-captioned reorganization case by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") on November 11, 2010 (the "**Petition Date**").

2. The Debtor remains in possession of its assets and continues to operate its business as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3. The Debtor develops, operates and franchises quick service restaurants under the "Mrs. Winner's" brand name. The Mrs. Winner's brand restaurants were founded in 1977. They were acquired by various entities over the years, including Granny's Chicken and RTM, Inc., now known as Arby's Restaurant Group, Inc.

1

4. On May 8, 2006, pursuant to an Asset Purchase Agreement ("**APA**") between Winners International Restaurants, Inc., Mrs. Winners, LP, Lee's Company Operations, Inc. and Winners Partners and Lee's Famous Recipes, Inc. ("**LFR**"), LFR acquired 114 "Mrs. Winner's" brand restaurants, 91 of which were company operated stores and approximately 23 franchised stores in seven states (60 in Georgia, 42 in Tennessee, 1 in Alabama, 2 in Mississippi, 2 in Arkansas, 1 in Kentucky, 6 in North Carolina) together with twelve (12) parcels of real property on which certain of the restaurants were located.  As part of the APA, LFR was assigned interests in certain leases for a number of the purchased Mrs. Winner's brand restaurants.

5. In conjunction with LFR's asset purchase, Famous Recipe Company Operations, LLC ("**FRCO**"), the Debtor herein, was formed to acquire all of the non real estate assets.  LFR then assigned its interest in all of the 91 company operated stores to the Debtor.  The Debtor, as tenant, entered into numerous agreements to lease properties so that it could operate Mrs. Winner's brand restaurants.

6. In 2009, 24 company-operated stores in the Nashville, Tennessee area were sold to Church's Chicken.  Since then, the brand has closed numerous stores.  Most recently, in October 2010, 34 company-owned Mrs. Winner's brand restaurants were closed.

7. The Debtor currently operates 14 company-owned Mrs. Winner's brand restaurants in Georgia (12 restaurants), Tennessee (1 restaurant) and Mississippi (1 restaurant).  The Debtor presently has approximately 275 employees.  The Debtor is a lessee or sublessee pursuant to approximately 57 unexpired leases of nonresidential real property.

**Jurisdiction**

8. This Court has jurisdiction to consider and determine this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Relief Requested**

9. By this Motion, the Debtor seeks an order of this Court, pursuant to Section 365(a) of the Bankruptcy Code, for the approval of the assumption of the leases set forth on **Exhibit "A"** (the "**Leases**").

10. The Debtor has determined, in its business judgment, the Leases are necessary to the administration of the Debtor's estate and will be of benefit to the estate, creditors and other parties-in-interest.

**Basis for Relief**

11. Section 365(a) of the Bankruptcy Code provides that a debtor, subject to court approval, may assume or reject any executory contract or unexpired lease of the debtor. 11 U.S.C. § 365(a).

12. Section 365(a) of the Bankruptcy Code does not establish a standard for determining whether a debtors' decision to assume or reject an executory contract is appropriate. A debtor's decision is subject to court approval and is reviewed under the "business judgment" standard. *In re Gardinier, Inc.*, 831 F.2d 974, 976 n.2 (11th Cir. 1987); *In re Brada Miller Freight System, Inc.*, 702 F.2d 890, 893-94 (11th Cir. 1983); *In re Diamond Mfg. Co., Inc.*, 164 B.R. 189 (Bankr. S.D. Ga. 1994). As long as the decision to assume or reject is a reasonable exercise of business judgment, courts should approve the assumption or rejection of an executory contract or unexpired lease.

13. Assumption of the Leases is a reasonable exercise of the Debtor's business judgment because the Debtor has determined that it will be able to generate income from the subject Leases and believes that assumption of the Leases is in the best interests of the estate, creditors and other parties-in-interest. The Debtor therefore requests that the Court grant it authority to assume the Leases.

14. No previous request for the relief sought herein has been made by the Debtor to this or any other Court.

**WHEREFORE**, the Debtor respectfully requests that the Court enter and order grating the relief requested herein and granting the Debtor such other and further relief as the Court deems just and proper.

This 21st day of December, 2010.

JOHN J. McMANUS & ASSOCIATES, P.C.

/s/ John J. McManus
John J. McManus
Counsel for Debtor
Georgia Bar No. 497776

2167 Northlake Parkway
Suite 104
Tucker, Georgia 30084
(770) 492-1000
(770) 492-1100 (facsimile)
jmcmanus@mcmanus-law.com

