B6B (Official Form 6B) (12/07)

.

In re    **Famous Recipe Company Operations, LLC**                                          ,    Case No. ___10-94027___
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking at Coastal Bank of Georgia for Operating Account #55376, #76588, #1280087858, #80366** | - | 0.00 |
| | | | **Checking at Coastal Bank of Georgia for Payroll Account #85100, #87999** | - | 0.00 |
| | | | **Checking at Coastal Bank of Georgia for Account Payable Account #87783, #73452** | - | 0.00 |
| | | | **Checking at Coastal Bank for Gift Certificate Account #85092** | - | 0.00 |
| | | | **Money Market Account # 1000753267 at Coastal Bank of Georgia** | - | 0.00 |
| | | | **Wachovia for spice account 2000025796122** | - | 0.00 |
| | | | **Money Market Account 2000034573187 at Wachovia** | - | 0.00 |
| | | | **Coastal Bank of Georgia, Credit Card #89516** | - | 0.00 |
| | | | **Coastal Bank of Georgia #87700 for 11 stores deposits** | - | 0.00 |
| | | | **Checking at 1st Tennessee #175270614, 10 stores deposit** | - | 0.00 |
| | | | **Checking at Regions for four stores 0061312967** | - | 0.00 |
| | | | **Checking at Bank of America #4426229089 for 12 stores in Georgia** | - | 200,000.00 |
| | | | **Checking at Bank of America for TN stores 4426229092 - 1 store deposit** | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 200,000.00 |
| (Total of this page) | |

___4___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**         ,   Case No.    **10-94027**
               Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet  **1**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com           Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Famous Recipe Company Operations, LLC**                                    ,        Case No.    **10-94027**
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Leasehold Interest in 14 stores ($150,000.00/per store)** **Unit 304, 307, 309, 311, 314, 320, 323, 324, 327, 333, 339, 364, 398, 415** | - | 2,100,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1988 Van - used as billboard advertising** | - | 100.00 |
| | | **2004 Ford Escape XLS** | - | 6,075.00 |
| | | **2004 Ford Escape XLS** | - | 6,075.00 |
| | | | Sub-Total > (Total of this page) | 2,112,250.00 |

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Famous Recipe Company Operations, LLC**                    , Case No.   **10-94027**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2005 Ford Explorer XLS | - | 8,430.00 |
| | | 2006 Lexus LS430 | - | 26,582.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Henry Penny Frier | - | 4,458.93 |
| | | Telephone | - | 4,758.59 |
| | | Tools | - | 80.86 |
| | | Coffee Maker | - | 149.05 |
| | | Ice Maker Compressor | - | 6,781.21 |
| | | 5 Safes | - | 5,490.79 |
| | | 6 Computers | - | 8,543.91 |
| | | Office Supplies | - | 1,311.63 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Equipment | - | 5,885.46 |
| | | Oven | - | 990.80 |
| | | Refrigerator | - | 1,006.87 |
| | | Restaurant Supplies | - | 337.54 |
| | | Menu Boards - 1795.91 Table & Chairs - 919.07 Signs - 7831.52 Tea Brewer & Tea Dispenser - 457.79 Metromax Bow Tie Dunnage Rack - 184.40 Patio Furniture - 1234.54 | - | 12,423.23 |
| 30. Inventory. | | Ice Machine | - | 4,797.27 |
| | | 4 Fryers | - | 6,248.20 |
| | | Microwave Oven | - | 797.10 |
| | | Drink Machine | - | 1,827.58 |

Sub-Total >   100,901.02
(Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Famous Recipe Company Operations, LLC**                          ,    Case No.    **10-94027**
                                                                                Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Food**<br>**Wedger & Cut French Fries - $197.50**<br>**Hot Water Dispenser - $508.00**<br>**Food Box** | - | 854.54 |
| | | **Misc inventory** | - | 6,103.26 |
| | | **Food and Paper Goods** | - | 58,188.50 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Potential claim against Suntrust Bank, NA regarding the acquisition of stores, potential securities violation and related causes of action.** | - | Unknown |
| | | **Mark Tzalka and Judy Tzalka v. Mrs Winner's Chicken & Biscuits Famous Recipe Company Operations, LLC and Lee's Famous Recipes, Inc. - Case No. 10ED501383 - Settle** | - | 0.00 |
| | | **Potential claim for $250,000.00 funds advanced to purchase an interest in Golden Rule BBQ Franchise, LLC, and Alabama Corporation. Conveat: seller financing of 4.2 million superior to claim.** | - | Unknown |

| | | |
|---|---|---|
| Sub-Total > | | 65,146.30 |
| (Total of this page) | | |
| Total > | | 2,478,297.32 |

Sheet   **4**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Famous Recipe Company Operations, LLC**                           ,   Case No. _____**10-94027**_____
                                                    Debtor

                                                       Chapter _____**11**_____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 2,478,297.32 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 3,918,559.27 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 73 | | 11,488,462.91 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 88 | | | |
| Total Assets | | | 2,478,297.32 | | |
| Total Liabilities | | | | 15,407,022.18 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Georgia

In re     **Famous Recipe Company Operations, LLC**                    ,        Case No. _____**10-94027**_____

Debtor

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

# United States Bankruptcy Court
## Northern District of Georgia

In re **Famous Recipe Company Operations, LLC**        Case No. **10-94027**

                                Debtor(s)        Chapter **11**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of   **8**   page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 22, 2010**               Signature  **/s/ Jeffrey D. Miller**

                                                    **Jeffrey D. Miller**
                                                    **Managing Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Famous Recipe Company Operations, LLC**  Case No.  **10-94027**

Debtor(s)  Chapter  **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

**Amended Schedule B - Personal Property - Number 25- Automobiles, trucks, trailers, and other vehicles and accessories.**
**2 - 2004 Ford Escape XLS - value - $6,075.00**
**2005 Ford Explorer XLS - value - $8,430.00**
**2006 Lexus LS430 - $26,582.00**

**Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:  **December 22, 2010**

**/s/ John J. McManus**

**John J. McManus 497776**
Attorney for Debtor(s)
**John J. McManus & Associates, P.C.**
**3554 Habersham at Northlake**
**Building H**
**Tucker, GA 30084**
**770-492-1000 Fax:770-492-1100**
**jmcmanus@mcmanus-law.com**