IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-94027-MHM |
| FAMOUS RECIPE COMPANY ) | |
| OPERATIONS, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

**DEBTOR'S RESPONSE TO IMPERIAL CREDIT CORPORATION'S EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, FOR AN ORDER REQUIRING THE DEBTOR TO MAKE ADEQUATE PROTECTION PAYMENTS**

FAMOUS RECIPE COMPANY OPERATIONS, LLC, the debtor and debtor-in-possession in the above-captioned case (the "**Debtor**"), hereby responds to the Emergency Motion for Relief from the Automatic Stay or, in the Alternative, for an Order Requiring the Debtor to make Adequate Protection Payments (the "**Motion**") filed on December 7, 2010 (Doc. No. 45) by Imperial Credit Corporation ("**Imperial**") and respectfully states as follows:

1. On or about December 8, 2010, the Debtor wired $34,874.67[1] to Imperial, representing full payment for November 2010 plus a late fee of $1,660.70, as set forth in Exhibit "B" to the Motion.

2. On or about December 10, 2010, the Debtor wired $33,213.97[2] to Imperial, representing full payment for December 2010.

3. These two payments brought the Debtor current in its obligations to Imperial through December 31, 2010.

---

[1] The reference number for this wire is 01101208001022.
[2] The reference number for this wire is 101210013058.

1

**WHEREFORE**, in light of the foregoing, the Debtor respectfully requests that the Court dismiss the Motion and grant the Debtor such other and further relief as the Court deems just and proper.

This 23rd day of December, 2010.

JOHN J. McMANUS & ASSOCIATES, P.C.

/s/ John J. McManus
John J. McManus
Counsel for Debtor
Georgia Bar No. 497776

2167 Northlake Parkway
Suite 104
Tucker, Georgia 30084
(770) 492-1000
(770) 492-1100 (facsimile)
jmcmanus@mcmanus-law.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-94027-MHM |
| FAMOUS RECIPE COMPANY ) | |
| OPERATIONS, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **DEBTOR'S RESPONSE TO IMPERIAL CREDIT CORPORATION'S EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, FOR AN ORDER REQUIRING THE DEBTOR TO MAKE ADEQUATE PROTECTION PAYMENTS** upon the parties by e-filing and by depositing a true and correct copy of same in the U.S. mail with sufficient postage affixed thereto, addressed to the following:

James H. Morawetz
Office of U.S. Trustee
362 Richard Russell Bldg.
75 Spring Street, SW
Atlanta, GA  30303

Mark Duedall, Esq.
Hunton & Williams
600 Peachtree Street
Suite 4100
Atlanta, GA  30308

Famous Recipe Company Operations, LLC
6055 Barfield Road
Suite 200
Atlanta, GA 30328

1

James H. Rollins, Esq.
Holland & Knight LLP
Suite 2000, One Atlantic Center
1201 West Peachtree Street, NE
Atlanta, GA  30309

    This 23rd day of December, 2010.

                                              /s/ John J. McManus
                                              John J. McManus
                                              Counsel for Debtor
                                              Georgia Bar No. 497776