IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 10-94027-MHM |
| FAMOUS RECIPE COMPANY | ) |
| OPERATIONS, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**APPLICATION FOR APPROVAL OF
EMPLOYMENT OF ADVISOR FOR DEBTOR**

Famous Recipe Company Operations, LLC (the "*Debtor*") respectfully applies for approval to employ Arlington Capital Advisors, LLC ("*Arlington*") as an advisor for Debtor pursuant to 11 U.S.C. §§ 327 and 328 and Bankruptcy Rule 2014 (the "*Application*"), showing to the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on November 10, 2010.

2. Debtor wishes to employ Arlington as an advisor to assist in the marketing and sale of all or a portion of Debtor's assets and/or equity interests and to render various professional services to Debtor in connection therewith, including:

    a. Assist Debtor with the identification of prospective acquirers or partners;

    b. Assist Debtor in the dissemination of descriptive information regarding Debtor to prospects approved in advance by Debtor;

    c. Assist Debtor in evaluating and qualifying competing offers; and

d. Assist Debtor in preparing information for and managing the due diligence process for one or more prospects.

3. Debtor selected Arlington to provide services for it in this chapter 11 case because Arlington has considerable experience in the valuation and sale of companies and their assets and is well qualified to represent and assist Debtor in this chapter 11 case.

4. To the best of Debtor's knowledge (a) Arlington does not represent an interest adverse to Debtor in the matters upon which it is to be engaged for Debtor; (b) Arlington does not have a connection with Debtor, its creditors or any parties in interest, or its respective attorneys or accountants; and (c) the appointment of Arlington will be in the best interest of Debtor and its estate.

5. Debtor desires to pay Arlington a retainer, plus a transaction fee, plus reasonable expenses. The total compensation to Arlington is proposed as follows:

a. A retainer (the "*Retainer*") to be paid in the following amounts:

| Timing: | Amount: |
|---|---|
| Within 3 days of court approval of this Application; | $12,500 |
| 30 days from the date of this Application; | $25,000 |
| 60 days from the date of this Application; and | $12,500 |
| Monthly thereafter. | $5,000 per month |

b. Debtor also proposes that Arlington receive a fee equal to 10% of the aggregate consideration paid for all or a portion of Debtor's business, assets, capital stock or other equity or debt security (the "*Fee*"), and that the Fee be no

less than a base fee of $200,000.00.

    c.    In addition to the Retainer and the Fee, Debtor also proposes to reimburse Arlington its actual and reasonable out-of-pocket expenses (including reasonable fees and expenses of its outside counsel, to the extent related to the Bankruptcy Case) incurred by Arlington in connection with its engagement.

The Retainer and the Fee proposed immediately above are reasonable based on the customary compensation charged by comparably skilled practitioners for similar services.

    6.    Attached hereto as **Exhibit "A"** is an Affidavit of Vann Russell offered in support of this Application.

    **WHEREFORE**, Debtor prays that it be authorized to employ Arlington Capital Advisors, LLC as its advisor in this chapter 11 proceeding.

This 2nd day of March, 2011.

                                                                JOHN J. MCMANUS & ASSOCIATES, P.C.

                                                                /s/ John J. McManus
                                                                 John J. McManus
                                                                 Counsel for Debtor
                                                                 Georgia Bar No. 497776

2167 Northlake Parkway, Suite 104
Tucker, Georgia 30084
(770) 492-1000
(770) 492-1100 (facsimile)
jmcmanus@mcmanus-law.com

# EXHIBIT "A"

RUSSELL AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-94027-MHM |
| FAMOUS RECIPE COMPANY ) | |
| OPERATIONS, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

### AFFIDAVIT OF VANN RUSSELL IN SUPPORT OF APPLICATION FOR APPROVAL OF EMPLOYMENT OF ADVISOR FOR DEBTOR

Vann Russell, of full age and being duly sworn according to law, upon his oath deposes and says:

1. I am the founder of Arlington Capital Advisors, LLC ("**Arlington**"), currently located at 2000 Morris Avenue, Suite 1100, Birmingham, Alabama 35203. I am also a Certified Public Accountant.

2. Arlington has never performed services for Famous Recipe Company Operations, LLC ("**Debtor**"), any creditor of Debtor, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee, in connection with this chapter 11 case.

3. To the best of my knowledge, Arlington has no "connection" [within the meaning of that term under Bankruptcy Rule 2014(a)] with Debtor, its creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

1

4.  To the best of my knowledge, Arlington is a "disinterested person" as defined by 11 U.S.C. §101(14), in that Arlington: (a) is not a pre-petition creditor, an equity security holder, or an insider of the Debtor; (b) is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of Debtor; and (c) does not have an interest materially adverse to the interest of the estate or any class of creditors or equity security holders, by reason of any direct, or indirect relationship to, connection with, or interest in, Debtor, or for any other reason.

5.  Arlington has advised Debtor of its willingness to serve as an advisor and to be employed under an order pursuant to which it will receive a retainer, as well as a transaction fee and reimbursement of its expenses, subject to review and approval of the Court.

6.  Arlington intends to be compensated for its services in this case as follows:

    a.  A retainer (the "***Retainer***") to be paid in the following amounts:

    | Timing: | Amount: |
    |---|---|
    | Within 3 days of court approval of this Application; | $12,500 |
    | 30 days from the date of this Application; | $25,000 |
    | 60 days from the date of this Application; and | $12,500 |
    | Monthly thereafter. | $5,000 per month |

    b.  Arlington will receive a fee equal to 10% of the aggregate consideration paid for all or a portion of Debtor's business, assets, capital stock or other equity or debt security (the "***Fee***"), the Fee to be no less than a base fee of $200,000.00.

    c.  In addition to the Retainer and the Fee, Arlington will also be reimbursed

2

for its actual and reasonable out-of-pocket expenses (including reasonable fees and expenses of its outside counsel, to the extent related to the Bankruptcy Case) incurred in connection with Arlington's engagement.

The Retainer and the Fee proposed immediately above are reasonable based on the customary compensation charged by comparably skilled practitioners for similar services.

7. Affiant states that the foregoing statements are true and based upon his personal knowledge, and are made under penalty of perjury under the laws of the United States.

Further Affiant sayeth not.

_____
Vann Russell
Arlington Capital Advisors, LLC

Sworn to and subscribed before me this 2 day of March, 2011.

_____
Notary Public
My commission expires:



3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 10-94027-MHM |
| FAMOUS RECIPE COMPANY | ) | |
| OPERATIONS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **APPLICATION FOR APPROVAL OF EMPLOYMENT OF ADVISOR FOR DEBTOR** by depositing the same in the United States mail with sufficient postage affixed thereto and addressed as follows:

Jim Morawetz, Esq.
Office of the United States Trustee
362 Richard B. Russell Federal Bldg.
75 Spring Street, SW
Atlanta, Georgia 30303

Mark Duedall, Esq.
Hunton & Williams
600 Peachtree Street
Suite 4100
Atlanta, GA  30308

Famous Recipe Company Operations, LLC
P.O. Box 3004
McDonough, GA 30253

This 2nd day of March, 2011.

/s/ John J. McManus
John J. McManus
Georgia Bar No. 497776

1