ENTERED ON DOCKET
MAR 08 2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| **FAMOUS RECIPE COMPANY OPERATIONS, LLC,** | ) ) | Case No. **10-94027** - MHM |
| | ) | |
| Debtor. | ) | |

## ORDER AUTHORIZING EMPLOYMENT OF ARLINGTON CAPITAL ADVISORS, LLC

Debtor filed an *Application for Approval of Employment of Advisor for Debtor* March 2, 2011 (Doc. No. 133) (the "Application"). Debtor seeks to employ Arlington Capital Advisors, LLC ("Arlington") as advisor for Debtor. Debtor proposes to pay Arlington a postpetition retainer as follows: $12,500 within three days after the date of entry of this order; $25,000 within 30 days from the date of entry of this order; $12,500 within 60 days from the date of entry of this order; and $5,000 per month thereafter (the "Retainer"). Additionally, Debtor proposes to pay Arlington a fee equal to 10% of the aggregate consideration paid for the sale of Debtor's business, assets, capital stock, or other equity or debt security, but no less than $200,000; and reimbursement of expenses. No notice or hearing on the Application is necessary.

The Application and accompanying affidavit demonstrate that Arlington is a firm of advisors qualified to represent Debtor in its Chapter 11 case before this Court, that they

are disinterested and represent no interest adverse to Debtor or the estate, and that this case justifies employment of a professional for the purpose specified and under the terms described. Accordingly, it is hereby

**ORDERED** that, pursuant to 11 U.S.C. §§ 327 and 328 and Bankruptcy Rule 2014, the Application is *granted:* Debtor is authorized to employ Arlington as its advisor during Debtor's Chapter 11 case, subject to objection filed by the U.S. Trustee, the Official Committee of Unsecured Creditors, or any creditor or party in interest on or before twenty days from the date of entry of this order. It is further

**ORDERED** that, subject to the same objection, Debtor is authorized to pay Arlington the Retainer. It is further

**ORDERED** that the Fee, as defined and set forth in the Application, as well as reimbursement of Arlington's expenses, shall be paid to Arlington upon approval by the Court of a sale of all or a portion of Debtor's business, assets, capital stock or other equity or debt security. It is further

**ORDERED** that Debtor's counsel shall serve a copy of this Order within three business days of the date of its entry, upon Debtor, the U.S. Trustee, counsel to the Official Committee of Unsecured Creditors, the parties listed in Debtor's petition as holding the twenty largest unsecured claims, and all parties who have filed a notice of

appearance and demand for service of papers in this case; and thereafter shall file a certificate of such service within three days of such service.

IT IS SO ORDERED, this the 8th day of March, 2011.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

**Draft prepared and submitted by:**

JOHN J. MCMANUS & ASSOCIATES, P.C.

_____/s/_____
John J. McManus
Georgia Bar No. 497776
2167 Northlake Parkway, Suite 104
Tucker, GA 30084
770-492-1000
770-492-1100 (facsimile)
jmcmanus@mcmanus-law.com