## EXHIBIT "A"

## LEASES TO BE ASSUMED

| LANDLORD | PROPERTY/LOCATION |
|---|---|
| Mary B. Miller, Carol S. Miller, & John H. Miller<br>2078 Kirby Parkway<br>Memphis, TN  38119 | Unit 304<br>908 Industrial Blvd.<br>McDonough, GA  30253 |
| Halpern Enterprises, Inc.<br>c/o Christian Trani<br>5269 Buford Highway<br>Atlanta, GA  30340 | Unit 307<br>998 Windy Hill Road<br>Smyrna, GA  30080 |
| Bobbie D. Mallett<br>7049 Berea Road<br>Douglasville, GA  30135 | Unit 309<br>6002 Fairburn Road<br>Douglasville, GA  30134 |
| The Hart Trust<br>c/o Mary Louise Piatkiewicz, Trustee<br>641 N. Tower Avenue<br>Chandler, AZ  85225 | Unit 311<br>1411 Georgia Highway 16 W<br>Griffin, GA  30223 |
| The Gary W. Schaffer Revocable Trust<br>c/o Gary W. Schaffer<br>313 Hearthstone Mews<br>Alexandria, VA  22314 | Unit 314<br>192 Marietta Highway<br>Canton, GA  30114 |
| * Hardee's Food Systems, Inc.<br>c/o Debbie Didier<br>1325 N. Anaheim Blvd.<br>Anaheim, CA 92801-1202 | Unit 320<br>1138 West Avenue<br>Conyers, GA  30207 |
| E. Carlton Parrott<br>122 Wexford Drive<br>Newnan, GA  30265 | Unit 323<br>55 Jefferson Street<br>Newnan, GA  30263 |
| The Hart Trust<br>c/o Mary Louise Piatkiewicz, Trustee<br>641 N. Tower Avenue<br>Chandler, AZ  85225 | Unit 324<br>2480 Flat Shoals Road<br>Atlanta, GA  30349 |
| The Hundoble Trust<br>c/o Dennis & Debbie Hundoble<br>1994 Cherry Hill Drive<br>Discovery Bay, CA  94505 | Unit 327<br>893 N. Hairston Road<br>Stone Mountain, GA  30083 |

| | |
|---|---|
| Midori, LLC<br>c/o Eunice Tsai<br>3644-E1 Chamblee Tucker Road<br>Atlanta, GA  30341 | Unit 333<br>403 Moreland Avenue<br>Atlanta, GA  30316 |
| Steve Rush<br>1209 16th Avenue South<br>Nashville, TN  37212 | Unit 339<br>4499 Glenwood Road<br>Decatur, GA  30032 |
| En Gedi Investments, LLC<br>c/o Albert Kuo<br>1699 Hood Court<br>Santa Clara, CA  95051 | Unit 364<br>3740 Campbellton Road SW<br>Atlanta, GA  30331 |
| Stargazer Property, LLC<br>c/o Dana & Norma Laine<br>3440 Santa Clara Circle<br>Costa Mesa, CA  92626 | Unit 398<br>954 Stateline Road W.<br>Southaven, MS  38671 |
| The Finegood Family Trust<br>c/o Ken Epstein<br>5000 North Parkway Calabasas<br>Suite 101<br>Calabasas, CA  91302 | Unit 415<br>1986 Brooks Road<br>Memphis, TN  38116 |

\* Sublease

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-94027-MHM |
| FAMOUS RECIPE COMPANY ) | |
| OPERATIONS, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEBTOR'S MOTION FOR ORDER AUTHORIZING THE REJECTION OF CERTAIN UNEXPIRED LEASES OF NON-RESIDENTIAL PROPERTY** via U.S. mail with sufficient postage affixed thereto to the following person or entities at the addresses stated:

James H. Morawetz
Office of U.S. Trustee
362 Richard Russell Bldg.
75 Spring Street, SW
Atlanta, GA  30303

Mark Duedall, Esq.
Hunton & Williams
600 Peachtree Street
Suite 4100
Atlanta, GA  30308

Famous Recipe Company Operations, LLC
6055 Barfield Road
Suite 200
Atlanta, GA 30328

Thomas Byrne, Esq.
Sutherland, Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA  30309

1

The Gary W. Schaffer Revocable Trust
c/o Gary W. Schaffer
313 Hearthstone Mews
Alexandria, VA  22314

En Gedi Investments, LLC
c/o Albert Kuo
1699 Hood Court
Santa Clara, CA  95051

Paul Geiger, Esq.
Geiger & Merritt, LLP
4685 MacArthur Court
Suite 220
Newport Beach, CA  92660

Halpern Enterprises, Inc.
c/o Christian Trani
5269 Buford Highway
Atlanta, GA  30340

Hardee's Food Systems, Inc.
c/o Debbie Didier
1325 N. Anaheim Blvd.
Anaheim, CA 92801-1202

The Hart Trust
c/o Mary Louise Piatkiewicz, Trustee
641 N. Tower Avenue
Chandler, AZ  85225

The Hundoble Trust
c/o Dennis & Debbie Hundoble
1994 Cherry Hill Drive
Discovery Bay, CA  94505

Jennifer Nassiri, Esq.
Venable, LLP
2049 Century Park East
Suite 2100
Los Angeles, CA 90067

Jonathan Jordan, Esq.
King & Spalding
1180 Peachtree Street, NE
Atlanta, GA  30309

2

Bobbie D. Mallett
7049 Berea Road
Douglasville, GA  30135

Midori, LLC
c/o Eunice Tsai
3644-E1 Chamblee Tucker Road
Atlanta, GA  30341

Mary B. Miller, Carol S. Miller, & John H. Miller
2078 Kirby Parkway
Memphis, TN  38119

Victor Newmark, Esq.
Wiles & Wiles, LLP
800 Kennesaw Ave.
Suite 400
Marietta, GA  30060

Steve Rush
1209 16th Avenue South
Nashville, TN  37212

Stargazer Property, LLC
c/o Dana & Norma Laine
3440 Santa Clara Circle
Costa Mesa, CA  92626

       This 21st day of December, 2010.

                                             /s/ John J. McManus
                                             John J. McManus
                                             Counsel for Debtor
                                             Georgia Bar No. 497776